Johnson, Matthew S. E...
Josey Wales
Support the F136 engine - F136.com - Why abandon 15 years of research and development?
maile.baca
« Back to Inbox | Archive | Report spam | Delete | Move to | Labels | More actions

**Invite a friend**

Give Gmail to:

Send Invite 50 left

Preview Invite

**FW: I miss you...** Inbox X

**Cash, Eric CDR CO** to Renee, me

show detail

Found the email. Read below.

CDR Eric C. Cash
Commanding Officer
USS SAN ANTONIO (LPD 17)
FPO AE 09587-1700
Inport: (757) 445 - 6260 DSN 565
POTS: (757) 443 - 8653
Cell: (361) 739 - 0387
SIPR: co@lpd17.navy.smil.mil

**From:** Commanding Officer
**Sent:** Monday, September 22, 2008 12:06 AM
**To:** 'Ange Kastner'
**Subject:** I miss you...

Hey hon. Good morning.
It was nice to hear your voice first thing this morning – it is always such a nice way to wake up.

We have a busy day to day with a refuel at sea and other stuff. I am very frustrated with the wardroom right r
urgency amongst most of the officers and no one seems to understand that where we are going can be a dai
unprepared and it scares the crap out of me. I see many hours (more hours) spent on the bridge. My new OI
cannot seem to find his ass with both hands – he does not know what delegation means and I don't think he
his job is. XO has talked to him and I will very soon. I'm not sure he is going to make it and that is a very pivo

My other department heads are having trouble getting focused. Maybe it is me – maybe I am not clear in my
stressed about it (on top of everything else).

Sorry to dump all this on you but I have no one else to talk to about this. I really need my best friend (you) rig
am feeling like we (the ship) is on the verge of a major incident or failure and it is very uncomfortable. Just g

I gotta run. I will check in with you later. You are the most important and favorite thing in my life. I am tired of being away from you and the kids.

I love you so much.

K

CDR Kurt Kastner
Commanding Officer
USS SAN ANTONIO (LPD 17)
co@lpd17.navy.mil
POTS (757) 443-8653
INT Cell (Italy) 39-335-575-1721
"Never Retreat, Never Surrender"

**smime.p7s**
5K Download

Reply Reply to all Forward

Support the F136 engine - Why abandon 15 years of research and development?
F136.com

« Back to Inbox **Archive** Report spam Delete Move to Labels More actions