**AFFIDAVIT OF APPLICANT FOR**
**BOARD FOR CORRECTION OF NAVAL RECORDS**

I, Commander Eric C. Cash, USN (Ret.), solemnly declare and affirm under penalty of perjury that the information contained in this application for correction of military records is true and correct. Executed on 23 FEBRUARY, 2017.

Eric C. Cash

"Prior to the accident a staff transfer was directed by Admiral McKnight of CTF 150. *See* Exhibit 15. This staff transfer was mandated to be executed via small boats, whereas CDR Cash recommended it be executed via helicopters to promote efficiency and success. *Id.* At the insistence of the Admiral, however, the staff transfer was executed utilizing small boats. *Id.* The night prior, CDR Cash held a Daily Operations and Intel Brief to discuss all watchbill evolutions including relevant personnel, equipment, and procedural issues for operational risk management and reduction. *Id.* …"

"…After this recommendation, the commanders of Task Force 151 and Fifth Fleet concluded that Captain (CAPT) Brian Smith, CDR Cash's immediate superior, was in the best position to review accountability for the accident. *See* Exhibit 15. Additionally the significant issues in manning, training, and equipment were determined by Fifth Fleet Commander to have been within the responsibility of the Atlantic Surface Force Commander, Rear Admiral (RADM) Kevin M. Quinn. *Id.* …"

"…Because CDR Cash was still attached to the USS San Antonio, he was not given the option to refuse non-judicial punishment in lieu of a court martial. *See* Exhibit 15. Lieutenant Commander (LCDR) Sean Kearns, the executive officer of the San Antonio at the time of the incident, was no longer attached to the ship, however, and refused non-judicial punishment. *Id.*"