Subj: APPEAL FROM NON-JUDICIAL PUNISHMENT

operations and that there was ineffective supervision of boating operations. Some of the personnel involved in the small boat evolution were not qualified for their positions and mistakes were made which resulted in the mishap.

4. CDR Cash begins his appeal by asserting that his former Commodore and Immediate Superior in Command (ISIC), CAPT Brian T. Smith (former Commander, Amphibious Squadron (COMPHIBRON) FOUR), previously held him accountable for his failure to ensure a Special Evolution Watchbill was in place prior to the 4 February 2009 RHIB incident. Significantly, CDR Cash does not dispute his failure, but asserts only that it was previously addressed. Specifically, Commodore Smith counseled CDR Cash but did not take punitive action. Although the current COMPHIBRON FOUR and Commander, Naval Surface Force Atlantic (COMNAVSURFLANT) believe counseling was sufficient, I do not. Accordingly, I exercised my independent judgment as a Commander in USS SAN ANTONIO's administrative chain of command to address CDR Cash's documented failure to promulgate a Special Evolution Watchbill, as well as his negligent failure to ensure effective supervision of the small boat operations.

5. CDR Cash also believes that imposition of punishment more than 14 months after the incident is unjust, especially taking into account the administrative action taken by COMPHIBRON FOUR. An understanding of the case's procedural history will help put the 14-month delay into context.

a. After the 4 February 2009 mishap, COMPHIBRON FOUR appointed an O-4 to conduct the investigation. After it was completed on 11 March 2009, COMPHIBRON FOUR endorsed the investigation on 15 March 2009, recommending disciplinary action against both the Commanding Officer and the Executive Officer.

b. After receiving the investigation from COMPHIBRON FOUR, Commander, Task Force FIVE ONE (CTF-51) returned it to COMPHIBRON FOUR on 6 April 2009 to appoint an O-6 investigating officer and to conduct further investigation.

c. COMPHIBRON FOUR appointed his Deputy to conduct the reinvestigation, which was completed on 16 April 2009. The re-investigation recommended disciplinary action against both the Commanding Officer and the Executive Officer.

d. COMPHIBRON FOUR favorably endorsed the investigation on 17 April 2009, which was subsequently reviewed and endorsed by



23/27Az

OFFICIAL RECORD COPY