# FITNESS REPORT & COUNSELING RECORD (W2-O6)

RCS BUPERS 1610-1

| 1. Name (Last, First MI Suffix) | 2. Grade/Rate | 3. Desig | 4. SSN |
|---|---|---|---|
| CASH, ERIC C | CDR | 1110 | [redacted] |

| 5. ACT | FTS | INACT | AT/ADSW/265 | 6. UIC | 7. Ship/Station | 8. Promotion Status | 9. Date Reported |
|---|---|---|---|---|---|---|---|
| X | | | | | | REGULAR | 10JUL15 |

| Occasion for Report: 10. Periodic | 11. Detachment of Individual | 12. Detachment of Reporting Senior | 13. Special | Period of Report: 14. From | 15. To |
|---|---|---|---|---|---|
| X | | | | 10JUN10 | 11APR30 |

| 16. Not Observed Report | Type of Report: 17. Regular | 18. Concurrent | 19. Ops Cdr | 20. Physical Readiness | 21. Billet Subcategory (if any) |
|---|---|---|---|---|---|
| | X | | | P/WS | NA |

| 22. Reporting Senior (Last, FI MI) | 23. Grade | 24. Desig | 25. Title | 26. UIC | 27. SSN |
|---|---|---|---|---|---|
| RUSSELL, ROBIN | CAPT | 1110 | | | |

28. Command employment and command achievements.

29. Primary/Collateral/Watchstanding duties. (Enter primary duty abbreviation in box.)

DIVISION DIR

PRI: DIRECTOR OF IN-SERVICE SURFACE SHIP LIFECYCLE SUSTAINMENT AND MAINTENANCE ANALYSIS; SEC: PROGRAM MANAGER FOR MATERIAL RELIABILITY DATABASE (MRDB)

| For Mid-term Counseling Use. (When completing FITREP, enter 30 and 31 from counseling worksheet, sign 32.) | 30. Date Counseled | 31. Counselor | 32. Signature of Individual Counseled |
|---|---|---|---|
| | NOT REQ | | |

PERFORMANCE TRAITS: 1.0 - Below standards/not progressing or UNSAT in any one standard; 2.0 - Does not yet meet all 3.0 standards; 3.0 - Meets all 3.0 standards; 4.0 - Exceeds most 3.0 standards; 5.0 - Meets overall criteria and most of the specific standards for 5.0. Standards are not all inclusive.

| PERFORMANCE TRAITS | 1.0* Below Standards | 2.0 Progressing | 3.0 Meets Standards | 4.0 Above Standards | 5.0 Greatly Exceeds Standards |
|---|---|---|---|---|---|
| 33. PROFESSIONAL EXPERTISE: Professional knowledge proficiency, and qualifications. NOB [ ] | - Lacks basic professional knowledge to perform effectively.<br>- Cannot apply basic skills.<br>- Fails to develop professionally or achieve timely qualifications. [ ] | [ ] | - Has thorough professional knowledge.<br>- Competently performs both routine and new tasks.<br>- Steadily improves skills, achieves timely qualifications. [ ] | [ ] | - Recognized expert, sought after to solve difficult problems.<br>- Exceptionally skilled, develops and executes innovative ideas.<br>- Achieves early/highly advanced qualifications. [X] |
| 34. COMMAND OR ORGANIZATIONAL CLIMATE/EQUAL OPPORTUNITY: Contributing to growth and development, human worth, community. NOB [ ] | - Actions counter to Navy's retention/reenlistment goals.<br>- Uninvolved with mentoring or professional development of subordinates.<br>- Actions counter to good order and discipline and negatively affect Command/Organizational climate.<br>- Demonstrates exclusionary behavior. Fails to value differences from cultural diversity. [ ] | [ ] | - Positive leadership supports Navy's increased retention goals. Active in decreasing attrition.<br>- Actions adequately encourage/support subordinates' personal/professional growth.<br>- Demonstrates appreciation for contributions of Navy personnel. Positive influence on Command climate.<br>- Values differences as strengths. Fosters atmosphere of acceptance/inclusion per EO/EEO policy. [ ] | [ ] | - Measurably contributes to Navy's increased retention and reduced attrition objectives.<br>- Proactive leader/exemplary mentor. Involved in subordinates' personal development leading to professional growth/sustained commitment.<br>- Initiates support programs for military, civilian, and families to achieve exceptional Command and Organizational climate.<br>- The model of achievement. Develops unit cohesion by valuing differences as strengths. [X] |
| 35. MILITARY BEARING/CHARACTER Appearance, conduct, physical fitness, adherance to Navy Core Values. NOB [ ] | - Consistently unsatisfactory appearance.<br>- Unsatisfactory demeanor or conduct.<br>- Unable to meet one or more physical readiness standards.<br>- Fails to live up to one or more Navy Core Values: HONOR, COURAGE, COMMITMENT. [ ] | [ ] | - Excellent personal appearance.<br>- Excellent demeanor or conduct.<br>- Complies with physical readiness program.<br>- Always lives up to Navy Core Values: HONOR, COURAGE, COMMITMENT. [ ] | [ ] | - Exemplary personal appearance.<br>- Exemplary representative of Navy.<br>- A leader in physical readiness.<br>- Exemplifies Navy Core Values: HONOR, COURAGE, COMMITMENT. [X] |
| 36. TEAMWORK: Contributions towards team building and team results. NOB [ ] | - Creates conflict, unwilling to work with others, puts self above team.<br>- Fails to understand team goals or teamwork techniques.<br>- Does not take direction well. [ ] | [ ] | - Reinforces others' efforts, meets personal commitments to team.<br>- Understands team goals, employs good teamwork techniques.<br>- Accepts and offers team direction. [ ] | [ ] | - Team builder, inspires cooperation and progress.<br>- Talented mentor, focuses goals and techniques for team.<br>- The best at accepting and offering team direction. [X] |
| 37. MISSION ACCOMPLISHMENT AND INITIATIVE: Taking initiative, planning/prioritizing, achieving mission NOB [ ] | - Lacks initiative.<br>- Unable to plan or prioritize.<br>- Does not maintain readiness.<br>- Fails to get the job done. [ ] | [ ] | - Takes initiative to meet goals.<br>- Plans/prioritizes effectively.<br>- Maintains high state of readiness.<br>- Always gets the job done. [ ] | [ ] | - Develops innovative ways to accomplish mission.<br>- Plans/prioritizes with exceptional skill and foresight.<br>- Maintains superior readiness, even with limited resources.<br>- Gets jobs done earlier and far better than expected. [X] |

# FITNESS REPORT AND COUNSELING RECORD (W2-O6) (cont 'd)

RCS BUPERS 1610-1

| 1. Name (Last, First MI Suffix) | 2. Grade/Rate | 3. Desig | 4. SSN |
|---|---|---|---|
| CASH, ERIC C | CDR | 1110 | [redacted] |

| PERFORMANCE TRAITS | 1.0* Below Standards | 2.0 Pro-gressing | 3.0 Meets Standards | 4.0 Above Standards | 5.0 Greatly Exceeds Standards |
|---|---|---|---|---|---|
| 38. LEADERSHIP: Organizing, motivating and developing others to accomplish goals. NOB [ ] | - Neglects growth/development or welfare of subordinates.<br>- Fails to organize, creates problems for subordinates.<br>- Does not set or achieve goals relevant to command mission and vision.<br>- Lacks ability to cope with or tolerate stress.<br>- Inadequate communicator.<br>- Tolerates hazards or unsafe practices. [ ] | [ ] | - Effectively stimulates growth/development in subordinates.<br>- Organizes successfully, implementing process improvements and efficiencies.<br>- Sets/achieves useful, realistic goals that support command mission.<br>- Performs well in stressful situations.<br>- Clear, timely communicator.<br>- Ensures safety of personnel and equipment. [ ] | [ ] | - Inspiring motivator and trainer, subordinates reach highest level of growth and development.<br>- Superb organizer, great foresight, develops process improvements and efficiencies.<br>- Leadership achievements dramatically further command mission and vision.<br>- Perseveres through the toughest challenges and inspires others.<br>- Exceptional communicator.<br>- Makes subordinates safety-conscious, maintains top safety record.<br>- Constantly improves the personal and professional lives of others. [X] |
| 39. TACTICAL PERFORMANCE: (Warfare qualified officers only) Basic and tactical employment of weapons systems. NOB [X] | - Has difficulty attaining qualification expected for the rank and experience.<br>- Has difficulty in ship(s), aircraft or weapons systems employment. Below others in knowledge and employment.<br>- Warfare skills in specialty are below standards compared to others of same rank and experience. [ ] | [ ] | - Attains qualifications as required and expected.<br>- Capably employs ship(s), aircraft, or weapons systems. Equal to others in warfare knowledge and employment.<br>- Warfare skills in specialty equal to others of same rank and experience. [ ] | [ ] | - Fully qualified at appropriate level for rank and experience.<br>- Innovatively employs ship(s), aircraft, or weapons systems. Well above others in warfare knowledge and employment.<br>- Warfare skills in specialty exceed others of same rank and experience. [ ] |

40. I recommend screening this individual for next career milestone(s) as follows: (maximum of two) Recommendations may be for competitive schools or duty assignments such as: LCPO, DEPT CPO, SEA, CMC, CWO, LDO, Dept Head, XO, OIC, CO, Major Command, War College, PG School.

NAVSEA MAJOR PM | FELLOWSHIP

41. COMMENTS ON PERFORMANCE: * All 1.0 marks, three 2.0 marks, and 2.0 marks in Block 34 must be specifically substantiated in comments. Comments must be verifiable. Font must be 10 or 12 Pitch (10 or 12 Point) only. Use upper and lower case.

***PROMOTE TO CAPTAIN. SELECT FOR MAJOR ACQUISITION PROGRAM MANAGER!***

Commander Cash is exactly the type of leader desired to lead a major acquisition program. One of the best in a budget constrained environment in maximizing resources to improve surface fleet readiness and capability.

- $7M budget Materiel Reliability Database Program Manager. Oversaw analysis focused on reducing surface ship lifecycle total ownership cost.
- Driving force in improving surface ship readiness. Led and assisted in several studies, securing over $1.5 billion dollars to improve surface ship readiness for Aegis Ballistic Missile Defense ships and LPD 17 ship class.
- Creative mind behind production of an International Davey award winning strategic communications video highlighting Naval Sea Systems Command's commitment to improving & sustaining high surface ship material readiness.

Selectively detail Eric to positions leading to increased roles &

| Promotion Recommendation | NOB | Significant Problems | Progressing | Promotable | Must Promote | Early Promote |
|---|---|---|---|---|---|---|
| 42. INDIVIDUAL | | | | | | X |
| 43. SUMMARY | | 0 | 0 | 0 | 0 | 1 |

44. Reporting Senior Address

45. Signature of Reporting Senior

Date:

46. Signature of Individual Evaluated. "I have seen this report, been apprised of my performance, and understand my right to make a statement."
I intend to submit a statement. [ ] do not intend to submit a statement. [ ]

Date:

Member Trait Average: 5.00 Summary Group Average: 5.00

47. Typed name, grade, command, UIC, and signature of Regular Reporting Senior on Concurrent Report

Date:

FITNESS REPORT & COUNSELING RECORD (W2-O6) NAVPERS 1610-1

| 1. Name (Last, First MI Suffix) | 2. Grade/Rate | 3. Desig | 4. SSN |
|---|---|---|---|
| CASH, ERIC C | CDR | 1110 | [redacted] |

| 5. ACT | FTS | INACT | AT/ADSW/265 | 6. UIC | 7. Ship/Station | 8. Promotion Status | 9. Date Reported |
|---|---|---|---|---|---|---|---|
| X | | | | 42192 | SEA 21 WASH DC | REGULAR | 10JUL15 |

Occasion for Report: 10. Periodic [X] 11. Detachment of Individual [ ] 12. Detachment of Reporting Senior [ ] 13. Special [ ]

Period of Report: 14. From: 10JUN10 15. To: 11APR30

16. Not Observed Report [ ]

Type of Report: 17. Regular [X] 18. Concurrent [ ] 19. Ops Cdr [ ]

20. Physical Readiness: P

21. Billet Subcategory (if any): NA

| 22. Reporting Senior (Last, FI MI) | 23. Grade | 24. Desig | 25. Title | 26. UIC | 27. SSN |
|---|---|---|---|---|---|
| RUSSELL, R L | CAPT | 1110 | DIRECTOR | 42192 | [redacted] |

28. Command employment and command achievements.

SEA-21 manages the life cycle support of all non-nuclear surface ship classes, including modernization, logistics, technical support, training, and sustainment.

29. Primary/Collateral/Watchstanding duties. (Enter primary duty abbreviation in box.)

DIV DIR Division Director of In-Service Surface Ship Lifecycle Sustainment and Maintenance Analysis-10; SEC-10; Program Manager for Material Reliability Database (MRDB). Leave/travel: 10JUN10-10JUL14.
PFA: 10-2.

| For Mid-term Counseling Use. (When completing FITREP, enter 30 and 31 from counseling worksheet, sign 32.) | 30. Date Counseled | 31. Counselor | 32. Signature of Individual Counseled |
|---|---|---|---|
| | 10OCT13 | RUSSELL, R L | (signature) |

PERFORMANCE TRAITS: 1.0 - Below standards/not progressing or UNSAT in any one standard; 2.0 - Does not yet meet all 3.0 standards; 3.0 - Meets all 3.0 standards; 4.0 - Exceeds most 3.0 standards; 5.0 - Meets overall criteria and most of the specific standards for 5.0. Standards are not all inclusive.

| PERFORMANCE TRAITS | 1.0* Below Standards | 2.0 Pro-gressing | 3.0 Meets Standards | 4.0 Above Standards | 5.0 Greatly Exceeds Standards |
|---|---|---|---|---|---|
| 33. PROFESSIONAL EXPERTISE: Professional knowledge proficiency, and qualifications. NOB [ ] | - Lacks basic professional knowledge to perform effectively.<br>- Cannot apply basic skills.<br>- Fails to develop professionally or achieve timely qualifications. [ ] | - [ ] | - Has thorough professional knowledge.<br>- Competently performs both routine and new tasks.<br>- Steadily improves skills, achieves timely qualifications. [ ] | - [ ] | - Recognized expert, sought after to solve difficult problems.<br>- Exceptionally skilled, develops and executes innovative ideas.<br>- Achieves early/highly advanced qualifications. [X] |
| 34. COMMAND OR ORGANIZATIONAL CLIMATE/EQUAL OPPORTUNITY: Contributing to growth and development, human worth, community. NOB [ ] | - Actions counter to Navy's retention/reenlistment goals.<br>- Uninvolved with mentoring or professional development of subordinates.<br>- Actions counter to good order and discipline and negatively affect Command/Organizational climate.<br>- Demonstrates exclusionary behavior. Fails to value differences from cultural diversity. [ ] | - [ ] | - Positive leadership supports Navy's increased retention goals. Active in decreasing attrition.<br>- Actions adequately encourage/support subordinates' personal/professional growth.<br>- Demonstrates appreciation for contributions of Navy personnel. Positive influence on Command climate.<br>- Values differences as strengths. Fosters atmosphere of acceptance/inclusion per EO/EEO policy. [ ] | - [ ] | - Measurably contributes to Navy's increased retention and reduced attrition objectives.<br>- Proactive leader/exemplary mentor. Involved in subordinates' personal development leading to professional growth/sustained commitment.<br>- Initiates support programs for military, civilian, and families to achieve exceptional Command and Organizational climate.<br>- The model of achievement. Develops unit cohesion by valuing differences as strengths. [X] |
| 35. MILITARY BEARING/CHARACTER: Appearance, conduct, physical fitness, adherance to Navy Core Values. NOB [ ] | - Consistently unsatisfactory appearance.<br>- Unsatisfactory demeanor or conduct.<br>- Unable to meet one or more physical readiness standards.<br>- Fails to live up to one or more Navy Core Values: HONOR, COURAGE, COMMITMENT. [ ] | - [ ] | - Excellent personal appearance.<br>- Excellent demeanor or conduct.<br>- Complies with physical readiness program.<br>- Always lives up to Navy Core Values: HONOR, COURAGE, COMMITMENT. [ ] | - [ ] | - Exemplary personal appearance.<br>- Exemplary representative of Navy.<br>- A leader in physical readiness.<br>- Exemplifies Navy Core Values: HONOR, COURAGE, COMMITMENT. [X] |
| 36. TEAMWORK: Contributions towards team building and team results. NOB [ ] | - Creates conflict, unwilling to work with others, puts self above team.<br>- Fails to understand team goals or teamwork techniques.<br>- Does not take direction well. [ ] | - [ ] | - Reinforces others' efforts, meets personal commitments to team.<br>- Understands team goals, employs good teamwork techniques.<br>- Accepts and offers team direction. [ ] | - [ ] | - Team builder, inspires cooperation and progress.<br>- Talented mentor, focuses goals and techniques for team.<br>- The best at accepting and offering team direction. [X] |
| 37. MISSION ACCOMPLISHMENT AND INITIATIVE: Taking initiative, planning/prioritizing, achieving mission NOB [ ] | - Lacks initiative.<br>- Unable to plan or prioritize.<br>- Does not maintain readiness.<br>- Fails to get the job done. [ ] | - [ ] | - Takes initiative to meet goals.<br>- Plans/prioritizes effectively.<br>- Maintains high state of readiness.<br>- Always gets the job done. [ ] | - [ ] | - Develops innovative ways to accomplish mission.<br>- Plans/prioritizes with exceptional skill and foresight.<br>- Maintains superior readiness, even with limited resources.<br>- Gets jobs done earlier and far better than expected. [X] |

# FITNESS REPORT AND COUNSELING RECORD (W2-O6) (cont'd)

RCS BUPERS 1610-1

| 1. Name (Last, First MI Suffix) | 2. Grade/Rate | 3. Desig | 4. SSN |
|---|---|---|---|
| CASH, ERIC C | CDR | 1110 | [redacted] |

| PERFORMANCE TRAITS | 1.0* Below Standards | 2.0 Progressing | 3.0 Meets Standards | 4.0 Above Standards | 5.0 Greatly Exceeds Standards |
|---|---|---|---|---|---|
| 38. LEADERSHIP: Organizing, motivating and developing others to accomplish goals. NOB [ ] | - Neglects growth/development or welfare of subordinates.<br>- Fails to organize, creates problems for subordinates.<br>- Does not set or achieve goals relevant to command mission and vision.<br>- Lacks ability to cope with or tolerate stress.<br>- Inadequate communicator.<br>- Tolerates hazards or unsafe practices. [ ] | [ ] | - Effectively stimulates growth/development in subordinates.<br>- Organizes successfully, implementing process improvements and efficiencies.<br>- Sets/achieves useful, realistic goals that support command mission.<br>- Performs well in stressful situations.<br>- Clear, timely communicator.<br>- Ensures safety of personnel and equipment. [ ] | [ ] | - Inspiring motivator and trainer, subordinates reach highest level of growth and development.<br>- Superb organizer, great foresight, develops process improvements and efficiencies.<br>- Leadership achievements dramatically further command mission and vision.<br>- Perseveres through the toughest challenges and inspires others.<br>- Exceptional communicator.<br>- Makes subordinates safety-conscious, maintains top safety record.<br>- Constantly improves the personal and professional lives of others. [X] |
| 39. TACTICAL PERFORMANCE: (Warfare qualified officers only) Basic and tactical employment of weapons systems. NOB [X] | - Has difficulty attaining qualification expected for the rank and experience.<br>- Has difficulty in ship(s), aircraft or weapons systems employment. Below others in knowledge and employment.<br>- Warfare skills in specialty are below standards compared to others of same rank and experience. [ ] | [ ] | - Attains qualifications as required and expected.<br>- Capably employs ship(s), aircraft, or weapons systems. Equal to others in warfare knowledge and employment.<br>- Warfare skills in specialty equal to others of same rank and experience. [ ] | [ ] | - Fully qualified at appropriate level for rank and experience.<br>- Innovatively employs ship(s), aircraft, or weapons systems. Well above others in warfare knowledge and employment.<br>- Warfare skills in specialty exceed others of same rank and experience. [ ] |

40. I recommend screening this individual for next career milestone(s) as follows: (maximum of two) Recommendations may be for competitive schools or duty assignments such as: LCPO, DEPT CPO, SEA, CMC, CWO, LDO, Dept Head, XO, OIC, CO, Major Command, War College, PG School.

NAVSEA MAJOR PM | FELLOWSHIP

41. COMMENTS ON PERFORMANCE: * All 1.0 marks, three 2.0 marks, and 2.0 marks in Block 34 must be specifically substantiated in comments. Comments must be verifiable. Font must be 10 or 12 Pitch (10 or 12 Point) only. Use upper and lower case.

***PROMOTE TO CAPTAIN. SELECT FOR MAJOR ACQUISITION PROGRAM MANAGER!***

CDR Cash is exactly the type of leader desired to lead a major acquisition program. One of the best in a budget constrained environment in maximizing resources to improve surface fleet readiness and capability.

- $7M budget Material Reliability Database Program Manager. Oversaw analysis focused on reducing surface ship lifecycle total ownership cost.
- Driving force in improving surface ship readiness. Led and assisted in several studies, securing over $1.5B to improve surface ship readiness for Aegis Ballistic Missile Defense ships and LPD 17 ship class.
- Creative mind behind production of an International Davy award winning strategic communications video highlighting Naval Sea Systems Command's commitment to improving and sustaining high surface ship material readiness.

Selectively detail Eric to positions leading to increased roles and responsibility in surface ship acquisition programs.

| Promotion Recommendation | NOB | Significant Problems | Progressing | Promotable | Must Promote | Early Promote |
|---|---|---|---|---|---|---|
| 42. INDIVIDUAL | | | | | | X |
| 43. SUMMARY | X | 0 | 0 | 0 | 0 | 1 |

44. Reporting Senior Address
Director, Readiness, Surface Warfare (SEA 21A), 1333 Isaac Hull Ave SE, Washington Navy Yard DC 20376-0001

45. Signature of Reporting Senior [signature] Date: 1/10/2012

Member Trait Average: 5.00 Summary Group Average: 5.00

46. Signature of Individual Evaluated. "I have seen this report, been apprised of my performance, and understand my right to make a statement."
I intend to submit a statement. [ ] do not intend to submit a statement. [✓]
[signature] Date: 1/10/2012

47. Typed name, grade, command, UIC, and signature of Regular Reporting Senior on Concurrent Report

Date:

| | | | | | | |
|---|---|---|---|---|---|---|
| 1. Name (Last, First MI Suffix) CASH, ERIC C | | | 2. Grade/Rate CDR | 3. Desig 1110 | | 4. SSN [redacted] |
| 5. ACT X / FTS / INACT / AT/ADSW/265 | 6. UIC 42192 | 7. Ship/Station SEA 21 WASH DC | | | 8. Promotion Status REGULAR | 9. Date Reported 10JUL15 |
| Occasion for Report: 10. Periodic X | 11. Detachment of Individual | 12. Detachment of Reporting Senior | 13. Special | Period of Report 14. From: 10JUN10 | | 15. To: 11APR30 |
| 16. Not Observed Report | Type of Report 17. Regular X | 18. Concurrent | 19. Ops Cdr | 20. Physical Readiness P | | 21. Billet Subcategory (if any) NA |
| 22. Reporting Senior (Last, FI MI) RUSSELL, R L | 23. Grade CAPT | 24. Desig 1110 | 25. Title DIRECTOR | | 26. UIC 42192 | 27. SSN [redacted] |

28. Command employment and command achievements.

SEA-21 manages the life cycle support of all non-nuclear surface ship classes, including modernization, logistics, technical support, training, and sustainment.

29. Primary/Collateral/Watchstanding duties. (Enter primary duty abbreviation in box.)

DIV DIR | Division Director of In-Service Surface Ship Lifecycle Sustainment and Maintenance Analysis-10; SEC-10; Program Manager for Material Reliability Database (MRDB). Leave/travel: 10JUN10-10JUL14.
PFA: 10-2.

| For Mid-term Counseling Use. (When completing FITREP, enter 30 and 31 from counseling worksheet, sign 32.) | 30. Date Counseled | 31. Counselor | 32. Signature of Individual Counseled |
|---|---|---|---|
| | 10OCT13 | RUSSELL, R L | |

PERFORMANCE TRAITS: 1.0 - Below standards/not progressing or UNSAT in any one standard; 2.0 - Does not yet meet all 3.0 standards; 3.0 - Meets all 3.0 standards; 4.0 - Exceeds most 3.0 standards; 5.0 - Meets overall criteria and most of the specific standards for 5.0. Standards are not all inclusive.

| PERFORMANCE TRAITS | 1.0* Below Standards | 2.0 Pro-gressing | 3.0 Meets Standards | 4.0 Above Standards | 5.0 Greatly Exceeds Standards |
|---|---|---|---|---|---|
| 33. PROFESSIONAL EXPERTISE: Professional knowledge proficiency, and qualifications. NOB [ ] | - Lacks basic professional knowledge to perform effectively.<br>- Cannot apply basic skills.<br>- Fails to develop professionally or achieve timely qualifications. [ ] | - [ ] | - Has thorough professional knowledge.<br>- Competently performs both routine and new tasks.<br>- Steadily improves skills, achieves timely qualifications. [ ] | - [ ] | - Recognized expert, sought after to solve difficult problems.<br>- Exceptionally skilled, develops and executes innovative ideas.<br>- Achieves early/highly advanced qualifications. [X] |
| 34. COMMAND OR ORGANIZATIONAL CLIMATE/EQUAL OPPORTUNITY: Contributing to growth and development, human worth, community. NOB [ ] | - Actions counter to Navy's retention/reenlistment goals.<br>- Uninvolved with mentoring or professional development of subordinates.<br>- Actions counter to good order and discipline and negatively affect Command/Organizational climate.<br>- Demonstrates exclusionary behavior. Fails to value differences from cultural diversity. [ ] | - [ ] | - Positive leadership supports Navy's increased retention goals. Active in decreasing attrition.<br>- Actions adequately encourage/support subordinates' personal/professional growth.<br>- Demonstrates appreciation for contributions of Navy personnel. Positive influence on Command climate.<br>- Values differences as strengths. Fosters atmosphere of acceptance/inclusion per EO/EEO policy. [ ] | - [ ] | - Measurably contributes to Navy's increased retention and reduced attrition objectives.<br>- Proactive leader/exemplary mentor. Involved in subordinates' personal development leading to professional growth/sustained commitment.<br>- Initiates support programs for military, civilian, and families to achieve exceptional Command and Organizational climate.<br>- The model of achievement. Develops unit cohesion by valuing differences as strengths. [X] |
| 35. MILITARY BEARING/CHARACTER Appearance, conduct, physical fitness, adherance to Navy Core Values. NOB [ ] | - Consistently unsatisfactory appearance.<br>- Unsatisfactory demeanor or conduct.<br>- Unable to meet one or more physical readiness standards.<br>- Fails to live up to one or more Navy Core Values: HONOR, COURAGE, COMMITMENT. [ ] | - [ ] | - Excellent personal appearance.<br>- Excellent demeanor or conduct.<br>- Complies with physical readiness program.<br>- Always lives up to Navy Core Values: HONOR, COURAGE, COMMITMENT. [ ] | - [ ] | - Exemplary personal appearance.<br>- Exemplary representative of Navy.<br>- A leader in physical readiness.<br>- Exemplifies Navy Core Values: HONOR, COURAGE, COMMITMENT. [X] |
| 36. TEAMWORK: Contributions towards team building and team results. NOB [ ] | - Creates conflict, unwilling to work with others, puts self above team.<br>- Fails to understand team goals or teamwork techniques.<br>- Does not take direction well. [ ] | - [ ] | - Reinforces others' efforts, meets personal commitments to team.<br>- Understands team goals, employs good teamwork techniques.<br>- Accepts and offers team direction. [ ] | - [ ] | - Team builder, inspires cooperation and progress.<br>- Talented mentor, focuses goals and techniques for team.<br>- The best at accepting and offering team direction. [X] |
| 37. MISSION ACCOMPLISHMENT AND INITIATIVE: Taking initiative, planning/prioritizing, achieving mission NOB [ ] | - Lacks initiative.<br>- Unable to plan or prioritize.<br>- Does not maintain readiness.<br>- Fails to get the job done. [ ] | - [ ] | - Takes initiative to meet goals.<br>- Plans/prioritizes effectively.<br>- Maintains high state of readiness.<br>- Always gets the job done. [ ] | - [ ] | - Develops innovative ways to accomplish mission.<br>- Plans/prioritizes with exceptional skill and foresight.<br>- Maintains superior readiness, even with limited resources.<br>- Gets jobs done earlier and far better than expected. [X] |

# FITNESS REPORT & COUNSELING RECORD (W2-O6)

RCS BUPERS 1610-1

| | | | |
|---|---|---|---|
| 1. Name (Last, First MI Suffix): CASH, ERIC C | 2. Grade/Rate: CDR | 3. Desig: 1110 | 4. SSN: [redacted] |

| | | | | |
|---|---|---|---|---|
| 5. ACT [X] FTS [ ] INACT [ ] AT/ADSW/265 [ ] | 6. UIC: 42192 | 7. Ship/Station: SEA 21 WASH DC | 8. Promotion Status: REGULAR | 9. Date Reported: 10JUL15 |

Occasion for Report: 10. Periodic [X] 11. Detachment of Individual [ ] 12. Detachment of Reporting Senior [ ] 13. Special [ ]

Period of Report: 14. From: 10JUN10 15. To: 11APR30

16. Not Observed Report [ ]

Type of Report: 17. Regular [X] 18. Concurrent [ ] 19. Ops Cdr [ ]

20. Physical Readiness: P

21. Billet Subcategory (if any): NA

| | | | | | |
|---|---|---|---|---|---|
| 22. Reporting Senior (Last, FI MI): RUSSELL, R L | 23. Grade: CAPT | 24. Desig: 1110 | 25. Title: DIRECTOR | 26. UIC: 42192 | 27. SSN: 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 |

28. Command employment and command achievements.

SEA-21 manages the life cycle support of all non-nuclear surface ship classes, including modernization, logistics, technical support, training, and sustainment.

29. Primary/Collateral/Watchstanding duties. (Enter primary duty abbreviation in box.)

DIV DIR Division Director of In-Service Surface Ship Lifecycle Sustainment and Maintenance Analysis-10; SEC-10; Program Manager for Material Reliability Database (MRDB). Leave/travel: 10JUN10-10JUL14.
PFA: 10-2.

| For Mid-term Counseling Use. (When completing FITREP, enter 30 and 31 from counseling worksheet, sign 32.) | 30. Date Counseled | 31. Counselor | 32. Signature of Individual Counseled |
|---|---|---|---|
| | 10OCT13 | RUSSELL, R L | |

PERFORMANCE TRAITS: 1.0 - Below standards/not progressing or UNSAT in any one standard; 2.0 - Does not yet meet all 3.0 standards; 3.0 - Meets all 3.0 standards; 4.0 - Exceeds most 3.0 standards; 5.0 - Meets overall criteria and most of the specific standards for 5.0. Standards are not all inclusive.

| PERFORMANCE TRAITS | 1.0* Below Standards | 2.0 Pro-gressing | 3.0 Meets Standards | 4.0 Above Standards | 5.0 Greatly Exceeds Standards |
|---|---|---|---|---|---|
| 33. PROFESSIONAL EXPERTISE: Professional knowledge proficiency, and qualifications. NOB [ ] | - Lacks basic professional knowledge to perform effectively.<br>- Cannot apply basic skills.<br>- Fails to develop professionally or achieve timely qualifications. [ ] | [ ] | - Has thorough professional knowledge.<br>- Competently performs both routine and new tasks.<br>- Steadily improves skills, achieves timely qualifications. [ ] | [ ] | - Recognized expert, sought after to solve difficult problems.<br>- Exceptionally skilled, develops and executes innovative ideas.<br>- Achieves early/highly advanced qualifications. [X] |
| 34. COMMAND OR ORGANIZATIONAL CLIMATE/EQUAL OPPORTUNITY: Contributing to growth and development, human worth, community. NOB [ ] | - Actions counter to Navy's retention/reenlistment goals.<br>- Uninvolved with mentoring or professional development of subordinates.<br>- Actions counter to good order and discipline and negatively affect Command/Organizational climate.<br>- Demonstrates exclusionary behavior. Fails to value differences from cultural diversity. [ ] | [ ] | - Positive leadership supports Navy's increased retention goals. Active in decreasing attrition.<br>- Actions adequately encourage/support subordinates' personal/professional growth.<br>- Demonstrates appreciation for contributions of Navy personnel. Positive influence on Command climate.<br>- Values differences as strengths. Fosters atmosphere of acceptance/inclusion per EO/EEO policy. [ ] | [ ] | - Measurably contributes to Navy's increased retention and reduced attrition objectives.<br>- Proactive leader/exemplary mentor. Involved in subordinates' personal development leading to professional growth/sustained commitment.<br>- Initiates support programs for military, civilian, and families to achieve exceptional Command and Organizational climate.<br>- The model of achievement. Develops unit cohesion by valuing differences as strengths. [X] |
| 35. MILITARY BEARING/CHARACTER: Appearance, conduct, physical fitness, adherance to Navy Core Values. NOB [ ] | - Consistently unsatisfactory appearance.<br>- Unsatisfactory demeanor or conduct.<br>- Unable to meet one or more physical readiness standards.<br>- Fails to live up to one or more Navy Core Values: HONOR, COURAGE, COMMITMENT. [ ] | [ ] | - Excellent personal appearance.<br>- Excellent demeanor or conduct.<br>- Complies with physical readiness program.<br>- Always lives up to Navy Core Values: HONOR, COURAGE, COMMITMENT. [ ] | [ ] | - Exemplary personal appearance.<br>- Exemplary representative of Navy.<br>- A leader in physical readiness.<br>- Exemplifies Navy Core Values: HONOR, COURAGE, COMMITMENT. [X] |
| 36. TEAMWORK: Contributions towards team building and team results. NOB [ ] | - Creates conflict, unwilling to work with others, puts self above team.<br>- Fails to understand team goals or teamwork techniques.<br>- Does not take direction well. [ ] | [ ] | - Reinforces others' efforts, meets personal commitments to team.<br>- Understands team goals, employs good teamwork techniques.<br>- Accepts and offers team direction. [ ] | [ ] | - Team builder, inspires cooperation and progress.<br>- Talented mentor, focuses goals and techniques for team.<br>- The best at accepting and offering team direction. [X] |
| 37. MISSION ACCOMPLISHMENT AND INITIATIVE: Taking initiative, planning/prioritizing, achieving mission NOB [ ] | - Lacks initiative.<br>- Unable to plan or prioritize.<br>- Does not maintain readiness.<br>- Fails to get the job done. [ ] | [ ] | - Takes initiative to meet goals.<br>- Plans/prioritizes effectively.<br>- Maintains high state of readiness.<br>- Always gets the job done. [ ] | [ ] | - Develops innovative ways to accomplish mission.<br>- Plans/prioritizes with exceptional skill and foresight.<br>- Maintains superior readiness, even with limited resources.<br>- Gets jobs done earlier and far better than expected. [X] |

# FITNESS REPORT AND COUNSELING RECORD (W2-O6) (cont 'd)

RCS BUPERS 1610-1

| 1. Name (Last, First MI Suffix) | 2. Grade/Rate | 3. Desig | 4. SSN |
|---|---|---|---|
| CASH, ERIC C | CDR | 1110 | [redacted] |

| PERFORMANCE TRAITS | 1.0* Below Standards | 2.0 Progressing | 3.0 Meets Standards | 4.0 Above Standards | 5.0 Greatly Exceeds Standards |
|---|---|---|---|---|---|
| 38. LEADERSHIP: Organizing, motivating and developing others to accomplish goals. NOB [ ] | - Neglects growth/development or welfare of subordinates.<br>- Fails to organize, creates problems for subordinates.<br>- Does not set or achieve goals relevant to command mission and vision.<br>- Lacks ability to cope with or tolerate stress.<br>- Inadequate communicator.<br>- Tolerates hazards or unsafe practices. [ ] | [ ] | - Effectively stimulates growth/development in subordinates.<br>- Organizes successfully, implementing process improvements and efficiencies.<br>- Sets/achieves useful, realistic goals that support command mission.<br>- Performs well in stressful situations.<br>- Clear, timely communicator.<br>- Ensures safety of personnel and equipment. [ ] | [ ] | - Inspiring motivator and trainer, subordinates reach highest level of growth and development.<br>- Superb organizer, great foresight, develops process improvements and efficiencies.<br>- Leadership achievements dramatically further command mission and vision.<br>- Perseveres through the toughest challenges and inspires others.<br>- Exceptional communicator.<br>- Makes subordinates safety-conscious, maintains top safety record.<br>- Constantly improves the personal and professional lives of others. [X] |
| 39. TACTICAL PERFORMANCE: (Warfare qualified officers only) Basic and tactical employment of weapons systems. NOB [X] | - Has difficulty attaining qualification expected for the rank and experience.<br>- Has difficulty in ship(s), aircraft or weapons systems employment. Below others in knowledge and employment.<br>- Warfare skills in specialty are below standards compared to others of same rank and experience. [ ] | [ ] | - Attains qualifications as required and expected.<br>- Capably employs ship(s), aircraft, or weapons systems. Equal to others in warfare knowledge and employment.<br>- Warfare skills in specialty equal to others of same rank and experience. [ ] | [ ] | - Fully qualified at appropriate level for rank and experience.<br>- Innovatively employs ship(s), aircraft, or weapons systems. Well above others in warfare knowledge and employment.<br>- Warfare skills in specialty exceed others of same rank and experience. [ ] |

40. I recommend screening this individual for next career milestone(s) as follows: (maximum of two) Recommendations may be for competitive schools or duty assignments such as: LCPO, DEPT CPO, SEA, CMC, CWO, LDO, Dept Head, XO, OIC, CO, Major Command, War College, PG School.

NAVSEA MAJOR PM | FELLOWSHIP

41. COMMENTS ON PERFORMANCE: * All 1.0 marks, three 2.0 marks, and 2.0 marks in Block 34 must be specifically substantiated in comments. Comments must be verifiable. Font must be 10 or 12 Pitch (10 or 12 Point) only. Use upper and lower case.

***PROMOTE TO CAPTAIN. SELECT FOR MAJOR ACQUISITION PROGRAM MANAGER!***

CDR Cash is exactly the type of leader desired to lead a major acquisition program. One of the best in a budget constrained environment in maximizing resources to improve surface fleet readiness and capability.

- $7M budget Material Reliability Database Program Manager. Oversaw analysis focused on reducing surface ship lifecycle total ownership cost.
- Driving force in improving surface ship readiness. Led and assisted in several studies, securing over $1.5B to improve surface ship readiness for Aegis Ballistic Missile Defense ships and LPD 17 ship class.
- Creative mind behind production of an International Davy award winning strategic communications video highlighting Naval Sea Systems Command's commitment to improving and sustaining high surface ship material readiness.

Selectively detail Eric to positions leading to increased roles and responsibility in surface ship acquisition programs.

| Promotion Recommendation | NOB | Significant Problems | Progressing | Promotable | Must Promote | Early Promote |
|---|---|---|---|---|---|---|
| 42. INDIVIDUAL | | | | | | X |
| 43. SUMMARY | X | 0 | 0 | 0 | 0 | 1 |

44. Reporting Senior Address
Director, Readiness, Surface Warfare (SEA 21A), 1333 Isaac Hull Ave SE, Washington Navy Yard DC 20376-0001

45. Signature of Reporting Senior [signature] Date: 1/10/2012

Member Trait Average: 5.00 Summary Group Average: 5.00

46. Signature of Individual Evaluated. "I have seen this report, been apprised of my performance, and understand my right to make a statement."
I intend to submit a statement. [ ] do not intend to submit a statement. [✓]
[signature] Date: 1/10/2012

47. Typed name, grade, command, UIC, and signature of Regular Reporting Senior on Concurrent Report

Date:

# FITNESS REPORT AND COUNSELING RECORD (W2-O6) (cont 'd)

RCS BUPERS 1610-1

| 1. Name (Last, First MI Suffix) | 2. Grade/Rate | 3. Desig | 4. SSN |
|---|---|---|---|
| CASH, ERIC C | CDR | 1110 | [redacted] |

| PERFORMANCE TRAITS | 1.0* Below Standards | 2.0 Progressing | 3.0 Meets Standards | 4.0 Above Standards | 5.0 Greatly Exceeds Standards |
|---|---|---|---|---|---|
| 38. LEADERSHIP: Organizing, motivating and developing others to accomplish goals. NOB [ ] | - Neglects growth/development or welfare of subordinates.<br>- Fails to organize, creates problems for subordinates.<br>- Does not set or achieve goals relevant to command mission and vision.<br>- Lacks ability to cope with or tolerate stress.<br>- Inadequate communicator.<br>- Tolerates hazards or unsafe practices. [ ] | [ ] | - Effectively stimulates growth/development in subordinates.<br>- Organizes successfully, implementing process improvements and efficiencies.<br>- Sets/achieves useful, realistic goals that support command mission.<br>- Performs well in stressful situations.<br>- Clear, timely communicator.<br>- Ensures safety of personnel and equipment. [ ] | [ ] | - Inspiring motivator and trainer, subordinates reach highest level of growth and development.<br>- Superb organizer, great foresight, develops process improvements and efficiencies.<br>- Leadership achievements dramatically further command mission and vision.<br>- Perseveres through the toughest challenges and inspires others.<br>- Exceptional communicator.<br>- Makes subordinates safety-conscious, maintains top safety record.<br>- Constantly improves the personal and professional lives of others. [X] |
| 39. TACTICAL PERFORMANCE: (Warfare qualified officers only) Basic and tactical employment of weapons systems. NOB [X] | - Has difficulty attaining qualification expected for the rank and experience.<br>- Has difficulty in ship(s), aircraft or weapons systems employment. Below others in knowledge and employment.<br>- Warfare skills in specialty are below standards compared to others of same rank and experience. [ ] | [ ] | - Attains qualifications as required and expected.<br>- Capably employs ship(s), aircraft, or weapons systems. Equal to others in warfare knowledge and employment.<br>- Warfare skills in specialty equal to others of same rank and experience. [ ] | [ ] | - Fully qualified at appropriate level for rank and experience.<br>- Innovatively employs ship(s), aircraft, or weapons systems. Well above others in warfare knowledge and employment.<br>- Warfare skills in specialty exceed others of same rank and experience. [ ] |

40. I recommend screening this individual for next career milestone(s) as follows: (maximum of two) Recommendations may be for competitive schools or duty assignments such as: LCPO, DEPT CPO, SEA, CMC, CWO, LDO, Dept Head, XO, OIC, CO, Major Command, War College, PG School.

NAVSEA MAJOR PM | FELLOWSHIP

41. COMMENTS ON PERFORMANCE: * All 1.0 marks, three 2.0 marks, and 2.0 marks in Block 34 must be specifically substantiated in comments. Comments must be verifiable. Font must be 10 or 12 Pitch (10 or 12 Point) only. Use upper and lower case.

***PROMOTE TO CAPTAIN. SELECT FOR MAJOR ACQUISITION PROGRAM MANAGER!***

CDR Cash is exactly the type of leader desired to lead a major acquisition program. One of the best in a budget constrained environment in maximizing resources to improve surface fleet readiness and capability.

- $7M budget Material Reliability Database Program Manager. Oversaw analysis focused on reducing surface ship lifecycle total ownership cost.
- Driving force in improving surface ship readiness. Led and assisted in several studies, securing over $1.5B to improve surface ship readiness for Aegis Ballistic Missile Defense ships and LPD 17 ship class.
- Creative mind behind production of an International Davy award winning strategic communications video highlighting Naval Sea Systems Command's commitment to improving and sustaining high surface ship material readiness.

Selectively detail Eric to positions leading to increased roles and responsibility in surface ship acquisition programs.

| Promotion Recommendation | NOB | Significant Problems | Progressing | Promotable | Must Promote | Early Promote |
|---|---|---|---|---|---|---|
| 42. INDIVIDUAL | | | | | | X |
| 43. SUMMARY | | 0 | 0 | 0 | 0 | 1 |

44. Reporting Senior Address
Director, Readiness, Surface Warfare (SEA 21A), 1333 Isaac Hull Ave SE, Washington Navy Yard DC 20376-0001

45. Signature of Reporting Senior: [signature] Date: 1/10/2012

Member Trait Average: 5.00 Summary Group Average: 5.00

46. Signature of Individual Evaluated. "I have seen this report, been apprised of my performance, and understand my right to make a statement."
I intend to submit a statement. [ ] do not intend to submit a statement. [✓]
[signature] Date: 1/10/2012

47. Typed name, grade, command, UIC, and signature of Regular Reporting Senior on Concurrent Report

Date:

# FITNESS REPORT & COUNSELING RECORD (W2-O6)

RCS BUPERS 1610-1

| | | | | | |
|---|---|---|---|---|---|
| 1. Name (Last, First MI Suffix) CASH, ERIC C | | 2. Grade/Rate CDR | 3. Desig 1110 | | 4. SSN [redacted] |
| 5. ACT [X] FTS [ ] INACT [ ] AT/ADSW/265 [ ] | 6. UIC 42192 | 7. Ship/Station SEA 21 WASH DC | | 8. Promotion Status REGULAR | 9. Date Reported 10JUL15 |
| Occasion for Report: 10. Periodic [X] 11. Detachment of Individual [ ] 12. Detachment of Reporting Senior [ ] 13. Special [ ] | | | Period of Report: 14. From: 12JAN18 15. To: 12APR30 | | |
| 16. Not Observed Report [ ] | Type of Report: 17. Regular [X] 18. Concurrent [ ] 19. OpsCdr [ ] | | 20. Physical Readiness P | | 21. Billet Subcategory (if any) NA |
| 22. Reporting Senior (Last, FI MI) GRAHAM, M R | 23. Grade CAPT | 24. Desig 1110 | 25. Title DIRECTOR | 26. UIC 42192 | 27. SSN [redacted] |

28. Command employment and command achievements.
SEA 21 manages the life cycle support of all non-nuclear surface ship classes, including modernization, logistics, technical support, training, and sustainment.

29. Primary/Collateral/Watchstanding duties. (Enter primary duty abbreviation in box.)
DIV DIR
Division Director of In-Service Surface Ship Lifecycle Sustainment and Maintenance Analysis-04; Program Manager for Material Reliability Database (MRDB)-04; INSURV Readiness Assist Team (IRAT) Program Manager-04.
PFA: 10-2

| For Mid-term Counseling Use. (When completing FITREP, enter 30 and 31 from counseling worksheet, sign 32.) | 30. Date Counseled | 31. Counselor | 32. Signature of Individual Counseled |
|---|---|---|---|
| | NOT REQ | | |

PERFORMANCE TRAITS: 1.0 - Below standards/not progressing or UNSAT in any one standard; 2.0 - Does not yet meet all 3.0 standards; 3.0 - Meets all 3.0 standards; 4.0 - Exceeds most 3.0 standards; 5.0 - Meets overall criteria and most of the specific standards for 5.0. Standards are not all inclusive.

| PERFORMANCE TRAITS | 1.0* Below Standards | 2.0 Pro-gressing | 3.0 Meets Standards | 4.0 Above Standards | 5.0 Greatly Exceeds Standards |
|---|---|---|---|---|---|
| 33. PROFESSIONAL EXPERTISE: Professional knowledge proficiency, and qualifications. NOB [ ] | -Lacks basic professional knowledge to perform effectively.<br>-Cannot apply basic skills.<br>-Fails to develop professionally or achieve timely qualifications. [ ] | [ ] | -Has thorough professional knowledge.<br>-Competently performs both routine and new tasks.<br>-Steadily improves skills, achieves timely qualifications. [ ] | [ ] | - Recognized expert, sought after to solve difficult problems.<br>- Exceptionally skilled, develops and executes innovative ideas.<br>- Achieves early/highly advanced qualifications. [X] |
| 34. COMMAND OR ORGANIZATIONAL CLIMATE/EQUAL OPPORTUNITY: Contributing to growth and development, human worth, community. NOB [ ] | -Actions counter to Navy's retention/ reenlistment goals.<br>-Uninvolved with mentoring or professional development of subordinates.<br>-Actions counter to good order and discipline and negatively affect Command/ Organizational climate.<br>-Demonstrates exclusionary behavior. Fails to value differences from cultural diversity. [ ] | [ ] | -Positive leadership supports Navy's increased retention goals. Active in decreasing attrition.<br>-Actions adequately encourage/support subordinates' personal/professional growth.<br>-Demonstrates appreciation for contributions of Navy personnel. Positive influence on Command climate.<br>- Values differences as strengths. Fosters atmosphere of acceptance/inclusion per EO/EEO policy. [ ] | [ ] | - Measurably contributes to Navy's increased retention and reduced attrition objectives.<br>- Proactive leader/exemplary mentor. Involved in subordinates' personal development leading to professional growth/sustained commitment.<br>- Initiates support programs for military, civilian, and families to achieve exceptional Command and Organizational climate.<br>- The model of achievement. Develops unit cohesion by valuing differences as strengths. [X] |
| 35. MILITARY BEARING/ CHARACTER: Appearance, conduct physical fitness, adherance to Navy Core Values. NOB [ ] | -Consistently unsatisfactory appearance.<br>-Unsatisfactory demeanor or conduct.<br>-Unable to meet one or more physical readiness standards.<br>-Fails to live up to one or more Navy Core Values: HONOR, COURAGE, COMMITMENT. [ ] | [ ] | -Excellent personal appearance.<br>-Excellent demeanor or conduct.<br>-Complies with physical readiness program.<br>-Always lives up to Navy Core Values: HONOR, COURAGE, COMMITMENT. [ ] | [ ] | - Exemplary personal appearance.<br>- Exemplary representative of Navy.<br>- A leader in physical readiness.<br>- Exemplifies Navy Core Values: HONOR, COURAGE, COMMITMENT. [X] |
| 36. TEAMWORK: Contributions toward team building and team results. NOB [ ] | -Creates conflict, unwilling to work with others, puts self above team.<br>-Fails to understand team goals or teamwork techniques.<br>-Does not take direction well. [ ] | [ ] | -Reinforces others' efforts, meets personal commitments to team.<br>-Understands team goals, employs good teamwork techniques.<br>-Accepts and offers team direction. [ ] | [ ] | - Team builder, inspires cooperation and progress.<br>- Talented mentor, focuses goals and techniques for team.<br>- The best at accepting and offering team direction. [X] |
| 37. MISSION ACCOMPLISHMENT AND INITIATIVE: Taking initiative, planning/prioritizing, achieving mission. NOB [ ] | -Lacks initiative.<br>-Unable to plan or prioritize.<br>-Does not maintain readiness.<br>-Fails to get the job done. [ ] | [ ] | -Takes initiative to meet goals.<br>-Plans/prioritizes effectively.<br>-Maintains high state of readiness.<br>-Always gets the job done. [ ] | [ ] | - Develops innovative ways to accomplish mission.<br>- Plans/prioritizes with exceptional skill and foresight.<br>- Maintains superior readiness, even with limited resources.<br>- Gets jobs done earlier and far better than expected. [X] |

# FITNESS REPORT & COUNSELING RECORD (W2-O6)

BUPERS 1610-1

| | | | | | |
|---|---|---|---|---|---|
| 1. Name (Last, First MI Suffix): CASH, ERIC C | | 2. Grade/Rate: CDR | 3. Desig: 1110 | | 4. SSN: [redacted] |
| 5. ACT: X; FTS: ; INACT: ; AT/ADSW/265: | 6. UIC: 42192 | 7. Ship/Station: SEA 21 WASH DC | | 8. Promotion Status: REGULAR | 9. Date Reported: 10JUL15 |
| Occasion for Report: 10. Periodic: X; 11. Detachment of Individual: ; 12. Detachment of Reporting Senior: ; 13. Special: | | | Period of Report: 14. From: 12JAN18 | | 15. To: 12APR30 |
| 16. Not Observed Report: | Type of Report: 17. Regular: X; 18. Concurrent: ; 19. OpsCdr: | | 20. Physical Readiness: P | | 21. Billet Subcategory (if any): NA |
| 22. Reporting Senior (Last, FI MI): GRAHAM, M R | 23. Grade: CAPT | 24. Desig: 1110 | 25. Title: DIRECTOR | 26. UIC: 42192 | 27. SSN: [redacted] |

28. Command employment and command achievements.

SEA 21 manages the life cycle support of all non-nuclear surface ship classes, including modernization, logistics, technical support, training, and sustainment.

29. Primary/Collateral/Watchstanding duties. (Enter primary duty abbreviation in box.)

DIV DIR

Division Director of In-Service Surface Ship Lifecycle Sustainment and Maintenance Analysis-04; Program Manager for Material Reliability Database (MRDB)-04; INSURV Readiness Assist Team (IRAT) Program Manager-04.
PFA: 10-2

| For Mid-term Counseling Use. (When completing FITREP, enter 30 and 31 from counseling worksheet, sign 32.) | 30. Date Counseled | 31. Counselor | 32. Signature of Individual Counseled |
|---|---|---|---|
| | NOT REQ | | |

PERFORMANCE TRAITS: 1.0 - Below standards/not progressing or UNSAT in any one standard; 2.0 - Does not yet meet all 3.0 standards; 3.0 - Meets all 3.0 standards; 4.0 - Exceeds most 3.0 standards; 5.0 - Meets overall criteria and most of the specific standards for 5.0. Standards are not all inclusive.

| PERFORMANCE TRAITS | NOB | 1.0* Below Standards | 2.0 Pro-gressing | 3.0 Meets Standards | 4.0 Above Standards | 5.0 Greatly Exceeds Standards |
|---|---|---|---|---|---|---|
| 33. PROFESSIONAL EXPERTISE: Professional knowledge proficiency, and qualifications. | | -Lacks basic professional knowledge to perform effectively.<br>-Cannot apply basic skills.<br>-Fails to develop professionally or achieve timely qualifications. | | -Has thorough professional knowledge.<br>-Competently performs both routine and new tasks.<br>-Steadily improves skills, achieves timely qualifications. | | - Recognized expert, sought after to solve difficult problems.<br>- Exceptionally skilled, develops and executes innovative ideas.<br>- Achieves early/highly advanced qualifications.<br>X |
| 34. COMMAND OR ORGANIZATIONAL CLIMATE/EQUAL OPPORTUNITY: Contributing to growth and development, human worth, community. | | -Actions counter to Navy's retention/ reenlistment goals.<br>-Uninvolved with mentoring or professional development of subordinates.<br>-Actions counter to good order and discipline and negatively affect Command/ Organizational climate.<br>-Demonstrates exclusionary behavior. Fails to value differences from cultural diversity. | | -Positive leadership supports Navy's increased retention goals. Active in decreasing attrition.<br>-Actions adequately encourage/support subordinates' personal/professional growth.<br>-Demonstrates appreciation for contributions of Navy personnel. Positive influence on Command climate.<br>- Values differences as strengths. Fosters atmosphere of acceptance/inclusion per EO/EEO policy. | | - Measurably contributes to Navy's increased retention and reduced attrition objectives.<br>- Proactive leader/exemplary mentor. Involved in subordinates' personal development leading to professional growth/sustained commitment.<br>- Initiates support programs for military, civilian, and families to achieve exceptional Command and Organizational climate.<br>- The model of achievement. Develops unit cohesion by valuing differences as strengths.<br>X |
| 35. MILITARY BEARING/ CHARACTER: Appearance, conduct physical fitness, adherance to Navy Core Values. | | -Consistently unsatisfactory appearance.<br>-Unsatisfactory demeanor or conduct.<br>-Unable to meet one or more physical readiness standards.<br>-Fails to live up to one or more Navy Core Values: HONOR, COURAGE, COMMITMENT. | | -Excellent personal appearance.<br>-Excellent demeanor or conduct.<br>-Complies with physical readiness program.<br>-Always lives up to Navy Core Values: HONOR, COURAGE, COMMITMENT. | | - Exemplary personal appearance.<br>- Exemplary representative of Navy.<br>- A leader in physical readiness.<br>- Exemplifies Navy Core Values: HONOR, COURAGE, COMMITMENT.<br>X |
| 36. TEAMWORK: Contributions toward team building and team results. | | -Creates conflict, unwilling to work with others, puts self above team.<br>-Fails to understand team goals or teamwork techniques.<br>-Does not take direction well. | | -Reinforces others' efforts, meets personal commitments to team.<br>-Understands team goals, employs good teamwork techniques.<br>-Accepts and offers team direction. | | - Team builder, inspires cooperation and progress.<br>- Talented mentor, focuses goals and techniques for team.<br>- The best at accepting and offering team direction.<br>X |
| 37. MISSION ACCOMPLISHMENT AND INITIATIVE: Taking initiative, planning/prioritizing, achieving mission. | | -Lacks initiative.<br>-Unable to plan or prioritize.<br>-Does not maintain readiness.<br>-Fails to get the job done. | | -Takes initiative to meet goals.<br>-Plans/prioritizes effectively.<br>-Maintains high state of readiness.<br>-Always gets the job done. | | - Develops innovative ways to accomplish mission.<br>- Plans/prioritizes with exceptional skill and foresight.<br>- Maintains superior readiness, even with limited resources.<br>- Gets jobs done earlier and far better than expected.<br>X |

# FITNESS REPORT & COUNSELING RECORD (W2-O6)

RCS BUPERS 1610-1

| 1. Name (Last, First MI Suffix) | 2. Grade/Rate | 3. Desig | 4. SSN |
|---|---|---|---|
| CASH, ERIC C | CDR | 1110 | [redacted] |

| 5. ACT | FTS | INACT | AT/ADSW/ 265 | 6. UIC | 7. Ship/Station | 8. Promotion Status | 9. Date Reported |
|---|---|---|---|---|---|---|---|
| X | | | | 42192 | SEA 21 WASH DC | REGULAR | 10JUL15 |

Occasion for Report: 10. Periodic [X] 11. Detachment of Individual [ ] 12. Detachment of Reporting Senior [ ] 13. Special [ ]

Period of Report: 14. From: 12JAN18 15. To: 12APR30

16. Not Observed Report [ ] Type of Report: 17. Regular [X] 18. Concurrent [ ] 19. OpsCdr [ ]

20. Physical Readiness: P

21. Billet Subcategory (if any): NA

| 22. Reporting Senior (Last, FI MI) | 23. Grade | 24. Desig | 25. Title | 26. UIC | 27. SSN |
|---|---|---|---|---|---|
| GRAHAM, M R | CAPT | 1110 | DIRECTOR | 42192 | [redacted] |

28. Command employment and command achievements.

SEA 21 manages the life cycle support of all non-nuclear surface ship classes, including modernization, logistics, technical support, training, and sustainment.

29. Primary/Collateral/Watchstanding duties. (Enter primary duty abbreviation in box.)

DIV DIR | Division Director of In-Service Surface Ship Lifecycle Sustainment and Maintenance Analysis-04; Program Manager for Material Reliability Database (MRDB)-04; INSURV Readiness Assist Team (IRAT) Program Manager-04.
PFA: 10-2

| For Mid-term Counseling Use. (When completing FITREP, enter 30 and 31 from counseling worksheet, sign 32.) | 30. Date Counseled | 31. Counselor | 32. Signature of Individual Counseled |
|---|---|---|---|
| | NOT REQ | | |

PERFORMANCE TRAITS: 1.0 - Below standards/not progressing or UNSAT in any one standard; 2.0 - Does not yet meet all 3.0 standards; 3.0 - Meets all 3.0 standards; 4.0 - Exceeds most 3.0 standards; 5.0 - Meets overall criteria and most of the specific standards for 5.0. Standards are not all inclusive.

| PERFORMANCE TRAITS | 1.0* Below Standards | 2.0 Pro-gressing | 3.0 Meets Standards | 4.0 Above Standards | 5.0 Greatly Exceeds Standards |
|---|---|---|---|---|---|
| 33. PROFESSIONAL EXPERTISE: Professional knowledge proficiency, and qualifications. NOB [ ] | -Lacks basic professional knowledge to perform effectively.<br>-Cannot apply basic skills.<br>-Fails to develop professionally or achieve timely qualifications. [ ] | [ ] | -Has thorough professional knowledge.<br>-Competently performs both routine and new tasks.<br>-Steadily improves skills, achieves timely qualifications. [ ] | [ ] | -Recognized expert, sought after to solve difficult problems.<br>-Exceptionally skilled, develops and executes innovative ideas.<br>-Achieves early/highly advanced qualifications. [X] |
| 34. COMMAND OR ORGANIZATIONAL CLIMATE/EQUAL OPPORTUNITY: Contributing to growth and development, human worth, community. NOB [ ] | -Actions counter to Navy's retention/reenlistment goals.<br>-Uninvolved with mentoring or professional development of subordinates.<br>-Actions counter to good order and discipline and negatively affect Command/Organizational climate.<br>-Demonstrates exclusionary behavior. Fails to value differences from cultural diversity. [ ] | [ ] | -Positive leadership supports Navy's increased retention goals. Active in decreasing attrition.<br>-Actions adequately encourage/support subordinates' personal/professional growth.<br>-Demonstrates appreciation for contributions of Navy personnel. Positive influence on Command climate.<br>-Values differences as strengths. Fosters atmosphere of acceptance/inclusion per EO/EEO policy. [ ] | [ ] | -Measurably contributes to Navy's increased retention and reduced attrition objectives.<br>-Proactive leader/exemplary mentor. Involved in subordinates' personal development leading to professional growth/sustained commitment.<br>-Initiates support programs for military, civilian, and families to achieve exceptional Command and Organizational climate.<br>-The model of achievement. Develops unit cohesion by valuing differences as strengths. [X] |
| 35. MILITARY BEARING/ CHARACTER: Appearance, conduct physical fitness, adherance to Navy Core Values. NOB [ ] | -Consistently unsatisfactory appearance.<br>-Unsatisfactory demeanor or conduct.<br>-Unable to meet one or more physical readiness standards.<br>-Fails to live up to one or more Navy Core Values: HONOR, COURAGE, COMMITMENT. [ ] | [ ] | -Excellent personal appearance.<br>-Excellent demeanor or conduct.<br>-Complies with physical readiness program.<br>-Always lives up to Navy Core Values: HONOR, COURAGE, COMMITMENT. [ ] | [ ] | -Exemplary personal appearance.<br>-Exemplary representative of Navy.<br>-A leader in physical readiness.<br>-Exemplifies Navy Core Values: HONOR, COURAGE, COMMITMENT. [X] |
| 36. TEAMWORK: Contributions toward team building and team results. NOB [ ] | -Creates conflict, unwilling to work with others, puts self above team.<br>-Fails to understand team goals or teamwork techniques.<br>-Does not take direction well. [ ] | [ ] | -Reinforces others' efforts, meets personal commitments to team.<br>-Understands team goals, employs good teamwork techniques.<br>-Accepts and offers team direction. [ ] | [ ] | -Team builder, inspires cooperation and progress.<br>-Talented mentor, focuses goals and techniques for team.<br>-The best at accepting and offering team direction. [X] |
| 37. MISSION ACCOMPLISHMENT AND INITIATIVE: Taking initiative, planning/prioritizing, achieving mission. NOB [ ] | -Lacks initiative.<br>-Unable to plan or prioritize.<br>-Does not maintain readiness.<br>-Fails to get the job done. [ ] | [ ] | -Takes initiative to meet goals.<br>-Plans/prioritizes effectively.<br>-Maintains high state of readiness.<br>-Always gets the job done. [ ] | [ ] | -Develops innovative ways to accomplish mission.<br>-Plans/prioritizes with exceptional skill and foresight.<br>-Maintains superior readiness, even with limited resources.<br>-Gets jobs done earlier and far better than expected. [X] |

# FITNESS REPORT & COUNSELING RECORD (W2-O6)

RCS BUPERS 1610-1

| 1. Name (Last, First MI Suffix) | 2. Grade/Rate | 3. Desig | 4. SSN |
|---|---|---|---|
| CASH, ERIC C | CDR | 1110 | [redacted] |

| 5. ACT | FTS | INACT | AT/ADSW/ 265 | 6. UIC | 7. Ship/Station | 8. Promotion Status | 9. Date Reported |
|---|---|---|---|---|---|---|---|
| X | | | | 42192 | SEA 21 WASH DC | REGULAR | 10JUL15 |

| Occasion for Report: 10. Periodic | Detachment 11. of Individual | Detachment of 12. Reporting Senior | 13. Special | Period of Report 14. From: | 15. To: |
|---|---|---|---|---|---|
| X | | | | 12JAN18 | 12APR30 |

| 16. Not Observed Report | Type of Report 17. Regular | 18. Concurrent | 19. OpsCdr | 20. Physical Readiness | 21. Billet Subcategory (if any) |
|---|---|---|---|---|---|
| | X | | | P | NA |

| 22. Reporting Senior (Last, FI MI) | 23. Grade | 24. Desig | 25. Title | 26. UIC | 27. SSN |
|---|---|---|---|---|---|
| GRAHAM, M R | CAPT | 1110 | DIRECTOR | 42192 | 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 |

28. Command employment and command achievements.

SEA 21 manages the life cycle support of all non-nuclear surface ship classes, including modernization, logistics, technical support, training, and sustainment.

29. Primary/Collateral/Watchstanding duties. (Enter primary duty abbreviation in box.)

DIV DIR | Division Director of In-Service Surface Ship Lifecycle Sustainment and Maintenance Analysis-04; Program Manager for Material Reliability Database (MRDB)-04; INSURV Readiness Assist Team (IRAT) Program Manager-04.
PFA: 10-2

| For Mid-term Counseling Use. (When completing FITREP, enter 30 and 31 from counseling worksheet, sign 32.) | 30. Date Counseled | 31. Counselor | 32. Signature of Individual Counseled |
|---|---|---|---|
| | NOT REQ | | |

PERFORMANCE TRAITS: 1.0 - Below standards/not progressing or UNSAT in any one standard; 2.0 - Does not yet meet all 3.0 standards; 3.0 - Meets all 3.0 standards; 4.0 - Exceeds most 3.0 standards; 5.0 - Meets overall criteria and most of the specific standards for 5.0. Standards are not all inclusive.

| PERFORMANCE TRAITS | 1.0* Below Standards | 2.0 Progressing | 3.0 Meets Standards | 4.0 Above Standards | 5.0 Greatly Exceeds Standards |
|---|---|---|---|---|---|
| 33. PROFESSIONAL EXPERTISE: Professional knowledge proficiency, and qualifications. NOB [ ] | -Lacks basic professional knowledge to perform effectively. -Cannot apply basic skills. -Fails to develop professionally or achieve timely qualifications. [ ] | - - - [ ] | -Has thorough professional knowledge. -Competently performs both routine and new tasks. -Steadily improves skills, achieves timely qualifications. [ ] | - - - [ ] | - Recognized expert, sought after to solve difficult problems. - Exceptionally skilled, develops and executes innovative ideas. - Achieves early/highly advanced qualifications. [X] |
| 34. COMMAND OR ORGANIZATIONAL CLIMATE/EQUAL OPPORTUNITY: Contributing to growth and development, human worth, community. NOB [ ] | -Actions counter to Navy's retention/ reenlistment goals. -Uninvolved with mentoring or professional development of subordinates. -Actions counter to good order and discipline and negatively affect Command/ Organizational climate. -Demonstrates exclusionary behavior. Fails to value differences from cultural diversity. [ ] | - - - - [ ] | -Positive leadership supports Navy's increased retention goals. Active in decreasing attrition. -Actions adequately encourage/support subordinates' personal/professional growth. -Demonstrates appreciation for contributions of Navy personnel. Positive influence on Command climate. -Values differences as strengths. Fosters atmosphere of acceptance/inclusion per EO/EEO policy. [ ] | - - - - [ ] | - Measurably contributes to Navy's increased retention and reduced attrition objectives. - Proactive leader/exemplary mentor. Involved in subordinates' personal development leading to professional growth/sustained commitment. - Initiates support programs for military, civilian, and families to achieve exceptional Command and Organizational climate. - The model of achievement. Develops unit cohesion by valuing differences as strengths. [X] |
| 35. MILITARY BEARING/ CHARACTER: Appearance, conduct physical fitness, adherance to Navy Core Values. NOB [ ] | -Consistently unsatisfactory appearance. -Unsatisfactory demeanor or conduct. -Unable to meet one or more physical readiness standards. -Fails to live up to one or more Navy Core Values: HONOR, COURAGE, COMMITMENT. [ ] | - - - - [ ] | -Excellent personal appearance. -Excellent demeanor or conduct. -Complies with physical readiness program. -Always lives up to Navy Core Values: HONOR, COURAGE, COMMITMENT. [ ] | - - - - [ ] | - Exemplary personal appearance. - Exemplary representative of Navy. - A leader in physical readiness. - Exemplifies Navy Core Values: HONOR, COURAGE, COMMITMENT. [X] |
| 36. TEAMWORK: Contributions toward team building and team results. NOB [ ] | -Creates conflict, unwilling to work with others, puts self above team. -Fails to understand team goals or teamwork techniques. -Does not take direction well. [ ] | - - - [ ] | -Reinforces others' efforts, meets personal commitments to team. -Understands team goals, employs good teamwork techniques. -Accepts and offers team direction. [ ] | - - - [ ] | - Team builder, inspires cooperation and progress. - Talented mentor, focuses goals and techniques for team. - The best at accepting and offering team direction. [X] |
| 37. MISSION ACCOMPLISHMENT AND INITIATIVE: Taking initiative, planning/prioritizing, achieving mission. NOB [ ] | -Lacks initiative. -Unable to plan or prioritize. -Does not maintain readiness. -Fails to get the job done. [ ] | - - - - [ ] | -Takes initiative to meet goals. -Plans/prioritizes effectively. -Maintains high state of readiness. -Always gets the job done. [ ] | - - - - [ ] | - Develops innovative ways to accomplish mission. - Plans/prioritizes with exceptional skill and foresight. - Maintains superior readiness, even with limited resources. - Gets jobs done earlier and far better than expected. [X] |

# FITNESS REPORT & COUNSELING RECORD (W2-O6)

RCS BUPERS 1610-1

| | | | |
|---|---|---|---|
| 1. Name (Last, First MI Suffix): CASH, ERIC C | 2. Grade/Rate: CDR | 3. Desig: 1110 | 4. SSN: [redacted] |

| | | | | |
|---|---|---|---|---|
| 5. ACT [X] FTS [ ] INACT [ ] AT/ADSW/265 [ ] | 6. UIC: 42192 | 7. Ship/Station: SEA 21 WASH DC | 8. Promotion Status: REGULAR | 9. Date Reported: 10JUL15 |

Occasion for Report: 10. Periodic [X] 11. Detachment of Individual [ ] 12. Detachment of Reporting Senior [ ] 13. Special [ ]

Period of Report: 14. From: 12JAN18 15. To: 12APR30

16. Not Observed Report [ ] Type of Report: 17. Regular [X] 18. Concurrent [ ] 19. OpsCdr [ ]

20. Physical Readiness: P

21. Billet Subcategory (if any): NA

| 22. Reporting Senior (Last, FI MI) | 23. Grade | 24. Desig | 25. Title | 26. UIC | 27. SSN |
|---|---|---|---|---|---|
| GRAHAM, M R | CAPT | 1110 | DIRECTOR | 42192 | 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 |

28. Command employment and command achievements.
SEA 21 manages the life cycle support of all non-nuclear surface ship classes, including modernization, logistics, technical support, training, and sustainment.

29. Primary/Collateral/Watchstanding duties. (Enter primary duty abbreviation in box.)
DIV DIR Division Director of In-Service Surface Ship Lifecycle Sustainment and Maintenance Analysis-04; Program Manager for Material Reliability Database (MRDB)-04; INSURV Readiness Assist Team (IRAT) Program Manager-04.
PFA: 10-2

| For Mid-term Counseling Use. (When completing FITREP, enter 30 and 31 from counseling worksheet, sign 32.) | 30. Date Counseled | 31. Counselor | 32. Signature of Individual Counseled |
|---|---|---|---|
| | NOT REQ | | |

PERFORMANCE TRAITS: 1.0 - Below standards/not progressing or UNSAT in any one standard; 2.0 - Does not yet meet all 3.0 standards; 3.0 - Meets all 3.0 standards; 4.0 - Exceeds most 3.0 standards; 5.0 - Meets overall criteria and most of the specific standards for 5.0. Standards are not all inclusive.

| PERFORMANCE TRAITS | 1.0* Below Standards | 2.0 Progressing | 3.0 Meets Standards | 4.0 Above Standards | 5.0 Greatly Exceeds Standards |
|---|---|---|---|---|---|
| 33. PROFESSIONAL EXPERTISE: Professional knowledge proficiency, and qualifications. NOB [ ] | -Lacks basic professional knowledge to perform effectively. -Cannot apply basic skills. -Fails to develop professionally or achieve timely qualifications. [ ] | [ ] | -Has thorough professional knowledge. -Competently performs both routine and new tasks. -Steadily improves skills, achieves timely qualifications. [ ] | [ ] | - Recognized expert, sought after to solve difficult problems. - Exceptionally skilled, develops and executes innovative ideas. - Achieves early/highly advanced qualifications. [X] |
| 34. COMMAND OR ORGANIZATIONAL CLIMATE/EQUAL OPPORTUNITY: Contributing to growth and development, human worth, community. NOB [ ] | -Actions counter to Navy's retention/reenlistment goals. -Uninvolved with mentoring or professional development of subordinates. -Actions counter to good order and discipline and negatively affect Command/Organizational climate. -Demonstrates exclusionary behavior. Fails to value differences from cultural diversity. [ ] | [ ] | -Positive leadership supports Navy's increased retention goals. Active in decreasing attrition. -Actions adequately encourage/support subordinates' personal/professional growth. -Demonstrates appreciation for contributions of Navy personnel. Positive influence on Command climate. - Values differences as strengths. Fosters atmosphere of acceptance/inclusion per EO/EEO policy. [ ] | [ ] | - Measurably contributes to Navy's increased retention and reduced attrition objectives. - Proactive leader/exemplary mentor. Involved in subordinates' personal development leading to professional growth/sustained commitment. - Initiates support programs for military, civilian, and families to achieve exceptional Command and Organizational climate. - The model of achievement. Develops unit cohesion by valuing differences as strengths. [X] |
| 35. MILITARY BEARING/CHARACTER: Appearance, conduct physical fitness, adherance to Navy Core Values. NOB [ ] | -Consistently unsatisfactory appearance. -Unsatisfactory demeanor or conduct. -Unable to meet one or more physical readiness standards. -Fails to live up to one or more Navy Core Values: HONOR, COURAGE, COMMITMENT. [ ] | [ ] | -Excellent personal appearance. -Excellent demeanor or conduct. -Complies with physical readiness program. -Always lives up to Navy Core Values: HONOR, COURAGE, COMMITMENT. [ ] | [ ] | - Exemplary personal appearance. - Exemplary representative of Navy. - A leader in physical readiness. - Exemplifies Navy Core Values: HONOR, COURAGE, COMMITMENT. [X] |
| 36. TEAMWORK: Contributions toward team building and team results. NOB [ ] | -Creates conflict, unwilling to work with others, puts self above team. -Fails to understand team goals or teamwork techniques. -Does not take direction well. [ ] | [ ] | -Reinforces others' efforts, meets personal commitments to team. -Understands team goals, employs good teamwork techniques. -Accepts and offers team direction. [ ] | [ ] | - Team builder, inspires cooperation and progress. - Talented mentor, focuses goals and techniques for team. - The best at accepting and offering team direction. [X] |
| 37. MISSION ACCOMPLISHMENT AND INITIATIVE: Taking initiative, planning/prioritizing, achieving mission. NOB [ ] | -Lacks initiative. -Unable to plan or prioritize. -Does not maintain readiness. -Fails to get the job done. [ ] | [ ] | -Takes initiative to meet goals. -Plans/prioritizes effectively. -Maintains high state of readiness. -Always gets the job done. [ ] | [ ] | - Develops innovative ways to accomplish mission. - Plans/prioritizes with exceptional skill and foresight. - Maintains superior readiness, even with limited resources. - Gets jobs done earlier and far better than expected. [X] |

# FITNESS REPORT & COUNSELING RECORD (W2-O6)

RCS BUPERS 1610-1

| 1. Name (Last, First MI Suffix) | 2. Grade/Rate | 3. Desig | 4. SSN |
|---|---|---|---|
| CASH, ERIC C | CDR | 1110 | [redacted] |

| 5. ACT | FTS | INACT | AT/ADSW/265 | 6. UIC | 7. Ship/Station | 8. Promotion Status | 9. Date Reported |
|---|---|---|---|---|---|---|---|
| X | | | | 42192 | SEA 21 WASH DC | REGULAR | 10JUL15 |

Occasion for Report: 10. Periodic [X] 11. Detachment of Individual [ ] 12. Detachment of Reporting Senior [ ] 13. Special [ ]

Period of Report: 14. From: 12JAN18 15. To: 12APR30

16. Not Observed Report [ ]

Type of Report: 17. Regular [X] 18. Concurrent [ ] 19. OpsCdr [ ]

20. Physical Readiness: P

21. Billet Subcategory (if any): NA

| 22. Reporting Senior (Last, FI MI) | 23. Grade | 24. Desig | 25. Title | 26. UIC | 27. SSN |
|---|---|---|---|---|---|
| GRAHAM, M R | CAPT | 1110 | DIRECTOR | 42192 | [redacted] |

28. Command employment and command achievements.

SEA 21 manages the life cycle support of all non-nuclear surface ship classes, including modernization, logistics, technical support, training, and sustainment.

29. Primary/Collateral/Watchstanding duties. (Enter primary duty abbreviation in box.)

DIV DIR — Division Director of In-Service Surface Ship Lifecycle Sustainment and Maintenance Analysis-04; Program Manager for Material Reliability Database (MRDB)-04; INSURV Readiness Assist Team (IRAT) Program Manager-04.

PFA: 10-2

| For Mid-term Counseling Use. (When completing FITREP, enter 30 and 31 from counseling worksheet, sign 32.) | 30. Date Counseled | 31. Counselor | 32. Signature of Individual Counseled |
|---|---|---|---|
| | NOT REQ | | |

PERFORMANCE TRAITS: 1.0 - Below standards/not progressing or UNSAT in any one standard; 2.0 - Does not yet meet all 3.0 standards; 3.0 - Meets all 3.0 standards; 4.0 - Exceeds most 3.0 standards; 5.0 - Meets overall criteria and most of the specific standards for 5.0. Standards are not all inclusive.

| PERFORMANCE TRAITS | 1.0* Below Standards | 2.0 Progressing | 3.0 Meets Standards | 4.0 Above Standards | 5.0 Greatly Exceeds Standards |
|---|---|---|---|---|---|
| 33. PROFESSIONAL EXPERTISE: Professional knowledge proficiency, and qualifications. NOB [ ] | -Lacks basic professional knowledge to perform effectively. -Cannot apply basic skills. -Fails to develop professionally or achieve timely qualifications. [ ] | [ ] | -Has thorough professional knowledge. -Competently performs both routine and new tasks. -Steadily improves skills, achieves timely qualifications. [ ] | [ ] | - Recognized expert, sought after to solve difficult problems. - Exceptionally skilled, develops and executes innovative ideas. - Achieves early/highly advanced qualifications. [X] |
| 34. COMMAND OR ORGANIZATIONAL CLIMATE/EQUAL OPPORTUNITY: Contributing to growth and development, human worth, community. NOB [ ] | -Actions counter to Navy's retention/reenlistment goals. -Uninvolved with mentoring or professional development of subordinates. -Actions counter to good order and discipline and negatively affect Command/Organizational climate. -Demonstrates exclusionary behavior. Fails to value differences from cultural diversity. [ ] | [ ] | -Positive leadership supports Navy's increased retention goals. Active in decreasing attrition. -Actions adequately encourage/support subordinates' personal/professional growth. -Demonstrates appreciation for contributions of Navy personnel. Positive influence on Command climate. - Values differences as strengths. Fosters atmosphere of acceptance/inclusion per EO/EEO policy. [ ] | [ ] | - Measurably contributes to Navy's increased retention and reduced attrition objectives. - Proactive leader/exemplary mentor. Involved in subordinates' personal development leading to professional growth/sustained commitment. - Initiates support programs for military, civilian, and families to achieve exceptional Command and Organizational climate. - The model of achievement. Develops unit cohesion by valuing differences as strengths. [X] |
| 35. MILITARY BEARING/CHARACTER: Appearance, conduct physical fitness, adherence to Navy Core Values. NOB [ ] | -Consistently unsatisfactory appearance. -Unsatisfactory demeanor or conduct. -Unable to meet one or more physical readiness standards. -Fails to live up to one or more Navy Core Values: HONOR, COURAGE, COMMITMENT. [ ] | [ ] | -Excellent personal appearance. -Excellent demeanor or conduct. -Complies with physical readiness program. -Always lives up to Navy Core Values: HONOR, COURAGE, COMMITMENT. [ ] | [ ] | - Exemplary personal appearance. - Exemplary representative of Navy. - A leader in physical readiness. - Exemplifies Navy Core Values: HONOR, COURAGE, COMMITMENT. [X] |
| 36. TEAMWORK: Contributions toward team building and team results. NOB [ ] | -Creates conflict, unwilling to work with others, puts self above team. -Fails to understand team goals or teamwork techniques. -Does not take direction well. [ ] | [ ] | -Reinforces others' efforts, meets personal commitments to team. -Understands team goals, employs good teamwork techniques. -Accepts and offers team direction. [ ] | [ ] | - Team builder, inspires cooperation and progress. - Talented mentor, focuses goals and techniques for team. - The best at accepting and offering team direction. [X] |
| 37. MISSION ACCOMPLISHMENT AND INITIATIVE: Taking initiative, planning/prioritizing, achieving mission. NOB [ ] | -Lacks initiative. -Unable to plan or prioritize. -Does not maintain readiness. -Fails to get the job done. [ ] | [ ] | -Takes initiative to meet goals. -Plans/prioritizes effectively. -Maintains high state of readiness. -Always gets the job done. [ ] | [ ] | -Develops innovative ways to accomplish mission. -Plans/prioritizes with exceptional skill and foresight. -Maintains superior readiness, even with limited resources. -Gets jobs done earlier and far better than expected. [X] |

# FITNESS REPORT AND COUNSELING RECORD (W2-O6) (cont 'd)

RCS BUPERS 1610-1

| 1. Name (Last, First MI Suffix) | 2. Grade/Rate | 3. Desig | 4. SSN |
|---|---|---|---|
| CASH, ERIC C | CDR | 1110 | 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 |

| PERFORMANCE TRAITS | 1.0* Below Standards | 2.0 Pro-gressing | 3.0 Meets Standards | 4.0 Above Standards | 5.0 Greatly Exceeds Standards |
|---|---|---|---|---|---|
| 38. LEADERSHIP: Organizing, motivating and developing others to accomplish goals. NOB [ ] | - Neglects growth/development or welfare of subordinates.<br>- Fails to organize, creates problems for subordinates.<br>- Does not set or achieve goals relevant to command mission and vision.<br>- Lacks ability to cope with or tolerate stress.<br>- Inadequate communicator.<br>- Tolerates hazards or unsafe practices. [ ] | [ ] | - Effectively stimulates growth/development in subordinates.<br>- Organizes successfully, implementing process improvements and efficiencies.<br>- Sets/achieves useful, realistic goals that support command mission.<br>- Performs well in stressful situations.<br>- Clear, timely communicator.<br>- Ensures safety of personnel and equipment. [ ] | [ ] | - Inspiring motivator and trainer, subordinates reach highest level of growth and development.<br>- Superb organizer, great foresight, develops process improvements and efficiencies.<br>- Leadership achievements dramatically further command mission and vision.<br>- Perseveres through the toughest challenges and inspires others.<br>- Exceptional communicator.<br>- Makes subordinates safety-conscious, maintains top safety record.<br>- Constantly improves the personal and professional lives of others. [X] |
| 39. TACTICAL PERFORMANCE: (Warfare qualified officers only) Basic and tactical employment of weapons systems. NOB [X] | - Has difficulty attaining qualification expected for the rank and experience.<br>- Has difficulty in ship(s), aircraft or weapons systems employment. Below others in knowledge and employment.<br>- Warfare skills in specialty are below standards compared to others of same rank and experience. [ ] | [ ] | - Attains qualifications as required and expected.<br>- Capably employs ship(s), aircraft, or weapons systems. Equal to others in warfare knowledge and employment.<br>- Warfare skills in specialty equal to others of same rank and experience. [ ] | [ ] | - Fully qualified at appropriate level for rank and experience.<br>- Innovatively employs ship(s), aircraft, or weapons systems. Well above others in warfare knowledge and employment.<br>- Warfare skills in specialty exceed others of same rank and experience. [ ] |

40. I recommend screening this individual for next career milestone(s) as follows: (maximum of two) Recommendations may be for competitive schools or duty assignments such as: LCPO, DEPT CPO, SEA, CMC, CWO, LDO, Dept Head, XO, OIC, CO, Major Command, War College, PG School.

NAVSEA MAJOR PM | FELLOWSHIP

41. COMMENTS ON PERFORMANCE: * All 1.0 marks, three 2.0 marks, and 2.0 marks in Block 34 must be specifically substantiated in comments. Comments must be verifiable. Font must be 10 or 12 Pitch (10 or 12 Point) only. Use upper and lower case.

***PROMOTE TO CAPTAIN. SELECT FOR MAJOR ACQUISITION PROGRAM MANAGER!***

CDR Cash is exactly the type of leader desired to lead a major acquisition program. One of the best in a budget constrained environment in maximizing resources to improve surface fleet readiness and capability.

- $7M budget Material Reliability Database Program Manager. Oversaw analysis focused on reducing surface ship lifecycle total ownership cost.
- Driving force in improving surface ship readiness. Led and assisted in several studies, securing over $1.5B to improve surface ship readiness for Aegis Ballistic Missile Defense ships and LPD 17 ship class.
- Creative mind behind production of an International Davy award winning strategic communications video highlighting Naval Sea Systems Command's commitment to improving and sustaining high surface ship material readiness.

Selectively detail Eric to positions leading to increased roles and responsibility in surface ship acquisition programs.

| Promotion Recommendation | NOB | Significant Problems | Progressing | Promotable | Must Promote | Early Promote |
|---|---|---|---|---|---|---|
| 42. INDIVIDUAL | | | | | | X |
| 43. SUMMARY | (X) | 0 | 0 | 0 | 0 | 1 |

44. Reporting Senior Address
Director, Readiness, Surface Warfare (SEA 21A), 1333 Isaac Hull Ave SE, Washington Navy Yard DC 20376-0001

45. Signature of Reporting Senior [signature] Date: 1/10/2012

Member Trait Average: 5.00 Summary Group Average: 5.00

46. Signature of Individual Evaluated. "I have seen this report, been apprised of my performance, and understand my right to make a statement."
I intend to submit a statement. [ ] do not intend to submit a statement. [✓]
[signature] Date: 1/10/2012

47. Typed name, grade, command, UIC, and signature of Regular Reporting Senior on Concurrent Report

Date:

# FITNESS REPORT & COUNSELING RECORD (W2-O6) (Cont)

RCS BUPERS 1610-1

| 1. Name (Last, First MI Suffix) | 2. Grade/Rate | 3. Desig | 4. SSN |
|---|---|---|---|
| CASH, ERIC C | CDR | 1110 | [redacted] |

| PERFORMANCE TRAITS | 1.0* Below Standards | 2.0 Progressing | 3.0 Meets Standards | 4.0 Above Standards | 5.0 Greatly Exceeds Standards |
|---|---|---|---|---|---|
| 38. LEADERSHIP: Organizing, motivating and developing others to accomplish goals. NOB [ ] | -Neglects growth/development or welfare of subordinates. -Fails to organize, creates problems for subordinates. -Does not set or achieve goals relevant to command mission and vision. -Lacks ability to cope with or tolerate stress. -Inadequate communicator. -Tolerates hazards or unsafe practices. [ ] | [ ] | -Effectively stimulates growth/development in subordinates. -Organizes successfully, implementing process improvements and efficiencies. -Sets/achieves useful realistic goals that support command mission. -Performs well in stressful situations. -Clear, timely communicator. -Ensures safety of personnel and equipment. [ ] | [ ] | - Inspiring motivator and trainer, subordinates reach highest level of growth and development. - Superb organizer, great foresight, develops process improvements and efficiencies. - Leadership achievements dramatically further command mission and vision. - Perseveres through the toughest challenges and inspires others. - Exceptional communicator. - Makes subordinates safety-conscious, maintains top safety record. - Constantly improves the personal and professional lives of others. [X] |
| 39. TACTICAL PERFORMANCE: (Warfare qualified officers only) Basic and tactical employment of weapons systems. NOB [X] | -Has difficulty attaining qualification expected for the rank and experience. -Has difficulty in ship(s), aircraft or weapons systems employment. Below others in knowledge and employment. -Warfare skills in specialty are below standards compared to others of same rank and experience. [ ] | [ ] | -Attains qualifications as required and expected. -Capably employs ship(s), aircraft, or weapons systems. Equal to others in warfare knowledge and employment. -Warfare skills in specialty equal to others of same rank and experience. [ ] | [ ] | - Fully qualified at appropriate level for rank and experience. - Innovatively employs ship(s), aircraft, or weapons systems. Well above others in warfare knowledge and employment. - Warfare skills in specialty exceed others of same rank and experience. [ ] |

40. I recommend screening this individual for next career milestone(s) as follows: (maximum of two)
Recommendations may be for competitive schools or duty assignments such as:
SCP, Dept Head, XO, OIC, CO, Major Command, War College, PG School.

NAVSEA MAJOR PM | FELLOWSHIP

41. COMMENTS ON PERFORMANCE: * All 1.0 marks, three 2.0 marks, and 2.0 marks in Block 34 must be specifically substantiated in comments. Comments must be verifiable. Font must be 10 or 12 Pitch (10 or 12 Point) only. Use upper and lower case.

*** Ranked 1 of 2 Commanders. ***
Promote to CAPTAIN. Select for MAJOR ACQUISITION PROGRAM MANAGER!

Eric's an innovative bold thinker who quickly gets to the root of complex issues, takes action and gets top results.

- Outstanding Project Manager. Following 2 failed ship INSURV demonstrations, CDR Cash was assigned to lead a NAVSEA INSURVE Readiness Assist Team (IRAT) which contributed to 100% satisfactory surface ship INSURV demonstrations with RIAT involvement.
- Driving force behind improving surface ship readiness. Led a comprehensive study and developed actionable recommendations to improve surface ship navigation systems readiness.
- Go to leader. My lead for a rebust portfolio of Surface Navy initiatives such as Surface Team One Maintenance, Modernization, and Sustainment metrics development, Surface Warfare Enterprise strategic initiatives, and implementation of Condition Based Maintenance to increase readiness while decreasing maintenance costs.

CDR Cash hits home runs in all endeavors. Select for CAPT - keep him on track to become a Major Acquisition Program Manager.

| Promotion Recommendation | NOB | Significant Problems | Progressing | Promotable | Must Promote | Early Promote |
|---|---|---|---|---|---|---|
| 42. INDIVIDUAL | | | | | | X |
| 43. SUMMARY | X | 0 | 0 | 0 | 0 | 1 |

44. Reporting Senior Address
DIRECTOR, FLEET READINESS DIRECTORATE (SEA 21A)
1333 ISAAC HULL AVE SE
WASHINGTON NAVY YARD DC 20376

45. Signature of Reporting Senior [signature] Date: 12 JAN 17

Member Trait Average: 5.00 Summary Group Average: 5.00

46. Signature of Individual evaluated. "I have seen this report, been apprised of my performance, and understand my right to submit a statement."
I intend to submit a statement. [ ] I do not intend to submit a statement. [X]
[signature] Date: 12 JAN 17

47. Typed name, grade, command, UIC, and signature of Regular Reporting Senior on Concurrent Report

Date

# FITNESS REPORT & COUNSELING RECORD (W2-O6) (cont'd)

RCS BUPERS 1610-1

| 1. Name (Last, First MI Suffix) | 2. Grade/Rate | 3. Desig | 4. SSN |
|---|---|---|---|
| CASH, ERIC C | CDR | 1110 | [redacted] |

| PERFORMANCE TRAITS | 1.0* Below Standards | 2.0 Progressing | 3.0 Meets Standards | 4.0 Above Standards | 5.0 Greatly Exceeds Standards |
|---|---|---|---|---|---|
| 38. LEADERSHIP: Organizing, motivating and developing others to accomplish goals. NOB [ ] | -Neglects growth/development or welfare of subordinates. -Fails to organize, creates problems for subordinates. -Does not set or achieve goals relevant to command mission and vision. -Lacks ability to cope with or tolerate stress. -Inadequate communicator. -Tolerates hazards or unsafe practices. [ ] | [ ] | -Effectively stimulates growth/development in subordinates. -Organizes successfully, implementing process improvements and efficiencies. -Sets/achieves useful realistic goals that support command mission. -Performs well in stressful situations. -Clear, timely communicator. -Ensures safety of personnel and equipment. [ ] | [ ] | - Inspiring motivator and trainer, subordinates reach highest level of growth and development. - Superb organizer, great foresight, develops process improvements and efficiencies. - Leadership achievements dramatically further command mission and vision. - Perseveres through the toughest challenges and inspires others. - Exceptional communicator. - Makes subordinates safety-conscious, maintains top safety record. - Constantly improves the personal and professional lives of others. [X] |
| 39. TACTICAL PERFORMANCE: (Warfare qualified officers only) Basic and tactical employment of weapons systems. NOB [X] | -Has difficulty attaining qualification expected for the rank and experience. -Has difficulty in ship(s), aircraft or weapons systems employment. Below others in knowledge and employment. -Warfare skills in specialty are below standards compared to others of same rank and experience. [ ] | [ ] | -Attains qualifications as required and expected. -Capably employs ship(s), aircraft, or weapons systems. Equal to others in warfare knowledge and employment. -Warfare skills in specialty equal to others of same rank and experience. [ ] | [ ] | - Fully qualified at appropriate level for rank and experience. - Innovatively employs ship(s), aircraft, or weapons systems. Well above others in warfare knowledge and employment. - Warfare skills in specialty exceed others of same rank and experience. [ ] |

40. I recommend screening this individual for next career milestone(s) as follows: (maximum of two) Recommendations may be for competitive schools or duty assignments such as: SCP, Dept Head, XO, OIC, CO, Major Command, War College, PG School.

NAVSEA MAJOR PM | FELLOWSHIP

41. COMMENTS ON PERFORMANCE: * All 1.0 marks, three 2.0 marks, and 2.0 marks in Block 34 must be specifically substantiated in comments. Comments must be verifiable. Font must be 10 or 12 Pitch (10 or 12 Point) only. Use upper and lower case.

*** Ranked 1 of 2 Commanders. ***

Promote to CAPTAIN. Select for MAJOR ACQUISITION PROGRAM MANAGER!

Eric's an innovative bold thinker who quickly gets to the root of complex issues, takes action and gets top results.

- Outstanding Project Manager. Following 2 failed ship INSURV demonstrations, CDR Cash was assigned to lead a NAVSEA INSURVE Readiness Assist Team (IRAT) which contributed to 100% satisfactory surface ship INSURV demonstrations with RIAT involvement.
- Driving force behind improving surface ship readiness. Led a comprehensive study and developed actionable recommendations to improve surface ship navigation systems readiness.
- Go to leader. My lead for a rebust portfolio of Surface Navy initiatives such as Surface Team One Maintenance, Modernization, and Sustainment metrics development, Surface Warfare Enterprise strategic initiatives, and implementation of Condition Based Maintenance to increase readiness while decreasing maintenance costs.

CDR Cash hits home runs in all endeavors. Select for CAPT - keep him on track to become a Major Acquisition Program Manager.

| Promotion Recommendation | NOB | Significant Problems | Progressing | Promotable | Must Promote | Early Promote |
|---|---|---|---|---|---|---|
| 42. INDIVIDUAL | | | | | | X |
| 43. SUMMARY | X | 0 | 0 | 0 | 0 | 1 |

44. Reporting Senior Address
DIRECTOR, FLEET READINESS DIRECTORATE (SEA 21A)
1333 ISAAC HULL AVE SE
WASHINGTON NAVY YARD DC 20376

45. Signature of Reporting Senior

Date: 12JAN17

Member Trait Average: 5.00 | Summary Group Average: 5.00

46. Signature of Individual evaluated. "I have seen this report, been apprised of my performance, and understand my right to submit a statement."

I intend to submit a statement. [ ] I do not intend to submit a statement. [X]

Date: 12JAN17

47. Typed name, grade, command, UIC, and signature of Regular Reporting Senior on Concurrent Report

Date:

# FITNESS REPORT & COUNSELING RECORD (W2-O6) (cont'd)

RCS BUPERS 1610-1

| 1. Name (Last, First MI Suffix) | 2. Grade/Rate | 3. Desig | 4. SSN |
|---|---|---|---|
| CASH, ERIC C | CDR | 1110 | [redacted] |

| PERFORMANCE TRAITS | 1.0* Below Standards | 2.0 Progressing | 3.0 Meets Standards | 4.0 Above Standards | 5.0 Greatly Exceeds Standards |
|---|---|---|---|---|---|
| 38. LEADERSHIP: Organizing, motivating and developing others to accomplish goals. NOB [ ] | - Neglects growth/development or welfare of subordinates.<br>- Fails to organize, creates problems for subordinates.<br>- Does not set or achieve goals relevant to command mission and vision.<br>- Lacks ability to cope with or tolerate stress.<br>- Inadequate communicator.<br>- Tolerates hazards or unsafe practices. [ ] | - [ ] | - Effectively stimulates growth/development in subordinates.<br>- Organizes successfully, implementing process improvements and efficiencies.<br>- Sets/achieves useful realistic goals that support command mission.<br>- Performs well in stressful situations.<br>- Clear, timely communicator.<br>- Ensures safety of personnel and equipment. [ ] | - [ ] | - Inspiring motivator and trainer, subordinates reach highest level of growth and development.<br>- Superb organizer, great foresight, develops process improvements and efficiencies.<br>- Leadership achievements dramatically further command mission and vision.<br>- Perseveres through the toughest challenges and inspires others.<br>- Exceptional communicator.<br>- Makes subordinates safety-conscious, maintains top safety record.<br>- Constantly improves the personal and professional lives of others. [X] |
| 39. TACTICAL PERFORMANCE: (Warfare qualified officers only) Basic and tactical employment of weapons systems. NOB [X] | - Has difficulty attaining qualification expected for the rank and experience.<br>- Has difficulty in ship(s), aircraft or weapons systems employment. Below others in knowledge and employment.<br>- Warfare skills in specialty are below standards compared to others of same rank and experience. [ ] | - [ ] | - Attains qualifications as required and expected.<br>- Capably employs ship(s), aircraft, or weapons systems. Equal to others in warfare knowledge and employment.<br>- Warfare skills in specialty equal to others of same rank and experience. [ ] | - [ ] | - Fully qualified at appropriate level for rank and experience.<br>- Innovatively employs ship(s), aircraft, or weapons systems. Well above others in warfare knowledge and employment.<br>- Warfare skills in specialty exceed others of same rank and experience. [ ] |

40. I recommend screening this individual for next career milestone(s) as follows: (maximum of two) Recommendations may be for competitive schools or duty assignments such as: SCP, Dept Head, XO, OIC, CO, Major Command, War College, PG School.

| | |
|---|---|
| NAVSEA MAJOR PM | FELLOWSHIP |

41. COMMENTS ON PERFORMANCE: * All 1.0 marks, three 2.0 marks, and 2.0 marks in Block 34 must be specifically substantiated in comments. Comments must be verifiable. Font must be 10 or 12 Pitch (10 or 12 Point) only. Use upper and lower case.

*** Ranked 1 of 2 Commanders. ***

Promote to CAPTAIN. Select for MAJOR ACQUISITION PROGRAM MANAGER!

Eric's an innovative bold thinker who quickly gets to the root of complex issues, takes action and gets top results.

- Outstanding Project Manager. Following 2 failed ship INSURV demonstrations, CDR Cash was assigned to lead a NAVSEA INSURVE Readiness Assist Team (IRAT) which contributed to 100% satisfactory surface ship INSURV demonstrations with RIAT involvement.
- Driving force behind improving surface ship readiness. Led a comprehensive study and developed actionable recommendations to improve surface ship navigation systems readiness.
- Go to leader. My lead for a rebust portfolio of Surface Navy initiatives such as Surface Team One Maintenance, Modernization, and Sustainment metrics development, Surface Warfare Enterprise strategic initiatives, and implementation of Condition Based Maintenance to increase readiness while decreasing maintenance costs.

CDR Cash hits home runs in all endeavors. Select for CAPT - keep him on track to become a Major Acquisition Program Manager.

| Promotion Recommendation | NOB | Significant Problems | Progressing | Promotable | Must Promote | Early Promote |
|---|---|---|---|---|---|---|
| 42. INDIVIDUAL | | | | | | X |
| 43. SUMMARY | X | 0 | 0 | 0 | 0 | 1 |

44. Reporting Senior Address
DIRECTOR, FLEET READINESS DIRECTORATE (SEA 21A)
1333 ISAAC HULL AVE SE
WASHINGTON NAVY YARD DC 20376

45. Signature of Reporting Senior

Date: 12JAN17

Member Trait Average: 5.00 Summary Group Average: 5.00

46. Signature of Individual evaluated. "I have seen this report, been apprised of my performance, and understand my right to submit a statement."

I intend to submit a statement [ ] I do not intend to submit a statement [X]

Date: 12JAN17

47. Typed name, grade, command, UIC, and signature of Regular Reporting Senior on Concurrent Report

Date:

# FITNESS REPORT & COUNSELING RECORD (W2-O6) (cont'd)

RCS BUPERS 1610-1

| 1. Name (Last, First MI Suffix) | 2. Grade/Rate | 3. Desig | 4. SSN |
|---|---|---|---|
| CASH, ERIC C | CDR | 1110 | [redacted] |

| PERFORMANCE TRAITS | 1.0* Below Standards | 2.0 Progressing | 3.0 Meets Standards | 4.0 Above Standards | 5.0 Greatly Exceeds Standards |
|---|---|---|---|---|---|
| 38. LEADERSHIP: Organizing, motivating and developing others to accomplish goals. NOB [ ] | - Neglects growth/development or welfare of subordinates.<br>- Fails to organize, creates problems for subordinates.<br>- Does not set or achieve goals relevant to command mission and vision.<br>- Lacks ability to cope with or tolerate stress.<br>- Inadequate communicator.<br>- Tolerates hazards or unsafe practices. [ ] | - [ ] | - Effectively stimulates growth/development in subordinates.<br>- Organizes successfully, implementing process improvements and efficiencies.<br>- Sets/achieves useful realistic goals that support command mission.<br>- Performs well in stressful situations.<br>- Clear, timely communicator.<br>- Ensures safety of personnel and equipment. [ ] | - [ ] | - Inspiring motivator and trainer, subordinates reach highest level of growth and development.<br>- Superb organizer, great foresight, develops process improvements and efficiencies.<br>- Leadership achievements dramatically further command mission and vision.<br>- Perseveres through the toughest challenges and inspires others.<br>- Exceptional communicator.<br>- Makes subordinates safety-conscious, maintains top safety record.<br>- Constantly improves the personal and professional lives of others. [X] |
| 39. TACTICAL PERFORMANCE: (Warfare qualified officers only) Basic and tactical employment of weapons systems. NOB [X] | - Has difficulty attaining qualification expected for the rank and experience.<br>- Has difficulty in ship(s), aircraft or weapons systems employment. Below others in knowledge and employment.<br>- Warfare skills in specialty are below standards compared to others of same rank and experience. [ ] | - [ ] | - Attains qualifications as required and expected.<br>- Capably employs ship(s), aircraft, or weapons systems. Equal to others in warfare knowledge and employment.<br>- Warfare skills in specialty equal to others of same rank and experience. [ ] | - [ ] | - Fully qualified at appropriate level for rank and experience.<br>- Innovatively employs ship(s), aircraft, or weapons systems. Well above others in warfare knowledge and employment.<br>- Warfare skills in specialty exceed others of same rank and experience. [ ] |

40. I recommend screening this individual for next career milestone(s) as follows: (maximum of two) Recommendations may be for competitive schools or duty assignments such as: SCP, Dept Head, XO, OIC, CO, Major Command, War College, PG School.

NAVSEA MAJOR PM | FELLOWSHIP

41. COMMENTS ON PERFORMANCE: * All 1.0 marks, three 2.0 marks, and 2.0 marks in Block 34 must be specifically substantiated in comments. Comments must be verifiable. Font must be 10 or 12 Pitch (10 or 12 Point) only. Use upper and lower case.

*** Ranked 1 of 2 Commanders. ***

Promote to CAPTAIN. Select for MAJOR ACQUISITION PROGRAM MANAGER!

Eric's an innovative bold thinker who quickly gets to the root of complex issues, takes action and gets top results.

- Outstanding Project Manager. Following 2 failed ship INSURV demonstrations, CDR Cash was assigned to lead a NAVSEA INSURVE Readiness Assist Team (IRAT) which contributed to 100% satisfactory surface ship INSURV demonstrations with RIAT involvement.
- Driving force behind improving surface ship readiness. Led a comprehensive study and developed actionable recommendations to improve surface ship navigation systems readiness.
- Go to leader. My lead for a rebust portfolio of Surface Navy initiatives such as Surface Team One Maintenance, Modernization, and Sustainment metrics development, Surface Warfare Enterprise strategic initiatives, and implementation of Condition Based Maintenance to increase readiness while decreasing maintenance costs.

CDR Cash hits home runs in all endeavors. Select for CAPT - keep him on track to become a Major Acquisition Program Manager.

| Promotion Recommendation | NOB | Significant Problems | Progressing | Promotable | Must Promote | Early Promote |
|---|---|---|---|---|---|---|
| 42. INDIVIDUAL | | | | | | X |
| 43. SUMMARY | X | 0 | 0 | 0 | 0 | 1 |

44. Reporting Senior Address
DIRECTOR, FLEET READINESS DIRECTORATE (SEA 21A)
1333 ISAAC HULL AVE SE
WASHINGTON NAVY YARD DC 20376

45. Signature of Reporting Senior [signature] Date: 12JAN17

Member Trait Average: 5.00 Summary Group Average: 5.00

46. Signature of Individual evaluated. "I have seen this report, been apprised of my performance, and understand my right to submit a statement."
I intend to submit a statement. [ ] I do not intend to submit a statement. [X]
[signature] Date: 12JAN17

47. Typed name, grade, command, UIC, and signature of Regular Reporting Senior on Concurrent Report

Date

# FITNESS REPORT & COUNSELING RECORD (W2-O6) (cont'd)

RCS BUPERS 1610-1

| 1. Name (Last, First MI Suffix) | 2. Grade/Rate | 3. Desig | 4. SSN |
|---|---|---|---|
| CASH, ERIC C | CDR | 1110 | [redacted] |

| PERFORMANCE TRAITS | 1.0* Below Standards | 2.0 Pro-gressing | 3.0 Meets Standards | 4.0 Above Standards | 5.0 Greatly Exceeds Standards |
|---|---|---|---|---|---|
| 38. LEADERSHIP: Organizing, motivating and developing others to accomplish goals. NOB [ ] | - Neglects growth/development or welfare of subordinates.<br>- Fails to organize, creates problems for subordinates.<br>- Does not set or achieve goals relevant to command mission and vision.<br>- Lacks ability to cope with or tolerate stress.<br>- Inadequate communicator.<br>- Tolerates hazards or unsafe practices. [ ] | [ ] | - Effectively stimulates growth/development in subordinates.<br>- Organizes successfully, implementing process improvements and efficiencies.<br>- Sets/achieves useful realistic goals that support command mission.<br>- Performs well in stressful situations.<br>- Clear, timely communicator.<br>- Ensures safety of personnel and equipment. [ ] | [ ] | - Inspiring motivator and trainer, subordinates reach highest level of growth and development.<br>- Superb organizer, great foresight, develops process improvements and efficiencies.<br>- Leadership achievements dramatically further command mission and vision.<br>- Perseveres through the toughest challenges and inspires others.<br>- Exceptional communicator.<br>- Makes subordinates safety-conscious, maintains top safety record.<br>- Constantly improves the personal and professional lives of others. [X] |
| 39. TACTICAL PERFORMANCE: (Warfare qualified officers only) Basic and tactical employment of weapons systems. NOB [X] | - Has difficulty attaining qualification expected for the rank and experience.<br>- Has difficulty in ship(s), aircraft or weapons systems employment. Below others in knowledge and employment.<br>- Warfare skills in specialty are below standards compared to others of same rank and experience. [ ] | [ ] | - Attains qualifications as required and expected.<br>- Capably employs ship(s), aircraft, or weapons systems. Equal to others in warfare knowledge and employment.<br>- Warfare skills in specialty equal to others of same rank and experience. [ ] | [ ] | - Fully qualified at appropriate level for rank and experience.<br>- Innovatively employs ship(s), aircraft, or weapons systems. Well above others in warfare knowledge and employment.<br>- Warfare skills in specialty exceed others of same rank and experience. [ ] |

40. I recommend screening this individual for next career milestone(s) as follows: (maximum of two) Recommendations may be for competitive schools or duty assignments such as: SCP, Dept Head, XO, OIC, CO, Major Command, War College, PG School.

| NAVSEA MAJOR PM | FELLOWSHIP |
|---|---|

41. COMMENTS ON PERFORMANCE: * All 1.0 marks, three 2.0 marks, and 2.0 marks in Block 34 must be specifically substantiated in comments. Comments must be verifiable. Font must be 10 or 12 Pitch (10 or 12 Point) only. Use upper and lower case.

*** Ranked 1 of 2 Commanders. ***

Promote to CAPTAIN. Select for MAJOR ACQUISITION PROGRAM MANAGER!

Eric's an innovative bold thinker who quickly gets to the root of complex issues, takes action and gets top results.

- Outstanding Project Manager. Following 2 failed ship INSURV demonstrations, CDR Cash was assigned to lead a NAVSEA INSURVE Readiness Assist Team (IRAT) which contributed to 100% satisfactory surface ship INSURV demonstrations with RIAT involvement.
- Driving force behind improving surface ship readiness. Led a comprehensive study and developed actionable recommendations to improve surface ship navigation systems readiness.
- Go to leader. My lead for a rebust portfolio of Surface Navy initiatives such as Surface Team One Maintenance, Modernization, and Sustainment metrics development, Surface Warfare Enterprise strategic initiatives, and implementation of Condition Based Maintenance to increase readiness while decreasing maintenance costs.

CDR Cash hits home runs in all endeavors. Select for CAPT - keep him on track to become a Major Acquisition Program Manager.

| Promotion Recommendation | NOB | Significant Problems | Progressing | Promotable | Must Promote | Early Promote |
|---|---|---|---|---|---|---|
| 42. INDIVIDUAL | | | | | | X |
| 43. SUMMARY | X | 0 | 0 | 0 | 0 | 1 |

44. Reporting Senior Address
DIRECTOR, FLEET READINESS DIRECTORATE (SEA 21A)
1333 ISAAC HULL AVE SE
WASHINGTON NAVY YARD DC 20376

45. Signature of Reporting Senior [signature] Date: 12JAN17

Member Trait Average: 5.00 Summary Group Average: 5.00

46. Signature of Individual evaluated. "I have seen this report, been apprised of my performance, and understand my right to submit a statement."
I intend to submit a statement [ ] I do not intend to submit a statement [X]
[signature] Date: 12JAN17

47. Typed name, grade, command, UIC, and signature of Regular Reporting Senior on Concurrent Report

Date:

# FITNESS REPORT & COUNSELING RECORD (W2-O6) (cont'd)

RCS BUPERS 1610-1

| 1. Name (Last, First MI Suffix) | 2. Grade/Rate | 3. Desig | 4. SSN |
|---|---|---|---|
| CASH, ERIC C | CDR | 1110 | [redacted] |

| PERFORMANCE TRAITS | 1.0* Below Standards | 2.0 Pro-gressing | 3.0 Meets Standards | 4.0 Above Standards | 5.0 Greatly Exceeds Standards |
|---|---|---|---|---|---|
| 38. LEADERSHIP: Organizing, motivating and developing others to accomplish goals. NOB [ ] | -Neglects growth/development or welfare of subordinates.<br>-Fails to organize, creates problems for subordinates.<br>-Does not set or achieve goals relevant to command mission and vision.<br>-Lacks ability to cope with or tolerate stress.<br>-Inadequate communicator.<br>-Tolerates hazards or unsafe practices. [ ] | [ ] | -Effectively stimulates growth/development in subordinates.<br>-Organizes successfully, implementing process improvements and efficiencies.<br>-Sets/achieves useful realistic goals that support command mission.<br>-Performs well in stressful situations.<br>-Clear, timely communicator.<br>-Ensures safety of personnel and equipment. [ ] | [ ] | - Inspiring motivator and trainer, subordinates reach highest level of growth and development.<br>- Superb organizer, great foresight, develops process improvements and efficiencies.<br>- Leadership achievements dramatically further command mission and vision.<br>- Perseveres through the toughest challenges and inspires others.<br>- Exceptional communicator.<br>- Makes subordinates safety-conscious, maintains top safety record.<br>- Constantly improves the personal and professional lives of others. [X] |
| 39. TACTICAL PERFORMANCE: (Warfare qualified officers only) Basic and tactical employment of weapons systems. NOB [X] | -Has difficulty attaining qualification expected for the rank and experience.<br>-Has difficulty in ship(s), aircraft or weapons systems employment. Below others in knowledge and employment.<br>-Warfare skills in specialty are below standards compared to others of same rank and experience. [ ] | [ ] | -Attains qualifications as required and expected.<br>-Capably employs ship(s), aircraft, or weapons systems. Equal to others in warfare knowledge and employment.<br>-Warfare skills in specialty equal to others of same rank and experience. [ ] | [ ] | - Fully qualified at appropriate level for rank and experience.<br>- Innovatively employs ship(s), aircraft, or weapons systems. Well above others in warfare knowledge and employment.<br>- Warfare skills in specialty exceed others of same rank and experience. [ ] |

40. I recommend screening this individual for next career milestone(s) as follows: (maximum of two) Recommendations may be for competitive schools or duty assignments such as: SCP, Dept Head, XO, OIC, CO, Major Command, War College, PG School.

| NAVSEA MAJOR PM | FELLOWSHIP |
|---|---|

41. COMMENTS ON PERFORMANCE: * All 1.0 marks, three 2.0 marks, and 2.0 marks in Block 34 must be specifically substantiated in comments. Comments must be verifiable. Font must be 10 or 12 Pitch (10 or 12 Point) only. Use upper and lower case.

*** Ranked 1 of 2 Commanders. ***

Promote to CAPTAIN. Select for MAJOR ACQUISITION PROGRAM MANAGER!

Eric's an innovative bold thinker who quickly gets to the root of complex issues, takes action and gets top results.

- Outstanding Project Manager. Following 2 failed ship INSURV demonstrations, CDR Cash was assigned to lead a NAVSEA INSURVE Readiness Assist Team (IRAT) which contributed to 100% satisfactory surface ship INSURV demonstrations with RIAT involvement.
- Driving force behind improving surface ship readiness. Led a comprehensive study and developed actionable recommendations to improve surface ship navigation systems readiness.
- Go to leader. My lead for a rebust portfolio of Surface Navy initiatives such as Surface Team One Maintenance, Modernization, and Sustainment metrics development, Surface Warfare Enterprise strategic initiatives, and implementation of Condition Based Maintenance to increase readiness while decreasing maintenance costs.

CDR Cash hits home runs in all endeavors. Select for CAPT - keep him on track to become a Major Acquisition Program Manager.

| Promotion Recommendation | NOB | Significant Problems | Progressing | Promotable | Must Promote | Early Promote |
|---|---|---|---|---|---|---|
| 42. INDIVIDUAL | | | | | | X |
| 43. SUMMARY | | 0 | 0 | 0 | 0 | 1 |

44. Reporting Senior Address
DIRECTOR, FLEET READINESS DIRECTORATE (SEA 21A)
1333 ISAAC HULL AVE SE
WASHINGTON NAVY YARD DC 20376

45. Signature of Reporting Senior

Date: 25JAN17

46. Signature of Individual evaluated. "I have seen this report, been apprised of my performance, and understand my right to submit a statement."

I intend to submit a statement [ ] I do not intend to submit a statement [X]

Date: 27JAN17

Member Trait Average: 5.00 Summary Group Average: 5.00

47. Typed name, grade, command, UIC, and signature of Regular Reporting Senior on Concurrent Report

Date:

FITNESS REPORT & COUNSELING RECORD (W2-O6) (cont'd) RCS BUPERS 1610-1

| 1. Name (Last, First MI Suffix) | 2. Grade/Rate | 3. Desig | 4. SSN |
|---|---|---|---|
| CASH, ERIC C | CDR | 1110 | [redacted] |

| PERFORMANCE TRAITS | 1.0* Below Standards | 2.0 Pro-gressing | 3.0 Meets Standards | 4.0 Above Standards | 5.0 Greatly Exceeds Standards |
|---|---|---|---|---|---|
| 38. LEADERSHIP: Organizing, motivating and developing others to accomplish goals. NOB [ ] | -Neglects growth/development or welfare of subordinates. -Fails to organize, creates problems for subordinates. -Does not set or achieve goals relevant to command mission and vision. -Lacks ability to cope with or tolerate stress. -Inadequate communicator. -Tolerates hazards or unsafe practices. [ ] | [ ] | -Effectively stimulates growth/development in subordinates. -Organizes successfully, implementing process improvements and efficiencies. -Sets/achieves useful realistic goals that support command mission. -Performs well in stressful situations. -Clear, timely communicator. -Ensures safety of personnel and equipment. [ ] | [ ] | - Inspiring motivator and trainer, subordinates reach highest level of growth and development. - Superb organizer, great foresight, develops process improvements and efficiencies. - Leadership achievements dramatically further command mission and vision. - Perseveres through the toughest challenges and inspires others. - Exceptional communicator. - Makes subordinates safety-conscious, maintains top safety record. - Constantly improves the personal and professional lives of others. [X] |
| 39. TACTICAL PERFORMANCE: (Warfare qualified officers only) Basic and tactical employment of weapons systems. NOB [X] | -Has difficulty attaining qualification expected for the rank and experience. -Has difficulty in ship(s), aircraft or weapons systems employment. Below others in knowledge and employment. - Warfare skills in specialty are below standards compared to others of same rank and experience. [ ] | [ ] | -Attains qualifications as required and expected. -Capably employs ship(s), aircraft, or weapons systems. Equal to others in warfare knowledge and employment. -Warfare skills in specialty equal to others of same rank and experience. [ ] | [ ] | - Fully qualified at appropriate level for rank and experience. - Innovatively employs ship(s), aircraft, or weapons systems. Well above others in warfare knowledge and employment. - Warfare skills in specialty exceed others of same rank and experience. [ ] |

40. I recommend screening this individual for next career milestone(s) as follows: (maximum of two) Recommendations may be for competitive schools or duty assignments such as: SCP, Dept Head, XO, OIC, CO, Major Command, War College, PG School.

NAVSEA MAJOR PM | FELLOWSHIP

41. COMMENTS ON PERFORMANCE: * All 1.0 marks, three 2.0 marks, and 2.0 marks in Block 34 must be specifically substantiated in comments. Comments must be verifiable. Font must be 10 or 12 Pitch (10 or 12 Point) only. Use upper and lower case.

*** Ranked 1 of 2 Commanders. ***

Promote to CAPTAIN. Select for MAJOR ACQUISITION PROGRAM MANAGER!

Eric's an innovative bold thinker who quickly gets to the root of complex issues, takes action and gets top results.

- Outstanding Project Manager. Following 2 failed ship INSURV demonstrations, CDR Cash was assigned to lead a NAVSEA INSURVE Readiness Assist Team (IRAT) which contributed to 100% satisfactory surface ship INSURV demonstrations with RIAT involvement.
- Driving force behind improving surface ship readiness. Led a comprehensive study and developed actionable recommendations to improve surface ship navigation systems readiness.
- Go to leader. My lead for a rebust portfolio of Surface Navy initiatives such as Surface Team One Maintenance, Modernization, and Sustainment metrics development, Surface Warfare Enterprise strategic initiatives, and implementation of Condition Based Maintenance to increase readiness while decreasing maintenance costs.

CDR Cash hits home runs in all endeavors. Select for CAPT - keep him on track to become a Major Acquisition Program Manager.

| Promotion Recommendation | NOB | Significant Problems | Progressing | Promotable | Must Promote | Early Promote |
|---|---|---|---|---|---|---|
| 42. INDIVIDUAL | | | | | | X |
| 43. SUMMARY | X | 0 | 0 | 0 | 0 | 1 |

44. Reporting Senior Address
DIRECTOR, FLEET READINESS DIRECTORATE (SEA 21A)
1333 ISAAC HULL AVE SE
WASHINGTON NAVY YARD DC 20376

45. Signature of Reporting Senior [signature] Date: 12JAN17

Member Trait Average: 5.00 Summary Group Average: 5.00

46. Signature of Individual evaluated. "I have seen this report, been apprised of my performance, and understand my right to submit a statement."
I intend to submit a statement [ ] I do not intend to submit a statement [X]
[signature] Date: 12JAN17

47. Typed name, grade, command, UIC, and signature of Regular Reporting Senior on Concurrent Report

Date: