UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ERIC C. CASH,<br><br>*Plaintiff,*<br>v.<br><br>JOHN PHELAN, *et al.,*<br><br>*Defendants.* | Civil Action No. 22-0093 (ACR) |

**NOTICE OF SUBSTITUTION OF COUNSEL**

The Clerk of the Court will please enter the appearance of Assistant United States Attorney Fithawi Berhane and remove the appearance of Assistant United States Attorney Joseph F. Carilli, as counsel for Defendants in the above-captioned case.

Dated: May 15, 2025
Washington, DC

Respectfully submitted,

By: /s/ *Fithawi Berhane*
FITHAWI BERHANE
Assistant United States Attorney
601 D Street, NW
Washington, DC 20530
Ph: (202) 252-6653
Fithawi.berhane@usdoj.gov

*Attorney for the United States of America*