**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| CDR ERIC C. CASH,<br><br>*Plaintiff*,<br><br>v.<br><br>HUNG CAO,<br>Acting Secretary of the Navy,<br><br>*Defendant*. | Civil Action 1:22-cv-00093 (ACR) |

**JOINT APPENDIX OF RELEVANT PORTIONS OF THE**
**CERTIFIED ADMINISTRATIVE RECORD**

The parties respectfully submit the following Joint Appendix in connection with their summary judgment briefing. The parties have worked together and mutually agreed upon this appendix, which was prepared pursuant to Local Civil Rule 7(n). The parties have strived to provide the Court with the most pertinent portions of the Administrate Record, while not "burden[ing] the appendix with excess material from the administrative record that does not relate to the issues raised in the motion or opposition." LCvR 7(n)(1).

When citing to the Administrative Record, both parties relied upon the page numbers in the lower right hand corner of the page.

* * *

Dated: September 11, 2026.

Respectfully Submitted,

*/s/ Dylan Thayer*

Dylan Thayer
DC Bar No. 90015821
Law Offices of Dylan T. Thayer, P.L.L.C.
5350 MacArthur Boulevard, NW
Washington, DC 20016
Tel: 240.620.9640.
dtthayer@thayeradminlaw.com

David P. Sheldon
DC Bar No. 446039
Law Offices of David P. Sheldon, P.L.L.C.
100 M. St. SE, Suite 600
Washington, DC 20003
Tel: 202.546.9575
Fax: 202.546.0135

*Attorneys for Plaintiff*

JEANINE FERRIS PIRRO
United States Attorney

By: /s/ *Fithawi Berhane*

FITHAWI BERANE
Assistant United States Attorney
601 D Street, NW
Washington, DC 20530
(202) 252-6653

*Attorneys for the United States of America*