disparate results of Petitioner's NJP and his Executive Officer's court-martial were unjust or unfair. There is no evidence that Petitioner did not receive due process in his NJP and subsequent appeal.

5. Conclusion: There is insufficient evidence and basis for the BCNR to exercise its broad powers to correct Petitioner's record, and remove reference to the Letter of Reprimand and NJP from his record. Absent the removal of the Letter of Reprimand and NJP, there is insufficient evidence and basis to determine that Petitioner is entitled to a Special Cases Board.

WILLIAM A. LUND
LCDR, JAGC, USN
Office of Legal Counsel (BUPERS 00J)

# EXHIBIT 21

DEPARTMENT OF THE NAVY
COMMANDER, U.S. FIFTH FLEET
FPO AE 09501-6008

IN REPLY TO:

5830
Ser N00/276
5 Aug 09

THIRD ENDORSEMENT on CAPT Larry D. Grippin, USN, XXX-XX-[redacted]1117 ltr of 16 Apr 09

From: Commander, U.S. FIFTH Fleet
To: File

Subj: INVESTIGATION INTO THE CIRCUMSTANCES SURROUNDING THE DEATH OF ENGINEMAN FIRST CLASS (SURFACE WARFARE) THEOPHILOUS K. ANSONG ON 4 FEBRUARY 2009

Ref: (h) Manual for Courts-Martial, U.S. (2008 ed.)

Encl: (82) CTF 51 5800 Ser N00J/03 of 6 Apr 09
(83) COMPHIBRON FOUR ltr 5800 Ser N00/051 of 24 Feb 09
(84) Suspect's Rights Acknowledgement ICO CDR Cash, LCDR Kearns, and CWO3 Stacey
(85) COMNAVSURFORINST 3502.1D (TAB N)

1. This is the final action on subject investigation under section 0209g(1) of reference (a). The purposes of this command investigation are to make a line of duty determination due to the death of an active duty service member as required by section 0229d of reference (a) and to determine appropriate corrective measures for an operational mishap, including any accountability actions deemed appropriate.

2. Executive Summary. On the morning of 4 February 2009, USS SAN ANTONIO (LPD 17) was in the Gulf of Aden conducting routine naval operations when a small boat mishap involving the 11-meter rigid-hull inflatable boat (RHIB) resulted in a man overboard involving the RHIB's crew. Engineman First Class (Surface Warfare) (EN1(SW)) Theophilous K. Ansong, U.S. Navy, was one of the three crew members. Based on the findings of the investigation, his death was accidental and has been determined to be in the line of duty and not due to misconduct.

a. The naval operations planned by USS SAN ANTONIO for the morning of 4 February 2009 included personnel transfers by small boat and vertical replenishment. The boat transfers required the lowering of the port accommodation ladder. In addition to these events, the 11-meter RHIB was scheduled for an operational test of its engines.

b. The RHIB, with its three-man crew inside, was lowered by crane on the port side while the ship was moving at 5 knots. The coxswain

was unable to start the engines after the RHIB entered the water. Before the RHIB could be raised back up, and while still attached to the crane, it drifted aft alongside the ship due to slack in the sea painter line, struck the lowered port side accommodation ladder, and turned bow-out from the ship. After the RHIB began to take on water, it turned over on its side. At approximately 0806, all three crew members entered the water, creating a difficult man overboard situation.

c. The bowhook was recovered by personnel stationed at the port accommodation ladder. The coxswain was recovered by an air crew search and rescue swimmer from the HH-60 helicopter assisting with the man overboard recovery efforts. The inflated life preserver of EN1(SW) Ansong, the boat engineer, was recovered near the coxswain. Shortly after entering the water, EN1(SW) Ansong was forced under the accommodation ladder and hit it. Because he was seen by several observers wearing the inflated life jacket immediately after the man overboard, it is most probable that he slipped out of the life jacket after sustaining an injury when he hit the ladder and drowned.

d. When it was determined that EN1(SW) Ansong was missing, the Commanding Officer, USS SAN ANTONIO initiated search-and-rescue (SAR) efforts and assumed duties as the On-Scene-Commander (OSC). At 1110, OSC duties shifted to USS VELLA GULF (CG 72) as the senior ship present. The SAR efforts ceased at 1800 local shortly after sunset and resumed on the next morning.

e. EN1(SW) Ansong was initially declared missing at sea, and later he was declared deceased. His body was not recovered. The two crew members who were recovered did not sustain any injuries and were returned to duty shortly after the incident. The 11-meter RHIB sustained hull and engine damage as a result of the incident requiring repairs with an initial estimate of $200,000.

f. The causal factors of this accidental man overboard were mechanical failure of the boat engines compounded by human error and supervisory failure. The responsible supervisors, the Commanding Officer, Executive Officer, and the Ship's Boatswain, did not adequately mitigate risk to personnel with sufficient supervisory controls, which resulted in the RHIB entering the water without engines running and improper line handling procedures.

g. A contributing factor that prevented the recovery of EN1(SW) Ansong was improperly fitted and worn safety protection gear. At some point after entering the water and sustaining an injury, he became separated from his life jacket, which was too large and not correctly fastened on either side.

Subj: INVESTIGATION INTO THE CIRCUMSTANCES SURROUNDING THE DEATH OF ENGINEMAN FIRST CLASS (SURFACE WARFARE) THEOPHILOUS K. ANSONG ON 4 FEBRUARY 2009

3. Procedural History

a. The Convening Authority for the investigation, Commander, Amphibious Squadron FOUR, convened the original investigation on 4 February 2009 and appointed LCDR David Faught as the investigating officer. The primary focus of the investigation centered on what occurred right before and after the small boat mishap and man overboard and whether the death of EN1(SW) Ansong occurred in the line of duty. Under sections 0212 and 0229 of reference (a), a line of duty determination is required in all active duty death cases, in order to make decisions concerning eligibility and annuity calculations under the Uniformed Services Survivor Benefit Program.

b. On 11 March 2009, the investigation by LCDR Faught was completed after some additional investigation required by the Convening Authority. This included obtaining statements from some additional members of the crew of USS SAN ANTONIO, including the Commanding Officer and Executive Officer, and Engineering Bell Log data. The Convening Authority endorsed the report on 15 March 2009 and forwarded it to Commander, Task Force FIVE ONE for review.

c. The investigation was returned to the Convening Authority by Commander, Task Force FIVE ONE for reinvestigation on 6 April 2009 because of issues that were not sufficiently addressed in the original investigation report, making it incomplete. Enclosure (82) directed that an O-6 Surface Warfare Officer be appointed as a new Investigating Officer to ensure an officer with sufficient experience and seniority evaluated all relevant matters related to the incident. The three areas specifically identified that required further investigation were boat crew qualifications, required safety protocols and whether they were followed, and causal factors contributing to the loss of EN1(SW) Ansong.

d. On 24 February 2009, CAPT Larry Grippin was appointed by the Convening Authority to assist the Investigating Officer. Enclosure (83) is this amendment to the original convening order. It is listed as enclosure (1) in the reinvestigation report but has been renumbered to avoid duplicate enclosure numbers in the report. After the investigation was returned, this appointment was modified verbally to make CAPT Grippin the Investigating Officer for the reinvestigation. He submitted his reinvestigation report on 16 April 2009.

e. The reinvestigation report was endorsed by the Convening Authority on 17 April 2009 and forwarded to Commander, Task Force FIVE ONE.

Subj: INVESTIGATION INTO THE CIRCUMSTANCES SURROUNDING THE DEATH OF ENGINEMAN FIRST CLASS (SURFACE WARFARE) THEOPHILOUS K. ANSONG ON 4 FEBRUARY 2009

f. The reinvestigation report was endorsed by Commander, Task Force FIVE ONE on 20 April 2008 and forwarded for final review.

g. While the reinvestigation resulted in additional delay, this was necessary to provide a sufficient understanding of the circumstances surrounding the death of EN1(SW) Ansong and to prevent similar mishaps in the future. This investigation is now complete and no further investigation or review of this report is required.

h. The investigation report by LCDR Faught of 11 March 2008, as endorsed by the Convening Authority on 15 March 2009, is the "original investigation." It was incorporated by reference in the "reinvestigation" report of 16 April 2009 and is included as part of this report as enclosure (81) without enclosures. The reinvestigation report includes enclosures (1) through (79) as listed in the original report; enclosure (80), listed as enclosure (2) in the reinvestigation report; and enclosure (83), listed as enclosure (1) in the reinvestigation report. Because the reinvestigation report separately numbers the findings of fact, opinions, and recommendations rather than continuing with the numbers used in the original report, the convention used below to distinguish between the two reports will be original investigation (OI) and reinvestigation (RI) before the specific finding of fact, opinion, or recommendation.

i. The reference markings in the first endorsement are changed to references (e) - (g). As stated in enclosure (81), there is no enclosure (18), a duplicate of enclosure (12), and no enclosure (34), a duplicate of enclosure (33).

j. Some modifications to findings of fact and opinions are indicated by strikethrough for deletions and italics for additions.

4. <u>Rights Warnings</u>. On 13 April 2009, before conducting interviews of the Commanding Officer, Executive Officer, and Ship's Boatswain, the Investigating Officer administered rights warnings, as required under Article 31b of the Uniform Code of Military Justice, due to possible negligent dereliction of duty. Enclosure (84) is a copy of the written rights warnings.

5. <u>Findings of Fact</u>. The findings of fact (FF) of the Investigating Officer as endorsed are approved subject to the following:

a. Add OI FF 4a: During the operations and intelligence brief on the evening of 3 February, the 11-meter RHIB operational test was scheduled after the launch of the 7-meter RHIB. Both engines on the 11-meter RHIB were reported as successfully operationally tested while

Subj: INVESTIGATION INTO THE CIRCUMSTANCES SURROUNDING THE DEATH OF ENGINEMAN FIRST CLASS (SURFACE WARFARE) THEOPHILOUS K. ANSONG ON 4 FEBRUARY 2009

the RHIB was in the boat valley skid on 3 and 4 February. [encls (4), (71)]

b. Modify OI FF 5: Permission to launch the RHIB was granted by the bridge and Commanding Officer. *After the 11-meter RHIB was brought to the rail, the* Officer of the Deck *went back into the pilot house. The Officer of the Deck* was unaware of when ~~that~~ the RHIB was loaded and commenced lowering *because bridge permission is not required for each phase of the boat launch process.* [encls (3), (4), *(14)*, (75)]

c. Modify RI FF 9: That engines were not started just prior to water entry ~~were~~ *was* contrary to established procedures *in the "Boat Launch Sequence with Boat & Cargo Crane" technical community presentation for USS SAN ANTONIO (LPD 17). This presentation lists 13 steps to launch a small boat and illustrates the sequence with diagrams. Three of the steps include the following: (1) Boat is lowered with crane wire - tended with fore & steadying line, (2) Approximately 3 ft above water - Boat is started, and (3) Lowering continues to water.* [encls (48), (67)]

d. Add RI FF 9a: Paragraph 583-9.4.4.1 of Naval Ship's Technical Manual (NSTM) Chapter 583 revision 4 on Boats and Small Craft provides the following on Launching Procedures: "5. Lower the boat to the water. The boat crew will start the boat engine so that the engine is running as soon as the boat is waterborne." [Encl (48)]

e. Add OI FF 12a: The line handler on the sea painter was in mooring station 2. After noticing the sea painter was tight, he gave the line slack without having visual sight of the RHIB, which could only be seen through the view ports. As he was taking turns off the bitts, the line started to run out of the chock, and he was unable to hold the line. When he was finally able to put a turn on the bitts, the line stopped running out of the chock, and he noticed through the view port that the RHIB was against the accommodation ladder. [encl (9)]

f. Add OI FF 12b: After the RHIB was in the water, the forward line handlers at the ship's rail were unable to keep the RHIB aligned parallel with the ship due to the strong pull on the line as the RHIB moved aft and let the forward line run. [encls (9), (13), (15)]

g. Add OI FF 14a: After the crew was onboard the 11-meter RHIB, the signalman gave the signal to slew out. The under-instruction crane operator slewed out the RHIB to the dropping point. The signalman first gave the signal to pay out on the hook down one to the dropping point. One is the slowest speed control point and five is the fastest. After the RHIB was clear, the signalman gave the signal

to pay out on the hook down five. The under-instruction crane operator payed out on the hook until the tension decreased and the signalman gave the signal to avast. After the crane jerked a little, the signalman gave down five again to give more length on the hook followed shortly by avast. After the forward line handlers lost their line, the signalman gave up five followed by avast before the crane could start pulling up. [encls (10), (12)]

h. Add OI FF 14b: Paragraph 589-3.4.2.3 of NSTM Chapter 589 on speed control states that, in general, no more than four speed control points will be used and that the crane operator may, at any time, use a slower speed if he judges that the directed speed will create an unsafe or hazardous condition. [encl (49)]

i. Add OI FF 14c: CWO3 Stacey, the Ship's Boatswain, and BM1 Bolden were located in the boat valley to launch the 11-meter RHIB. CWO3 Stacey was assigned as the Officer-in-Charge (OIC) and requested permission from the bridge before proceeding with the boat launch. Once permission was received, he directed BM1 Bolden to execute. [encls (3), (5), (68)]

j. Modify OI FF 22: EN1 Ansong's life preserver was recovered inflated, zipped-up and buckle and chest snap fastened but *three snaps on both left and right sides were unfastened*. [encls (57), *(58), (59), (60)*]

k. Add OI FF 27a: As soon as he heard the report of a man overboard, the Junior Officer of the Deck (JOOD) went to the port bridge wing to start locating the individuals who went overboard. The JOOD saw BM2 Stillinger in the yellow float coat swimming away from the ship and the green float coat belonging to EN1 Ansong floating near the ship and then behind as the ship came to all stop and back 2/3 in an attempt to stop the forward movement. When he initially spotted the green float coat, he believes he saw EN1 Ansong in the float coat and still moving. Within a minute after his initial scanning, he used binoculars to look at each individual more closely. When he looked at EN1 Ansong's float coat, he realized that he was not in it and began scanning the area visually for approximately 30 minutes but could not find him. [encl (4)]

l. Add OI FF 27b: After the 11-meter RHIB flipped over on its side, BM1 Bolden initially observed EN1(SW) Ansong in the water on the starboard side of the RHIB. After noticing BM2 Stillinger still floating out to sea, he looked back down and no longer saw EN1(SW) Ansong. He only saw his green life jacket. [encl (5)]

m. Add OI FF 27c: The lizard line handler noticed SN Evans and EN1(SW) Ansong between the 11-meter RHIB and the accommodation ladder after the RHIB flipped over trying to hold on to the accommodation ladder. After the RHIB hit the accommodation ladder, he lost sight of EN1(SW) Ansong and saw SN Evans rescued by BM1 Johnson. [encl 6]

n. Modify OI FF 31 with the additional entries and supporting enclosures below:

- 0813C - Rudder amidships ordered
- 0816C - Hard left rudder ordered
- 0821C - Rudder amidships ordered
- 1800C - Search and rescue efforts secured

[encls (4), (14), (23), (24), (44), (68), (69), (70), (71), (72), (73), (76), (77), (78)]

o. Modify OI FF 32 by adding enclosures (41) and (68).

p. Modify OI FF 34 by adding enclosure (85).

q. Add OI FF 34a: TAB N of COMNAVSURFORINST 3502.1D, "Surface Force Training Manual," contains the certification criteria for seamanship. One of the management continuous certification requirements (CCRs) that a ship must satisfy at all times is ship's bills. All of the bills including the Boat Bill must be signed by the current Commanding Officer and reviewed quarterly. [encls (45), (85)]

r. Add OI FF 36: Chapter C4 on small boats in OPNAVINST 5100.19E, "Navy Occupational Safety and Health Program Manual," states: "The most dangerous operations involving small boats are the launching and retrieval of these boats. It is during these periods that human error and mechanical failure of boat davits and launching/retrieval machinery can occur, and when weather and sea state can have its worst effects." [encl (46)]

s. Add OI FF 37: OPNAVINST 5100.19E requires completion of an operational risk management (ORM) assessment before small boat evolutions and mitigation of risks as feasible. [encl (46)]

t. Add OI FF 38: CWO3 Stacey used a hand-held radio for communications during the launching of the 11-meter rhib on the command channel with the bridge and on another channel with other stations. He asked whether the sea painter was made up when he noticed the RHIB start to drift aft but does not remember receiving a response. The Junior Officer of the Deck recalls hearing frantic and broken reports on the radio. [encls (3), (75)]

u. Add OI FF 39: During the LPD 17 Boat Issue Workshop on



 

Subj: INVESTIGATION INTO THE CIRCUMSTANCES SURROUNDING THE DEATH OF ENGINEMAN FIRST CLASS (SURFACE WARFARE) THEOPHILOUS K. ANSONG ON 4 FEBRUARY 2009

15 July 1998, representatives from Bath Iron Works Topside Team provided details on enhanced crane safety systems. These provide for safer boat handling by reducing the boat movement during launching and recovering and may be used without line handlers. A sample system would also include a tow boom from the side of the ship for the sea painter. This enables the boat to remain parallel to the ship during launch and recovery, which is particularly crucial due to the curvature of the ship's hull. An action item from the workshop was the following entry for the LPD 17 Design for Ownership Issues database: "762 ENHANCED CRANE SAFETY SYSTEM. Recommend implement 'enhanced safety for crane system' as briefed during the workshop (tow boom, positive control device for load control to launch position, hook on boat vice hoist) for knuckle boom and lifeboat as applicable to LPD 17." [encl (50)]

v. Add RI FF 9a: After the 11-meter RHIB was placed in the water and the engines did not start, CWO3 Stacey gave the order to lift the RHIB out of the water but the accident occurred before the order could be executed. [encls (3), (80)]

w. Add RI FF 11a. According to the ship's logs, the Commanding Officer was on the bridge from on or about 0642 to 0802. Commander, Combined Task Force (CTF) 151 was recorded as in Combat Information Center (CIC) at 0651 and departing the bridge at 0755 and 0826. There are no entries for when CTF 151 came on the bridge. [encl (24)]

x. Add RI FF 11b. According to the Commanding Officer, he was on the bridge at approximately 0645 to oversee setting flight quarters and small boat personnel transfers. He first maintained a safety observer position on the port bridge wing for the lowering of the port accommodation ladder and small boat transfers. He shifted to the starboard bridge wing while lowering of the 7-meter RHIB. He moved back to the port side to continue serving as the safety observer for small boat transfers. During preparations for launching of the 11-meter, he left the bridge for a short period to obtain sunscreen from his stateroom. [encl (71)]

y. Modify last sentence of RI FF 12: EN1(SW) Ansong then reappeared 20 - 30 feet aft of the port accommodation ladder and BMC(SW) Miller saw him *laying sideways in the water, one arm keeping him above water and the other arm waving*, and the green MK 1 life preserver was still on EN1(SW) Ansong.

z. Modify RI FF 14 by adding enclosure (6).

aa. Add new RI FF 15a: The Conning Officer did not initially order the helm to come left in the direction of the men, which he

would have done for a normal man overboard situation, to avoid causing the RHIB, which was still attached to the crane, to swing and hit someone in the water or to cause the crane to fall off and cause more damage or personal injury. After the Executive Officer confirmed with the Ship's Boatswain that the ship could come to port safely, he directed the Conning Officer to come left. [encls (72), (73)]

bb. Modify RI FF 16 by adding enclosure (2).

cc. Modify RI FF 22 by changing "preserve" to "preserver."

dd. Modify RI FF 30 by adding "(OOD)" after "Officer of the Deck" and changing "TAO" to "Tactical Action Officer (TAO)."

ee. Modify RI FF 32 by adding the following after the last sentence: A precaution that should be taken as part of the briefing is to ensure individuals riding in the boat "wear an authorized, securely fastened life preserver and a battle helmet with an unbuckled chin strap or a safety helmet with the chinstrap fastened under the chin."

ff. Add RI FF 35: Boat crew members and personnel in the vicinity of the boat deck wear hard hats as part of personnel protective equipment. A hard hat was one of the items recovered after the incident. [encls (46), (68)]

6. <u>Opinions</u>. The opinions (OP) of the Investigating Officer as endorsed are approved subject to the following:

a. I specifically find that EN1(SW) Ansong's death occurred in the line of duty and not due to his own misconduct. I also approve the investigating officer's reasonable inference from the available evidence that EN1(SW) Ansong became unconscious shortly after hitting the port accommodation ladder and drowned after he slipped out of his inflated life jacket because it was too loose.

b. Modify OI OP 1 by deleting enclosure (50) and adding OI FF 12a, 12b, 14a, and 40.

c. Modify OI OP 2 by adding OI FF 12a.

d. Modify OI OP 4 by deleting FF 17 and 18 and adding OI FF 20, 21, and 22.

e. Modify OI OP 5 by deleting enclosures (59) and (60) and adding OI FF 22.

Subj: INVESTIGATION INTO THE CIRCUMSTANCES SURROUNDING THE DEATH OF ENGINEMAN FIRST CLASS (SURFACE WARFARE) THEOPHILOUS K. ANSONG ON 4 FEBRUARY 2009

f. Modify OI OP 7 by deleting enclosure (71) and adding OI FF 4 and 4a.

g. Modify OI OP 8 by adding OI FF 17 and 31.

h. Modify OI OP 9 by substituting "contributing factors" for "probable causes" and adding OI FF 14, 14b, and 33 and RI FF 5 and 11b to OI OP 9(i); OI FF 7, 8, 9, 9a, 14, and 33 and RI FF 9a to OI OP 9(ii); OI FF 12, 12a, 12b, 14, 33, and 38 to OI OP 9(iii); and OI FF 14, 22, 23, 24, and 33 and RI FF 32 to OI OP 9(iv).

i. Modify OI OP 10 by deleting all enclosures and adding OI FF 9a, 12a, 12b, 14a, 14b, 26, 36, 38, and 39 and RI FF 9a and 11b.

j. Modify OI OP 11 by adding OI FF 12, 12a, 13, 14, and 14a.

k. Modify OI OP 12 by deleting enclosures (45) and (72).

l. Modify OI OP 13 by deleting enclosure (24) and adding OI FF 35.

m. Modify OI OP 14 by deleting last two sentences and enclosures (10) and (49) and adding OI FF 14a and 14b.

n. Modify OI OP 15 by adding OI FF 14a and 14b.

o. Modify OI OP 16 by deleting enclosure (9) and adding OI FF 12a.

p. Modify OI OP 17 by deleting enclosures (13) and (15) and adding OI FF 12b.

q. Because there was an established procedure to have the engines running prior to entry into the water, the amendment to RI OP 2(ii) in the second endorsement is disapproved, and the original version is approved. Because RI OP 2 is a restatement of OI OP 9, the same enclosures that support OI OP 9 also support RI OP 2 and are added as indicated in paragraph 6h above.

r. Modify RI OP 3 by substituting "ordering hard left rudder, and" for "ordered left full rudder in order move."

7. <u>Recommendations.</u> The recommendations of the Investigating Officer as endorsed are approved subject to the following:

a. The personnel corrective actions in OI recommendations 7 - 9 and RI recommendations 1 - 3 are based on supervisory failures by the Commanding Officer, Executive Officer, and Ship's Boatswain related to small boat operations and the man overboard. Their actions may

Subj: INVESTIGATION INTO THE CIRCUMSTANCES SURROUNDING THE DEATH OF ENGINEMAN FIRST CLASS (SURFACE WARFARE) THEOPHILOUS K. ANSONG ON 4 FEBRUARY 2009

constitute violations of Article 92, Uniform Code of Military Justice (UCMJ), for negligent dereliction of duty. Under Rule 306 of reference (e), initial disposition on these recommendations is referred to the Convening Authority, Commander, Amphibious Squadron FOUR, as the administrative intermediate superior in command for USS SAN ANTONIO, and is subject to the concurrence of the administrative chain of command.

b. By copy of this endorsement, USS SAN ANTONIO is directed to take action on OR recommendations 1, 2, 4 - 6, and 10 - 18 and RI recommendations 4 and 5 with assistance as necessary from the administrative chain of command.

c. Once action on the recommendations in paragraphs 7a and 7b above is completed, a report should be submitted by the Convening Authority to the designated point of contact in paragraph 10 below.

d. By copy of this endorsement, Commander, Naval Surface Forces Command and Commander, Naval Surface Forces Atlantic are requested to review OI recommendation 3, including the status of the enhanced crane safety system, and take any action deemed appropriate and to review RI recommendation 7 and to submit NAVSEA Form 4160/1, Technical Manual Deficiency/Evaluation Report (TMDER) if determined to be an appropriate change.

8. While the incident occurred when USS SAN ANTONIO was under the operational control of my command and conducting Fleet operations, the causal factors identified in the investigation are manning, training, and equipment matters that fall under the cognizance of the type commander and administrative superiors in command. Because the unit involved is a new ship class, a comprehensive review of small boat handling for the 11-meter RHIB and man overboard procedures may be warranted. By copy of this investigation, Commander, Naval Surface Forces Command is requested to review the incident from a class perspective and take any additional actions deemed appropriate.

9. By copy of this endorsement, CDR Todd Anderson, SC, USN, the assigned Casualty Assistance Calls Officer for EN1(SW) Ansong's next of kin, is directed to provide a copy of the complete investigation to Mr. Nelson Ansong, the father of EN1(SW) Ansong, as required under section 0225f(2) of reference (a).

**DEPARTMENT OF THE NAVY**
COMMANDER
NAVAL SURFACE FORCE ATLANTIC
1430 MITSCHER AVENUE
NORFOLK VIRGINIA 23551-2494

5800
Ser N00/031
[illegible] MAR [illegible]

From: Commander, Naval Surface Force Atlantic
To: Commander, U.S. Fleet Forces Command

Subj: INVESTIGATION INTO EVENTS ONBOARD USS SAN ANTONIO (LPD 17) ON 4 FEBRUARY 2009

Ref: (a) USFFC ltr 5800 Ser N00/035 of 17 Feb 10

1. Per reference (a), I have carefully reviewed the subject investigation, specifically, the recommendations concerning accountability.

2. Commander, U.S. FIFTH Fleet recommended that personnel accountability actions be left to Commander, Amphibious Squadron FOUR.

3. Commander, Amphibious Squadron FOUR (CPR 4), CAPT Brian Smith, took administrative action against Commanding Officer, USS SAN ANTONIO (LPD 17) in April 2009, and considers his action with respect to the personnel accountability recommendations 1 - 3 of this investigation sufficient and complete. The current Commodore (who was the investigating officer for this investigation), CAPT Larry Grippin, has elected not to take any further action with respect to recommendations 1 - 3.

4. After a thorough review of this investigation, I have concluded that the administrative action taken by CPR 4, who was the immediate Commander and the one most closely familiar with the circumstances of this incident, with respect to the Commanding Officer, USS SAN ANTONIO (LPD 17) was appropriate. I have also concluded that no further disciplinary or administrative action is necessary or warranted for the Executive Officer in USS SAN ANTONIO (LPD 17), Lieutenant Commander Sean Kearns, or the Ship's Boatswain, Chief Warrant Officer Shawn Stacey.

5. If you have any questions or concerns, my point of contact for this matter is my Force Judge Advocate, Captain Holiday

Subj: INVESTIGATION INTO EVENTS ONBOARD USS SAN ANTONIO (LPD 17) ON 4 FEBRUARY 2009

Hanna. He can be reached at (757) 836-3047, or by email at holiday.hanna@navy.mil.

K. M. QUINN

Copy to:
Code N02L

# FITNESS REPORT & COUNSELING RECORD (W2-O6)

RCS BUPERS 1610-1

1. Name (Last, First MI Suffix): CASH, ERIC C
2. Grade/Rate: CDR
3. Desig: 1110
4. SSN: [redacted]
5. ACT: X | FTS: | INACT: | AT/ADSW/265:
6. UIC:
7. Ship/Station:
8. Promotion Status: REGULAR
9. Date Reported: 10JUL15

Occasion for Report: 10. Periodic X | 11. Detachment of Individual | 12. Detachment of Reporting Senior | 13. Special

Period of Report: 14. From: 10JUN10 15. To: 11APR30

16. Not Observed Report
Type of Report: 17. Regular X | 18. Concurrent | 19. Ops Cdr
20. Physical Readiness: P/WS
21. Billet Subcategory (if any): NA

22. Reporting Senior (Last, FI MI): RUSSELL, ROBIN
23. Grade: CAPT
24. Desig: 1110
25. Title:
26. UIC:
27. SSN:

28. Command employment and command achievements.

29. Primary/Collateral/Watchstanding duties. (Enter primary duty abbreviation in box.)

DIVISION DIR — PRI: DIRECTOR OF IN-SERVICE SURFACE SHIP LIFECYCLE SUSTAINMENT AND MAINTENANCE ANALYSIS; SEC: PROGRAM MANAGER FOR MATERIAL RELIABILITY DATABASE (MRDB)

For Mid-term Counseling Use. (When completing FITREP, enter 30 and 31 from counseling worksheet, sign 32.)
30. Date Counseled: NOT REQ
31. Counselor:
32. Signature of Individual Counseled:

PERFORMANCE TRAITS: 1.0 - Below standards/not progressing or UNSAT in any one standard; 2.0 - Does not yet meet all 3.0 standards; 3.0 - Meets all 3.0 standards; 4.0 - Exceeds most 3.0 standards; 5.0 - Meets overall criteria and most of the specific standards for 5.0. Standards are not all inclusive.

| PERFORMANCE TRAITS | 1.0* Below Standards | 2.0 Progressing | 3.0 Meets Standards | 4.0 Above Standards | 5.0 Greatly Exceeds Standards |
|---|---|---|---|---|---|
| 33. PROFESSIONAL EXPERTISE: Professional knowledge proficiency, and qualifications. NOB [ ] | - Lacks basic professional knowledge to perform effectively. - Cannot apply basic skills. - Fails to develop professionally or achieve timely qualifications. [ ] | [ ] | - Has thorough professional knowledge. - Competently performs both routine and new tasks. - Steadily improves skills, achieves timely qualifications. [ ] | [ ] | - Recognized expert, sought after to solve difficult problems. - Exceptionally skilled, develops and executes innovative ideas. - Achieves early/highly advanced qualifications. [X] |
| 34. COMMAND OR ORGANIZATIONAL CLIMATE/EQUAL OPPORTUNITY: Contributing to growth and development, human worth, community. NOB [ ] | - Actions counter to Navy's retention/reenlistment goals. - Uninvolved with mentoring or professional development of subordinates. - Actions counter to good order and discipline and negatively affect Command/Organizational climate. - Demonstrates exclusionary behavior. Fails to value differences from cultural diversity. [ ] | [ ] | - Positive leadership supports Navy's increased retention goals. Active in decreasing attrition. - Actions adequately encourage/support subordinates' personal/professional growth. - Demonstrates appreciation for contributions of Navy personnel. Positive influence on Command climate. - Values differences as strengths. Fosters atmosphere of acceptance/inclusion per EO/EEO policy. [ ] | [ ] | - Measurably contributes to Navy's increased retention and reduced attrition objectives. - Proactive leader/exemplary mentor. Involved in subordinates' personal development leading to professional growth/sustained commitment. - Initiates support programs for military, civilian, and families to achieve exceptional Command and Organizational climate. - The model of achievement. Develops unit cohesion by valuing differences as strengths. [X] |
| 35. MILITARY BEARING/CHARACTER: Appearance, conduct, physical fitness, adherance to Navy Core Values. NOB [ ] | - Consistently unsatisfactory appearance. - Unsatisfactory demeanor or conduct. - Unable to meet one or more physical readiness standards. - Fails to live up to one or more Navy Core Values: HONOR, COURAGE, COMMITMENT. [ ] | [ ] | - Excellent personal appearance. - Excellent demeanor or conduct. - Complies with physical readiness program. - Always lives up to Navy Core Values: HONOR, COURAGE, COMMITMENT. [ ] | [ ] | - Exemplary personal appearance. - Exemplary representative of Navy. - A leader in physical readiness. - Exemplifies Navy Core Values: HONOR, COURAGE, COMMITMENT. [X] |
| 36. TEAMWORK: Contributions towards team building and team results. NOB [ ] | - Creates conflict, unwilling to work with others, puts self above team. - Fails to understand team goals or teamwork techniques. - Does not take direction well. [ ] | [ ] | - Reinforces others' efforts, meets personal commitments to team. - Understands team goals, employs good teamwork techniques. - Accepts and offers team direction. [ ] | [ ] | - Team builder, inspires cooperation and progress. - Talented mentor, focuses goals and techniques for team. - The best at accepting and offering team direction. [X] |
| 37. MISSION ACCOMPLISHMENT AND INITIATIVE: Taking initiative, planning/prioritizing, achieving mission NOB [ ] | - Lacks initiative. - Unable to plan or prioritize. - Does not maintain readiness. - Fails to get the job done. [ ] | [ ] | - Takes initiative to meet goals. - Plans/prioritizes effectively. - Maintains high state of readiness. - Always gets the job done. [ ] | [ ] | - Develops innovative ways to accomplish mission. - Plans/prioritizes with exceptional skill and foresight. - Maintains superior readiness, even with limited resources. - Gets jobs done earlier and far better than expected. [X] |

NAVPERS 1610/2 (08-10) FOR OFFICIAL USE ONLY - PRIVACY ACT SENSITIVE

# FITNESS REPORT AND COUNSELING RECORD (W2-O6) (cont 'd)

RCS BUPERS 1610-1

| 1. Name (Last, First MI Suffix) | 2. Grade/Rate | 3. Desig | 4. SSN |
|---|---|---|---|
| CASH, ERIC C | CDR | 1110 | [redacted] |

| PERFORMANCE TRAITS | 1.0* Below Standards | 2.0 Progressing | 3.0 Meets Standards | 4.0 Above Standards | 5.0 Greatly Exceeds Standards |
|---|---|---|---|---|---|
| 38. LEADERSHIP: Organizing, motivating and developing others to accomplish goals. NOB [ ] | - Neglects growth/development or welfare of subordinates.<br>- Fails to organize, creates problems for subordinates.<br>- Does not set or achieve goals relevant to command mission and vision.<br>- Lacks ability to cope with or tolerate stress.<br>- Inadequate communicator.<br>- Tolerates hazards or unsafe practices. [ ] | [ ] | - Effectively stimulates growth/development in subordinates.<br>- Organizes successfully, implementing process improvements and efficiencies.<br>- Sets/achieves useful, realistic goals that support command mission.<br>- Performs well in stressful situations.<br>- Clear, timely communicator.<br>- Ensures safety of personnel and equipment. [ ] | [ ] | - Inspiring motivator and trainer, subordinates reach highest level of growth and development.<br>- Superb organizer, great foresight, develops process improvements and efficiencies.<br>- Leadership achievements dramatically further command mission and vision.<br>- Perseveres through the toughest challenges and inspires others.<br>- Exceptional communicator.<br>- Makes subordinates safety-conscious, maintains top safety record.<br>- Constantly improves the personal and professional lives of others. [X] |
| 39. TACTICAL PERFORMANCE: (Warfare qualified officers only) Basic and tactical employment of weapons systems. NOB [X] | - Has difficulty attaining qualification expected for the rank and experience.<br>- Has difficulty in ship(s), aircraft or weapons systems employment. Below others in knowledge and employment.<br>- Warfare skills in specialty are below standards compared to others of same rank and experience. [ ] | [ ] | - Attains qualifications as required and expected.<br>- Capably employs ship(s), aircraft, or weapons systems. Equal to others in warfare knowledge and employment.<br>- Warfare skills in specialty equal to others of same rank and experience. [ ] | [ ] | - Fully qualified at appropriate level for rank and experience.<br>- Innovatively employs ship(s), aircraft, or weapons systems. Well above others in warfare knowledge and employment.<br>- Warfare skills in specialty exceed others of same rank and experience. [ ] |

40. I recommend screening this individual for next career milestone(s) as follows: (maximum of two) Recommendations may be for competitive schools or duty assignments such as: LCPO, DEPT CPO, SEA, CMC, CWO, LDO, Dept Head, XO, OIC, CO, Major Command, War College, PG School.

NAVSEA MAJOR PM | FELLOWSHIP

41. COMMENTS ON PERFORMANCE: * All 1.0 marks, three 2.0 marks, and 2.0 marks in Block 34 must be specifically substantiated in comments. Comments must be verifiable. Font must be 10 or 12 Pitch (10 or 12 Point) only. Use upper and lower case.

***PROMOTE TO CAPTAIN. SELECT FOR MAJOR ACQUISITION PROGRAM MANAGER!***

Commander Cash is exactly the type of leader desired to lead a major acquisition program. One of the best in a budget constrained environment in maximizing resources to improve surface fleet readiness and capability.

- $7M budget Materiel Reliability Database Program Manager. Oversaw analysis focused on reducing surface ship lifecycle total ownership cost.
- Driving force in improving surface ship readiness. Led and assisted in several studies, securing over $1.5 billion dollars to improve surface ship readiness for Aegis Ballistic Missile Defense ships and LPD 17 ship class.
- Creative mind behind production of an International Davey award winning strategic communications video highlighting Naval Sea Systems Command's commitment to improving & sustaining high surface ship material readiness.

Selectively detail Eric to positions leading to increased roles &

| Promotion Recommendation | NOB | Significant Problems | Progressing | Promotable | Must Promote | Early Promote |
|---|---|---|---|---|---|---|
| 42. INDIVIDUAL | | | | | | X |
| 43. SUMMARY | X | 0 | 0 | 0 | 0 | 1 |

44. Reporting Senior Address

45. Signature of Reporting Senior

Date:

46. Signature of Individual Evaluated. "I have seen this report, been apprised of my performance, and understand my right to make a statement." I intend to submit a statement. [ ] do not intend to submit a statement. [ ]

Date:

Member Trait Average: 5.00 | Summary Group Average: 5.00

47. Typed name, grade, command, UIC, and signature of Regular Reporting Senior on Concurrent Report

Date:

# FITNESS REPORT & COUNSELING RECORD (W2-O6)

RCS BUPERS 1610-1

| | | | |
|---|---|---|---|
| 1. Name (Last, First MI Suffix) CASH, ERIC C | 2. Grade/Rate CDR | 3. Desig 1110 | 4. SSN [redacted] |
| 5. ACT X; FTS; INACT; AT/ADSW/265 — 6. UIC 42192 | 7. Ship/Station SEA 21 WASH DC | 8. Promotion Status REGULAR | 9. Date Reported 10JUL15 |
| Occasion for Report: 10. Periodic X; 11. Detachment of Individual; 12. Detachment of Reporting Senior; 13. Special | Period of Report 14. From: 10JUN10 | 15. To: 11APR30 | |
| 16. Not Observed Report; Type of Report 17. Regular X; 18. Concurrent; 19. Ops Cdr | 20. Physical Readiness P | 21. Billet Subcategory (if any) NA | |
| 22. Reporting Senior (Last, FI MI) RUSSELL, R L; 23. Grade CAPT; 24. Desig 1110 | 25. Title DIRECTOR | 26. UIC 42192 | 27. SSN [redacted] |

28. Command employment and command achievements.
SEA-21 manages the life cycle support of all non-nuclear surface ship classes, including modernization, logistics, technical support, training, and sustainment.

29. Primary/Collateral/Watchstanding duties. (Enter primary duty abbreviation in box.)
DIV DIR — Division Director of In-Service Surface Ship Lifecycle Sustainment and Maintenance Analysis-10; SEC-10; Program Manager for Material Reliability Database (MRDB). Leave/travel: 10JUN10-10JUL14.
PFA: 10-2.

| For Mid-term Counseling Use. (When completing FITREP, enter 30 and 31 from counseling worksheet, sign 32.) | 30. Date Counseled 10OCT13 | 31. Counselor RUSSELL, R L | 32. Signature of Individual Counseled [signature] |
|---|---|---|---|

PERFORMANCE TRAITS: 1.0 - Below standards/not progressing or UNSAT in any one standard; 2.0 - Does not yet meet all 3.0 standards; 3.0 - Meets all 3.0 standards; 4.0 - Exceeds most 3.0 standards; 5.0 - Meets overall criteria and most of the specific standards for 5.0. Standards are not all inclusive.

| PERFORMANCE TRAITS | 1.0* Below Standards | 2.0 Progressing | 3.0 Meets Standards | 4.0 Above Standards | 5.0 Greatly Exceeds Standards |
|---|---|---|---|---|---|
| 33. PROFESSIONAL EXPERTISE: Professional knowledge proficiency, and qualifications. NOB | - Lacks basic professional knowledge to perform effectively. - Cannot apply basic skills. - Fails to develop professionally or achieve timely qualifications. | | - Has thorough professional knowledge. - Competently performs both routine and new tasks. - Steadily improves skills, achieves timely qualifications. | | - Recognized expert, sought after to solve difficult problems. - Exceptionally skilled, develops and executes innovative ideas. - Achieves early/highly advanced qualifications. X |
| 34. COMMAND OR ORGANIZATIONAL CLIMATE/EQUAL OPPORTUNITY: Contributing to growth and development, human worth, community. NOB | - Actions counter to Navy's retention/reenlistment goals. - Uninvolved with mentoring or professional development of subordinates. - Actions counter to good order and discipline and negatively affect Command/Organizational climate. - Demonstrates exclusionary behavior. Fails to value differences from cultural diversity. | | - Positive leadership supports Navy's increased retention goals. Active in decreasing attrition. - Actions adequately encourage/support subordinates' personal/professional growth. - Demonstrates appreciation for contributions of Navy personnel. Positive influence on Command climate. - Values differences as strengths. Fosters atmosphere of acceptance/inclusion per EO/EEO policy. | | - Measurably contributes to Navy's increased retention and reduced attrition objectives. - Proactive leader/exemplary mentor. Involved in subordinates' personal development leading to professional growth/sustained commitment. - Initiates support programs for military, civilian, and families to achieve exceptional Command and Organizational climate. - The model of achievement. Develops unit cohesion by valuing differences as strengths. X |
| 35. MILITARY BEARING/CHARACTER Appearance, conduct, physical fitness, adherence to Navy Core Values. NOB | - Consistently unsatisfactory appearance. - Unsatisfactory demeanor or conduct. - Unable to meet one or more physical readiness standards. - Fails to live up to one or more Navy Core Values: HONOR, COURAGE, COMMITMENT. | | - Excellent personal appearance. - Excellent demeanor or conduct. - Complies with physical readiness program. - Always lives up to Navy Core Values: HONOR, COURAGE, COMMITMENT. | | - Exemplary personal appearance. - Exemplary representative of Navy. - A leader in physical readiness. - Exemplifies Navy Core Values: HONOR, COURAGE, COMMITMENT. X |
| 36. TEAMWORK: Contributions towards team building and team results. NOB | - Creates conflict, unwilling to work with others, puts self above team. - Fails to understand team goals or teamwork techniques. - Does not take direction well. | | - Reinforces others' efforts, meets personal commitments to team. - Understands team goals, employs good teamwork techniques. - Accepts and offers team direction. | | - Team builder, inspires cooperation and progress. - Talented mentor, focuses goals and techniques for team. - The best at accepting and offering team direction. X |
| 37. MISSION ACCOMPLISHMENT AND INITIATIVE: Taking initiative, planning/prioritizing, achieving mission. NOB | - Lacks initiative. - Unable to plan or prioritize. - Does not maintain readiness. - Fails to get the job done. | | - Takes initiative to meet goals. - Plans/prioritizes effectively. - Maintains high state of readiness. - Always gets the job done. | | - Develops innovative ways to accomplish mission. - Plans/prioritizes with exceptional skill and foresight. - Maintains superior readiness, even with limited resources. - Gets jobs done earlier and far better than expected. X |

NAVPERS 1610/2 (08-10) FOR OFFICIAL USE ONLY - PRIVACY ACT SENSITIVE

# FITNESS REPORT AND COUNSELING RECORD (W2-O6) (cont 'd)

RCS BUPERS 1610-1

| 1. Name (Last, First MI Suffix) | 2. Grade/Rate | 3. Desig | 4. SSN |
|---|---|---|---|
| CASH, ERIC C | CDR | 1110 | [redacted] |

| PERFORMANCE TRAITS | 1.0* Below Standards | 2.0 Progressing | 3.0 Meets Standards | 4.0 Above Standards | 5.0 Greatly Exceeds Standards |
|---|---|---|---|---|---|
| 38. LEADERSHIP: Organizing, motivating and developing others to accomplish goals. NOB ☐ | - Neglects growth/development or welfare of subordinates.<br>- Fails to organize, creates problems for subordinates.<br>- Does not set or achieve goals relevant to command mission and vision.<br>- Lacks ability to cope with or tolerate stress.<br>- Inadequate communicator.<br>- Tolerates hazards or unsafe practices. ☐ | ☐ | - Effectively stimulates growth/development in subordinates.<br>- Organizes successfully, implementing process improvements and efficiencies.<br>- Sets/achieves useful, realistic goals that support command mission.<br>- Performs well in stressful situations.<br>- Clear, timely communicator.<br>- Ensures safety of personnel and equipment. ☐ | ☐ | - Inspiring motivator and trainer, subordinates reach highest level of growth and development.<br>- Superb organizer, great foresight, develops process improvements and efficiencies.<br>- Leadership achievements dramatically further command mission and vision.<br>- Perseveres through the toughest challenges and inspires others.<br>- Exceptional communicator.<br>- Makes subordinates safety-conscious, maintains top safety record.<br>- Constantly improves the personal and professional lives of others. X |
| 39. TACTICAL PERFORMANCE: (Warfare qualified officers only) Basic and tactical employment of weapons systems. NOB X | - Has difficulty attaining qualification expected for the rank and experience.<br>- Has difficulty in ship(s), aircraft or weapons systems employment. Below others in knowledge and employment.<br>- Warfare skills in specialty are below standards compared to others of same rank and experience. ☐ | ☐ | - Attains qualifications as required and expected.<br>- Capably employs ship(s), aircraft, or weapons systems. Equal to others in warfare knowledge and employment.<br>- Warfare skills in specialty equal to others of same rank and experience. ☐ | ☐ | - Fully qualified at appropriate level for rank and experience.<br>- Innovatively employs ship(s), aircraft, or weapons systems. Well above others in warfare knowledge and employment.<br>- Warfare skills in specialty exceed others of same rank and experience. ☐ |

40. I recommend screening this individual for next career milestone(s) as follows: (maximum of two) Recommendations may be for competitive schools or duty assignments such as: LCPO, DEPT CPO, SEA, CMC, CWO, LDO, Dept Head, XO, OIC, CO, Major Command, War College, PG School.

NAVSEA MAJOR PM | FELLOWSHIP

41. COMMENTS ON PERFORMANCE: * All 1.0 marks, three 2.0 marks, and 2.0 marks in Block 34 must be specifically substantiated in comments. Comments must be verifiable. Font must be 10 or 12 Pitch (10 or 12 Point) only. Use upper and lower case.

***PROMOTE TO CAPTAIN. SELECT FOR MAJOR ACQUISITION PROGRAM MANAGER!***

CDR Cash is exactly the type of leader desired to lead a major acquisition program. One of the best in a budget constrained environment in maximizing resources to improve surface fleet readiness and capability.

- $7M budget Material Reliability Database Program Manager. Oversaw analysis focused on reducing surface ship lifecycle total ownership cost.
- Driving force in improving surface ship readiness. Led and assisted in several studies, securing over $1.5B to improve surface ship readiness for Aegis Ballistic Missile Defense ships and LPD 17 ship class.
- Creative mind behind production of an International Davy award winning strategic communications video highlighting Naval Sea Systems Command's commitment to improving and sustaining high surface ship material readiness.

Selectively detail Eric to positions leading to increased roles and responsibility in surface ship acquisition programs.

| Promotion Recommendation | NOB | Significant Problems | Progressing | Promotable | Must Promote | Early Promote |
|---|---|---|---|---|---|---|
| 42. INDIVIDUAL | | | | | | X |
| 43. SUMMARY | X | 0 | 0 | 0 | 0 | 1 |

44. Reporting Senior Address
Director, Readiness, Surface Warfare (SEA 21A), 1333 Isaac Hull Ave SE, Washington Navy Yard DC 20376-0001

45. Signature of Reporting Senior [signature] Date: 1/10/2012

Member Trait Average: 5.00 Summary Group Average: 5.00

46. Signature of Individual Evaluated. "I have seen this report, been apprised of my performance, and understand my right to make a statement." I intend to submit a statement. ☐ do not intend to submit a statement. ✓

[signature] Date: 1/10/2012

47. Typed name, grade, command, UIC, and signature of Regular Reporting Senior on Concurrent Report

Date:

# FITNESS REPORT & COUNSELING RECORD (W2-06)

RCS BUPERS 1610-1

| | | | | |
|---|---|---|---|---|
| 1. Name (Last, First MI Suffix): CASH, ERIC C | 2. Grade/Rate: CDR | 3. Desig: 1110 | 4. SSN: [redacted] | |
| 5. ACT: X / FTS: / INACT: / AT/ADSW/265: | 6. UIC: 42192 | 7. Ship/Station: SEA 21 WASH DC | 8. Promotion Status: REGULAR | 9. Date Reported: 10JUL15 |
| Occasion for Report: 10. Periodic: X / 11. Detachment of Individual: / 12. Detachment of Reporting Senior: | 13. Special: | Period of Report: 14. From: 10JUN10 | 15. To: 11APR30 | |
| 16. Not Observed Report: | Type of Report: 17. Regular: X / 18. Concurrent: | 19. Ops Cdr: | 20. Physical Readiness: P | 21. Billet Subcategory (if any): NA |
| 22. Reporting Senior (Last, FI MI): RUSSELL, R L | 23. Grade: CAPT | 24. Desig: 1110 | 25. Title: DIRECTOR | 26. UIC: 42192 / 27. SSN: [redacted] |

28. Command employment and command achievements.
SEA-21 manages the life cycle support of all non-nuclear surface ship classes, including modernization, logistics, technical support, training, and sustainment.

29. Primary/Collateral/Watchstanding duties. (Enter primary duty abbreviation in box.)
DIV DIR — Division Director of In-Service Surface Ship Lifecycle Sustainment and Maintenance Analysis-10; SEC-10; Program Manager for Material Reliability Database (MRDB). Leave/travel: 10JUN10-10JUL14.
PFA: 10-2.

| For Mid-term Counseling Use. (When completing FITREP, enter 30 and 31 from counseling worksheet, sign 32.) | 30. Date Counseled | 31. Counselor | 32. Signature of Individual Counseled |
|---|---|---|---|
| | 10OCT13 | RUSSELL, R L | |

PERFORMANCE TRAITS: 1.0 - Below standards/not progressing or UNSAT in any one standard; 2.0 - Does not yet meet all 3.0 standards; 3.0 - Meets all 3.0 standards; 4.0 - Exceeds most 3.0 standards; 5.0 - Meets overall criteria and most of the specific standards for 5.0. Standards are not all inclusive.

| PERFORMANCE TRAITS | 1.0* Below Standards | 2.0 Progressing | 3.0 Meets Standards | 4.0 Above Standards | 5.0 Greatly Exceeds Standards |
|---|---|---|---|---|---|
| 33. PROFESSIONAL EXPERTISE: Professional knowledge proficiency, and qualifications. NOB | -Lacks basic professional knowledge to perform effectively. -Cannot apply basic skills. -Fails to develop professionally or achieve timely qualifications. | | -Has thorough professional knowledge. -Competently performs both routine and new tasks. -Steadily improves skills, achieves timely qualifications. | | -Recognized expert, sought after to solve difficult problems. -Exceptionally skilled, develops and executes innovative ideas. -Achieves early/highly advanced qualifications. X |
| 34. COMMAND OR ORGANIZATIONAL CLIMATE/EQUAL OPPORTUNITY: Contributing to growth and development, human worth, community. NOB | -Actions counter to Navy's retention/reenlistment goals. -Uninvolved with mentoring or professional development of subordinates. -Actions counter to good order and discipline and negatively affect Command/Organizational climate. -Demonstrates exclusionary behavior. Fails to value differences from cultural diversity. | | -Positive leadership supports Navy's increased retention goals. Active in decreasing attrition. -Actions adequately encourage/support subordinates' personal/professional growth. -Demonstrates appreciation for contributions of Navy personnel. Positive influence on Command climate. -Values differences as strengths. Fosters atmosphere of acceptance/inclusion per EO/EEO policy. | | -Measurably contributes to Navy's increased retention and reduced attrition objectives. -Proactive leader/exemplary mentor. Involved in subordinates' personal development leading to professional growth/sustained commitment. -Initiates support programs for military, civilian, and families to achieve exceptional Command and Organizational climate. -The model of achievement. Develops unit cohesion by valuing differences as strengths. X |
| 35. MILITARY BEARING/CHARACTER: Appearance, conduct, physical fitness, adherance to Navy Core Values. NOB | -Consistently unsatisfactory appearance. -Unsatisfactory demeanor or conduct. -Unable to meet one or more physical readiness standards. -Fails to live up to one or more Navy Core Values: HONOR, COURAGE, COMMITMENT. | | -Excellent personal appearance. -Excellent demeanor or conduct. -Complies with physical readiness program. -Always lives up to Navy Core Values: HONOR, COURAGE, COMMITMENT. | | -Exemplary personal appearance. -Exemplary representative of Navy. -A leader in physical readiness. -Exemplifies Navy Core Values: HONOR, COURAGE, COMMITMENT. X |
| 36. TEAMWORK: Contributions towards team building and team results. NOB | -Creates conflict, unwilling to work with others, puts self above team. -Fails to understand team goals or teamwork techniques. -Does not take direction well. | | -Reinforces others' efforts, meets personal commitments to team. -Understands team goals, employs good teamwork techniques. -Accepts and offers team direction. | | -Team builder, inspires cooperation and progress. -Talented mentor, focuses goals and techniques for team. -The best at accepting and offering team direction. X |
| 37. MISSION ACCOMPLISHMENT AND INITIATIVE: Taking initiative, planning/prioritizing, achieving mission. NOB | -Lacks initiative. -Unable to plan or prioritize. -Does not maintain readiness. -Fails to get the job done. | | -Takes initiative to meet goals. -Plans/prioritizes effectively. -Maintains high state of readiness. -Always gets the job done. | | -Develops innovative ways to accomplish mission. -Plans/prioritizes with exceptional skill and foresight. -Maintains superior readiness, even with limited resources. -Gets jobs done earlier and far better than expected. X |

# FITNESS REPORT & COUNSELING RECORD (W2-06)

RCS BUPERS 1610-1

| 1. Name (Last, First MI Suffix) | 2. Grade/Rate | 3. Desig | 4. SSN |
|---|---|---|---|
| CASH, ERIC C | CDR | 1110 | [redacted] |

| 5. ACT | FTS | INACT | AT/ADSW/265 | 6. UIC | 7. Ship/Station | 8. Promotion Status | 9. Date Reported |
|---|---|---|---|---|---|---|---|
| X | | | | 42192 | SEA 21 WASH DC | REGULAR | 10JUL15 |

Occasion for Report: 10. Periodic [X] 11. Detachment of Individual [ ] 12. Detachment of Reporting Senior [ ] 13. Special [ ]

Period of Report: 14. From: 10JUN10 15. To: 11APR30

16. Not Observed Report [ ] Type of Report: 17. Regular [X] 18. Concurrent [ ] 19. Ops Cdr [ ]

20. Physical Readiness: P

21. Billet Subcategory (if any): NA

| 22. Reporting Senior (Last, FI MI) | 23. Grade | 24. Desig | 25. Title | 26. UIC | 27. SSN |
|---|---|---|---|---|---|
| RUSSELL, R L | CAPT | 1110 | DIRECTOR | 42192 | [redacted] |

28. Command employment and command achievements.

SEA-21 manages the life cycle support of all non-nuclear surface ship classes, including modernization, logistics, technical support, training, and sustainment.

29. Primary/Collateral/Watchstanding duties. (Enter primary duty abbreviation in box.)

DIV DIR Division Director of In-Service Surface Ship Lifecycle Sustainment and Maintenance Analysis-10; SEC-10; Program Manager for Material Reliability Database (MRDB). Leave/travel: 10JUN10-10JUL14.
PFA: 10-2.

| For Mid-term Counseling Use. (When completing FITREP, enter 30 and 31 from counseling worksheet, sign 32.) | 30. Date Counseled | 31. Counselor | 32. Signature of Individual Counseled |
|---|---|---|---|
| | 10OCT13 | RUSSELL, R L | |

PERFORMANCE TRAITS: 1.0 - Below standards/not progressing or UNSAT in any one standard; 2.0 - Does not yet meet all 3.0 standards; 3.0 - Meets all 3.0 standards; 4.0 - Exceeds most 3.0 standards; 5.0 - Meets overall criteria and most of the specific standards for 5.0. Standards are not all inclusive.

| PERFORMANCE TRAITS | 1.0* Below Standards | 2.0 Progressing | 3.0 Meets Standards | 4.0 Above Standards | 5.0 Greatly Exceeds Standards |
|---|---|---|---|---|---|
| 33. PROFESSIONAL EXPERTISE: Professional knowledge proficiency, and qualifications. NOB [ ] | - Lacks basic professional knowledge to perform effectively. - Cannot apply basic skills. - Fails to develop professionally or achieve timely qualifications. [ ] | [ ] | - Has thorough professional knowledge. - Competently performs both routine and new tasks. - Steadily improves skills, achieves timely qualifications. [ ] | [ ] | - Recognized expert, sought after to solve difficult problems. - Exceptionally skilled, develops and executes innovative ideas. - Achieves early/highly advanced qualifications. [X] |
| 34. COMMAND OR ORGANIZATIONAL CLIMATE/EQUAL OPPORTUNITY: Contributing to growth and development, human worth, community. NOB [ ] | - Actions counter to Navy's retention/reenlistment goals. - Uninvolved with mentoring or professional development of subordinates. - Actions counter to good order and discipline and negatively affect Command/Organizational climate. - Demonstrates exclusionary behavior. Fails to value differences from cultural diversity. [ ] | [ ] | - Positive leadership supports Navy's increased retention goals. Active in decreasing attrition. - Actions adequately encourage/support subordinates' personal/professional growth. - Demonstrates appreciation for contributions of Navy personnel. Positive influence on Command climate. - Values differences as strengths. Fosters atmosphere of acceptance/inclusion per EO/EEO policy. [ ] | [ ] | - Measurably contributes to Navy's increased retention and reduced attrition objectives. - Proactive leader/exemplary mentor. Involved in subordinates' personal development leading to professional growth/sustained commitment. - Initiates support programs for military, civilian, and families to achieve exceptional Command and Organizational climate. - The model of achievement. Develops unit cohesion by valuing differences as strengths. [X] |
| 35. MILITARY BEARING/CHARACTER: Appearance, conduct, physical fitness, adherance to Navy Core Values. NOB [ ] | - Consistently unsatisfactory appearance. - Unsatisfactory demeanor or conduct. - Unable to meet one or more physical readiness standards. - Fails to live up to one or more Navy Core Values: HONOR, COURAGE, COMMITMENT. [ ] | [ ] | - Excellent personal appearance. - Excellent demeanor or conduct. - Complies with physical readiness program. - Always lives up to Navy Core Values: HONOR, COURAGE, COMMITMENT. [ ] | [ ] | - Exemplary personal appearance. - Exemplary representative of Navy. - A leader in physical readiness. - Exemplifies Navy Core Values: HONOR, COURAGE, COMMITMENT. [X] |
| 36. TEAMWORK: Contributions towards team building and team results. NOB [ ] | - Creates conflict, unwilling to work with others, puts self above team. - Fails to understand team goals or teamwork techniques. - Does not take direction well. [ ] | [ ] | - Reinforces others' efforts, meets personal commitments to team. - Understands team goals, employs good teamwork techniques. - Accepts and offers team direction. [ ] | [ ] | - Team builder, inspires cooperation and progress. - Talented mentor, focuses goals and techniques for team. - The best at accepting and offering team direction. [X] |
| 37. MISSION ACCOMPLISHMENT AND INITIATIVE: Taking initiative, planning/prioritizing, achieving mission NOB [ ] | - Lacks initiative. - Unable to plan or prioritize. - Does not maintain readiness. - Fails to get the job done. [ ] | [ ] | - Takes initiative to meet goals. - Plans/prioritizes effectively. - Maintains high state of readiness. - Always gets the job done. [ ] | [ ] | - Develops innovative ways to accomplish mission. - Plans/prioritizes with exceptional skill and foresight. - Maintains superior readiness, even with limited resources. - Gets jobs done earlier and far better than expected. [X] |

# FITNESS REPORT AND COUNSELING RECORD (W2-O6) (cont 'd)

RCS BUPERS 1610-1

| 1. Name (Last, First MI Suffix) | 2. Grade/Rate | 3. Desig | 4. SSN |
|---|---|---|---|
| CASH, ERIC C | CDR | 1110 | [redacted] |

| PERFORMANCE TRAITS | 1.0* Below Standards | 2.0 Progressing | 3.0 Meets Standards | 4.0 Above Standards | 5.0 Greatly Exceeds Standards |
|---|---|---|---|---|---|
| 38. LEADERSHIP: Organizing, motivating and developing others to accomplish goals. NOB ☐ | - Neglects growth/development or welfare of subordinates.<br>- Fails to organize, creates problems for subordinates.<br>- Does not set or achieve goals relevant to command mission and vision.<br>- Lacks ability to cope with or tolerate stress.<br>- Inadequate communicator.<br>- Tolerates hazards or unsafe practices. ☐ | ☐ | - Effectively stimulates growth/development in subordinates.<br>- Organizes successfully, implementing process improvements and efficiencies.<br>- Sets/achieves useful, realistic goals that support command mission.<br>- Performs well in stressful situations.<br>- Clear, timely communicator.<br>- Ensures safety of personnel and equipment. ☐ | ☐ | - Inspiring motivator and trainer, subordinates reach highest level of growth and development.<br>- Superb organizer, great foresight, develops process improvements and efficiencies.<br>- Leadership achievements dramatically further command mission and vision.<br>- Perseveres through the toughest challenges and inspires others.<br>- Exceptional communicator.<br>- Makes subordinates safety-conscious, maintains top safety record.<br>- Constantly improves the personal and professional lives of others. X |
| 39. TACTICAL PERFORMANCE: (Warfare qualified officers only) Basic and tactical employment of weapons systems. NOB X | - Has difficulty attaining qualification expected for the rank and experience.<br>- Has difficulty in ship(s), aircraft or weapons systems employment. Below others in knowledge and employment.<br>- Warfare skills in specialty are below standards compared to others of same rank and experience. ☐ | ☐ | - Attains qualifications as required and expected.<br>- Capably employs ship(s), aircraft, or weapons systems. Equal to others in warfare knowledge and employment.<br>- Warfare skills in specialty equal to others of same rank and experience. ☐ | ☐ | - Fully qualified at appropriate level for rank and experience.<br>- Innovatively employs ship(s), aircraft, or weapons systems. Well above others in warfare knowledge and employment.<br>- Warfare skills in specialty exceed others of same rank and experience. ☐ |

40. I recommend screening this individual for next career milestone(s) as follows: (maximum of two) Recommendations may be for competitive schools or duty assignments such as: LCPO, DEPT CPO, SEA, CMC, CWO, LDO, Dept Head, XO, OIC, CO, Major Command, War College, PG School.

NAVSEA MAJOR PM | FELLOWSHIP

41. COMMENTS ON PERFORMANCE: * All 1.0 marks, three 2.0 marks, and 2.0 marks in Block 34 must be specifically substantiated in comments. Comments must be verifiable. Font must be 10 or 12 Pitch (10 or 12 Point) only. Use upper and lower case.

***PROMOTE TO CAPTAIN. SELECT FOR MAJOR ACQUISITION PROGRAM MANAGER!***

CDR Cash is exactly the type of leader desired to lead a major acquisition program. One of the best in a budget constrained environment in maximizing resources to improve surface fleet readiness and capability.

- $7M budget Material Reliability Database Program Manager. Oversaw analysis focused on reducing surface ship lifecycle total ownership cost.
- Driving force in improving surface ship readiness. Led and assisted in several studies, securing over $1.5B to improve surface ship readiness for Aegis Ballistic Missile Defense ships and LPD 17 ship class.
- Creative mind behind production of an International Davy award winning strategic communications video highlighting Naval Sea Systems Command's commitment to improving and sustaining high surface ship material readiness.

Selectively detail Eric to positions leading to increased roles and responsibility in surface ship acquisition programs.

| Promotion Recommendation | NOB | Significant Problems | Progressing | Promotable | Must Promote | Early Promote |
|---|---|---|---|---|---|---|
| 42. INDIVIDUAL | | | | | | X |
| 43. SUMMARY | X | 0 | 0 | 0 | 0 | 1 |

44. Reporting Senior Address
Director, Readiness, Surface Warfare (SEA 21A), 1333 Isaac Hull Ave SE, Washington Navy Yard DC 20376-0001

45. Signature of Reporting Senior [signature] Date: 1/10/2012

Member Trait Average: 5.00 Summary Group Average: 5.00

46. Signature of Individual Evaluated. "I have seen this report, been apprised of my performance, and understand my right to make a statement."
I intend to submit a statement. ☐ do not intend to submit a statement. ✓
[signature] Date: 1/10/2012

47. Typed name, grade, command, UIC, and signature of Regular Reporting Senior on Concurrent Report

Date:

# FITNESS REPORT AND COUNSELING RECORD (W2-O6) (cont 'd)

RCS BUPERS 1610-1

| 1. Name (Last, First MI Suffix) | 2. Grade/Rate | 3. Desig | 4. SSN |
|---|---|---|---|
| CASH, ERIC C | CDR | 1110 | [redacted] |

| PERFORMANCE TRAITS | 1.0* Below Standards | 2.0 Progressing | 3.0 Meets Standards | 4.0 Above Standards | 5.0 Greatly Exceeds Standards |
|---|---|---|---|---|---|
| 38. LEADERSHIP: Organizing, motivating and developing others to accomplish goals. NOB [ ] | - Neglects growth/development or welfare of subordinates.<br>- Fails to organize, creates problems for subordinates.<br>- Does not set or achieve goals relevant to command mission and vision.<br>- Lacks ability to cope with or tolerate stress.<br>- Inadequate communicator.<br>- Tolerates hazards or unsafe practices. [ ] | [ ] | - Effectively stimulates growth/development in subordinates.<br>- Organizes successfully, implementing process improvements and efficiencies.<br>- Sets/achieves useful, realistic goals that support command mission.<br>- Performs well in stressful situations.<br>- Clear, timely communicator.<br>- Ensures safety of personnel and equipment. [ ] | [ ] | - Inspiring motivator and trainer, subordinates reach highest level of growth and development.<br>- Superb organizer, great foresight, develops process improvements and efficiencies.<br>- Leadership achievements dramatically further command mission and vision.<br>- Perseveres through the toughest challenges and inspires others.<br>- Exceptional communicator.<br>- Makes subordinates safety-conscious, maintains top safety record.<br>- Constantly improves the personal and professional lives of others. [X] |
| 39. TACTICAL PERFORMANCE: (Warfare qualified officers only) Basic and tactical employment of weapons systems. NOB [X] | - Has difficulty attaining qualification expected for the rank and experience.<br>- Has difficulty in ship(s), aircraft or weapons systems employment. Below others in knowledge and employment.<br>- Warfare skills in specialty are below standards compared to others of same rank and experience. [ ] | [ ] | - Attains qualifications as required and expected.<br>- Capably employs ship(s), aircraft, or weapons systems. Equal to others in warfare knowledge and employment.<br>- Warfare skills in specialty equal to others of same rank and experience. [ ] | [ ] | - Fully qualified at appropriate level for rank and experience.<br>- Innovatively employs ship(s), aircraft, or weapons systems. Well above others in warfare knowledge and employment.<br>- Warfare skills in specialty exceed others of same rank and experience. [ ] |

40. I recommend screening this individual for next career milestone(s) as follows: (maximum of two) Recommendations may be for competitive schools or duty assignments such as: LCPO, DEPT CPO, SEA, CMC, CWO, LDO, Dept Head, XO, OIC, CO, Major Command, War College, PG School. | NAVSEA MAJOR PM | FELLOWSHIP

41. COMMENTS ON PERFORMANCE: * All 1.0 marks, three 2.0 marks, and 2.0 marks in Block 34 must be specifically substantiated in comments. Comments must be verifiable. Font must be 10 or 12 Pitch (10 or 12 Point) only. Use upper and lower case.

***PROMOTE TO CAPTAIN. SELECT FOR MAJOR ACQUISITION PROGRAM MANAGER!***

CDR Cash is exactly the type of leader desired to lead a major acquisition program. One of the best in a budget constrained environment in maximizing resources to improve surface fleet readiness and capability.

- $7M budget Material Reliability Database Program Manager. Oversaw analysis focused on reducing surface ship lifecycle total ownership cost.
- Driving force in improving surface ship readiness. Led and assisted in several studies, securing over $1.5B to improve surface ship readiness for Aegis Ballistic Missile Defense ships and LPD 17 ship class.
- Creative mind behind production of an International Davy award winning strategic communications video highlighting Naval Sea Systems Command's commitment to improving and sustaining high surface ship material readiness.

Selectively detail Eric to positions leading to increased roles and responsibility in surface ship acquisition programs.

| Promotion Recommendation | NOB | Significant Problems | Progressing | Promotable | Must Promote | Early Promote |
|---|---|---|---|---|---|---|
| 42. INDIVIDUAL | | | | | | X |
| 43. SUMMARY | | 0 | 0 | 0 | 0 | 1 |

44. Reporting Senior Address: Director, Readiness, Surface Warfare (SEA 21A), 1333 Isaac Hull Ave SE, Washington Navy Yard DC 20376-0001

45. Signature of Reporting Senior: [signature] Date: 1/10/2012

Member Trait Average: 5.00 Summary Group Average: 5.00

46. Signature of Individual Evaluated. "I have seen this report, been apprised of my performance, and understand my right to make a statement." I intend to submit a statement. [ ] do not intend to submit a statement. [✓]

[signature] Date: 1/10/2012

47. Typed name, grade, command, UIC, and signature of Regular Reporting Senior on Concurrent Report

Date:

NAVPERS 1610/2 (08-10) FOR OFFICIAL USE ONLY - PRIVACY ACT SENSITIVE

# FITNESS REPORT & COUNSELING RECORD (W2-O6)

RCS BUPERS 1610-1

| | | | | |
|---|---|---|---|---|
| 1. Name (Last, First MI Suffix): CASH, ERIC C | 2. Grade/Rate: CDR | 3. Desig: 1110 | 4. SSN: [redacted] | |
| 5. ACT: X / FTS / INACT / AT/ADSW/265 | 6. UIC: 42192 | 7. Ship/Station: SEA 21 WASH DC | 8. Promotion Status: REGULAR | 9. Date Reported: 10JUL15 |
| Occasion for Report: 10. Periodic X / 11. Detachment of Individual / 12. Detachment of Reporting Senior / 13. Special | | Period of Report: 14. From: 12JAN18 | 15. To: 12APR30 | |
| 16. Not Observed Report / Type of Report: 17. Regular X / 18. Concurrent / 19. OpsCdr | | 20. Physical Readiness: P | 21. Billet Subcategory (if any): NA | |
| 22. Reporting Senior (Last, FI MI): GRAHAM, M R | 23. Grade: CAPT | 24. Desig: 1110 | 25. Title: DIRECTOR | 26. UIC: 42192 / 27. SSN: [redacted] |

28. Command employment and command achievements.
SEA 21 manages the life cycle support of all non-nuclear surface ship classes, including modernization, logistics, technical support, training, and sustainment.

29. Primary/Collateral/Watchstanding duties. (Enter primary duty abbreviation in box.)
DIV DIR — Division Director of In-Service Surface Ship Lifecycle Sustainment and Maintenance Analysis-04; Program Manager for Material Reliability Database (MRDB)-04; INSURV Readiness Assist Team (IRAT) Program Manager-04.
PFA: 10-2

| For Mid-term Counseling Use. (When completing FITREP, enter 30 and 31 from counseling worksheet, sign 32.) | 30. Date Counseled | 31. Counselor | 32. Signature of Individual Counseled |
|---|---|---|---|
| | NOT REQ | | |

PERFORMANCE TRAITS: 1.0 - Below standards/not progressing or UNSAT in any one standard; 2.0 - Does not yet meet all 3.0 standards; 3.0 - Meets all 3.0 standards; 4.0 - Exceeds most 3.0 standards; 5.0 - Meets overall criteria and most of the specific standards for 5.0. Standards are not all inclusive.

| PERFORMANCE TRAITS | 1.0* Below Standards | 2.0 Progressing | 3.0 Meets Standards | 4.0 Above Standards | 5.0 Greatly Exceeds Standards |
|---|---|---|---|---|---|
| 33. PROFESSIONAL EXPERTISE: Professional knowledge proficiency, and qualifications. NOB [ ] | -Lacks basic professional knowledge to perform effectively. -Cannot apply basic skills. -Fails to develop professionally or achieve timely qualifications. [ ] | - - - [ ] | -Has thorough professional knowledge. -Competently performs both routine and new tasks. -Steadily improves skills, achieves timely qualifications. [ ] | - - - [ ] | -Recognized expert, sought after to solve difficult problems. -Exceptionally skilled, develops and executes innovative ideas. -Achieves early/highly advanced qualifications. [X] |
| 34. COMMAND OR ORGANIZATIONAL CLIMATE/EQUAL OPPORTUNITY: Contributing to growth and development, human worth, community. NOB [ ] | -Actions counter to Navy's retention/reenlistment goals. -Uninvolved with mentoring or professional development of subordinates. -Actions counter to good order and discipline and negatively affect Command/Organizational climate. -Demonstrates exclusionary behavior. Fails to value differences from cultural diversity. [ ] | - - - - [ ] | -Positive leadership supports Navy's increased retention goals. Active in decreasing attrition. -Actions adequately encourage/support subordinates' personal/professional growth. -Demonstrates appreciation for contributions of Navy personnel. Positive influence on Command climate. -Values differences as strengths. Fosters atmosphere of acceptance/inclusion per EO/EEO policy. [ ] | - - - - [ ] | -Measurably contributes to Navy's increased retention and reduced attrition objectives. -Proactive leader/exemplary mentor. Involved in subordinates' personal development leading to professional growth/sustained commitment. -Initiates support programs for military, civilian, and families to achieve exceptional Command and Organizational climate. -The model of achievement. Develops unit cohesion by valuing differences as strengths. [X] |
| 35. MILITARY BEARING/CHARACTER: Appearance, conduct physical fitness, adherance to Navy Core Values. NOB [ ] | -Consistently unsatisfactory appearance. -Unsatisfactory demeanor or conduct. -Unable to meet one or more physical readiness standards. -Fails to live up to one or more Navy Core Values: HONOR, COURAGE, COMMITMENT. [ ] | - - - - [ ] | -Excellent personal appearance. -Excellent demeanor or conduct. -Complies with physical readiness program. -Always lives up to Navy Core Values: HONOR, COURAGE, COMMITMENT. [ ] | - - - - [ ] | -Exemplary personal appearance. -Exemplary representative of Navy. -A leader in physical readiness. -Exemplifies Navy Core Values: HONOR, COURAGE, COMMITMENT. [X] |
| 36. TEAMWORK: Contributions toward team building and team results. NOB [ ] | -Creates conflict, unwilling to work with others, puts self above team. -Fails to understand team goals or teamwork techniques. -Does not take direction well. [ ] | - - - [ ] | -Reinforces others' efforts, meets personal commitments to team. -Understands team goals, employs good teamwork techniques. -Accepts and offers team direction. [ ] | - - - [ ] | -Team builder, inspires cooperation and progress. -Talented mentor, focuses goals and techniques for team. -The best at accepting and offering team direction. [X] |
| 37. MISSION ACCOMPLISHMENT AND INITIATIVE: Taking initiative, planning/prioritizing, achieving mission. NOB [ ] | -Lacks initiative. -Unable to plan or prioritize. -Does not maintain readiness. -Fails to get the job done. [ ] | - - - - [ ] | -Takes initiative to meet goals. -Plans/prioritizes effectively. -Maintains high state of readiness. -Always gets the job done. [ ] | - - - - [ ] | -Develops innovative ways to accomplish mission. -Plans/prioritizes with exceptional skill and foresight. -Maintains superior readiness, even with limited resources. -Gets jobs done earlier and far better than expected. [X] |

NAVPERS 1610/2 (11-11) FOR OFFICIAL USE ONLY - PRIVACY ACT SENSITIVE

# FITNESS REPORT & COUNSELING RECORD (W2-O6)

RCS BUPERS 1610-1

| 1. Name (Last, First MI Suffix) | 2. Grade/Rate | 3. Desig | 4. SSN |
|---|---|---|---|
| CASH, ERIC C | CDR | 1110 | [redacted] |

| 5. ACT | FTS | INACT | AT/ADSW/ 265 | 6. UIC | 7. Ship/Station | 8. Promotion Status | 9. Date Reported |
|---|---|---|---|---|---|---|---|
| X | | | | 42192 | SEA 21 WASH DC | REGULAR | 10JUL15 |

Occasion for Report: 10. Periodic [X] 11. Detachment of Individual [ ] 12. Detachment of Reporting Senior [ ] 13. Special [ ]

Period of Report: 14. From: 12JAN18 15. To: 12APR30

16. Not Observed Report [ ]

Type of Report: 17. Regular [X] 18. Concurrent [ ] 19. OpsCdr [ ]

20. Physical Readiness: P

21. Billet Subcategory (if any): NA

| 22. Reporting Senior (Last, FI MI) | 23. Grade | 24. Desig | 25. Title | 26. UIC | 27. SSN |
|---|---|---|---|---|---|
| GRAHAM, M R | CAPT | 1110 | DIRECTOR | 42192 | [redacted] |

28. Command employment and command achievements.

SEA 21 manages the life cycle support of all non-nuclear surface ship classes, including modernization, logistics, technical support, training, and sustainment.

29. Primary/Collateral/Watchstanding duties. (Enter primary duty abbreviation in box.)

DIV DIR Division Director of In-Service Surface Ship Lifecycle Sustainment and Maintenance Analysis-04; Program Manager for Material Reliability Database (MRDB)-04; INSURV Readiness Assist Team (IRAT) Program Manager-04.
PFA: 10-2

| For Mid-term Counseling Use. (When completing FITREP, enter 30 and 31 from counseling worksheet, sign 32.) | 30. Date Counseled | 31. Counselor | 32. Signature of Individual Counseled |
|---|---|---|---|
| | NOT REQ | | |

PERFORMANCE TRAITS: 1.0 - Below standards/not progressing or UNSAT in any one standard; 2.0 - Does not yet meet all 3.0 standards; 3.0 - Meets all 3.0 standards; 4.0 - Exceeds most 3.0 standards; 5.0 - Meets overall criteria and most of the specific standards for 5.0. Standards are not all inclusive.

| PERFORMANCE TRAITS | 1.0* Below Standards | 2.0 Pro-gressing | 3.0 Meets Standards | 4.0 Above Standards | 5.0 Greatly Exceeds Standards |
|---|---|---|---|---|---|
| 33. PROFESSIONAL EXPERTISE: Professional knowledge proficiency, and qualifications. NOB [ ] | -Lacks basic professional knowledge to perform effectively. -Cannot apply basic skills. -Fails to develop professionally or achieve timely qualifications. [ ] | [ ] | -Has thorough professional knowledge. -Competently performs both routine and new tasks. -Steadily improves skills, achieves timely qualifications. [ ] | [ ] | -Recognized expert, sought after to solve difficult problems. -Exceptionally skilled, develops and executes innovative ideas. -Achieves early/highly advanced qualifications. [X] |
| 34. COMMAND OR ORGANIZATIONAL CLIMATE/EQUAL OPPORTUNITY: Contributing to growth and development, human worth, community. NOB [ ] | -Actions counter to Navy's retention/reenlistment goals. -Uninvolved with mentoring or professional development of subordinates. -Actions counter to good order and discipline and negatively affect Command/Organizational climate. -Demonstrates exclusionary behavior. Fails to value differences from cultural diversity. [ ] | [ ] | -Positive leadership supports Navy's increased retention goals. Active in decreasing attrition. -Actions adequately encourage/support subordinates' personal/professional growth. -Demonstrates appreciation for contributions of Navy personnel. Positive influence on Command climate. -Values differences as strengths. Fosters atmosphere of acceptance/inclusion per EO/EEO policy. [ ] | [ ] | -Measurably contributes to Navy's increased retention and reduced attrition objectives. -Proactive leader/exemplary mentor. Involved in subordinates' personal development leading to professional growth/sustained commitment. -Initiates support programs for military, civilian, and families to achieve exceptional Command and Organizational climate. -The model of achievement. Develops unit cohesion by valuing differences as strengths. [X] |
| 35. MILITARY BEARING/ CHARACTER: Appearance, conduct, physical fitness, adherance to Navy Core Values. NOB [ ] | -Consistently unsatisfactory appearance. -Unsatisfactory demeanor or conduct. -Unable to meet one or more physical readiness standards. -Fails to live up to one or more Navy Core Values: HONOR, COURAGE, COMMITMENT. [ ] | [ ] | -Excellent personal appearance. -Excellent demeanor or conduct. -Complies with physical readiness program. -Always lives up to Navy Core Values: HONOR, COURAGE, COMMITMENT. [ ] | [ ] | -Exemplary personal appearance. -Exemplary representative of Navy. -A leader in physical readiness. -Exemplifies Navy Core Values: HONOR, COURAGE, COMMITMENT. [X] |
| 36. TEAMWORK: Contributions toward team building and team results. NOB [ ] | -Creates conflict, unwilling to work with others, puts self above team. -Fails to understand team goals or teamwork techniques. -Does not take direction well. [ ] | [ ] | -Reinforces others' efforts, meets personal commitments to team. -Understands team goals, employs good teamwork techniques. -Accepts and offers team direction. [ ] | [ ] | -Team builder, inspires cooperation and progress. -Talented mentor, focuses goals and techniques for team. -The best at accepting and offering team direction. [X] |
| 37. MISSION ACCOMPLISHMENT AND INITIATIVE: Taking initiative, planning/prioritizing, achieving mission. NOB [ ] | -Lacks initiative. -Unable to plan or prioritize. -Does not maintain readiness. -Fails to get the job done. [ ] | [ ] | -Takes initiative to meet goals. -Plans/prioritizes effectively. -Maintains high state of readiness. -Always gets the job done. [ ] | [ ] | -Develops innovative ways to accomplish mission. -Plans/prioritizes with exceptional skill and foresight. -Maintains superior readiness, even with limited resources. -Gets jobs done earlier and far better than expected. [X] |

NAVPERS 1610/2 (11-11) FOR OFFICIAL USE ONLY - PRIVACY ACT SENSITIVE

# FITNESS REPORT & COUNSELING RECORD (W2-O6)

RCS BUPERS 1610-1

| 1. Name (Last, First MI Suffix) | 2. Grade/Rate | 3. Desig | 4. SSN |
|---|---|---|---|
| CASH, ERIC C | CDR | 1110 | [redacted] |

| 5. ACT | FTS | INACT | AT/ADSW/ 265 | 6. UIC | 7. Ship/Station | 8. Promotion Status | 9. Date Reported |
|---|---|---|---|---|---|---|---|
| X | | | | 42192 | SEA 21 WASH DC | REGULAR | 10JUL15 |

Occasion for Report: 10. Periodic [X] 11. Detachment of Individual [ ] 12. Detachment of Reporting Senior [ ] 13. Special [ ]

Period of Report: 14. From: 12JAN18 15. To: 12APR30

16. Not Observed Report [ ] Type of Report: 17. Regular [X] 18. Concurrent [ ] 19. OpsCdr [ ]

20. Physical Readiness: P

21. Billet Subcategory (if any): NA

| 22. Reporting Senior (Last, FI MI) | 23. Grade | 24. Desig | 25. Title | 26. UIC | 27. SSN |
|---|---|---|---|---|---|
| GRAHAM, M R | CAPT | 1110 | DIRECTOR | 42192 | [redacted] |

28. Command employment and command achievements.
SEA 21 manages the life cycle support of all non-nuclear surface ship classes, including modernization, logistics, technical support, training, and sustainment.

29. Primary/Collateral/Watchstanding duties. (Enter primary duty abbreviation in box.)
DIV DIR Division Director of In-Service Surface Ship Lifecycle Sustainment and Maintenance Analysis-04; Program Manager for Material Reliability Database (MRDB)-04; INSURV Readiness Assist Team (IRAT) Program Manager-04.
PFA: 10-2

| For Mid-term Counseling Use. (When completing FITREP, enter 30 and 31 from counseling worksheet, sign 32.) | 30. Date Counseled | 31. Counselor | 32. Signature of Individual Counseled |
|---|---|---|---|
| | NOT REQ | | |

PERFORMANCE TRAITS: 1.0 - Below standards/not progressing or UNSAT in any one standard; 2.0 - Does not yet meet all 3.0 standards; 3.0 - Meets all 3.0 standards; 4.0 - Exceeds most 3.0 standards; 5.0 - Meets overall criteria and most of the specific standards for 5.0. Standards are not all inclusive.

| PERFORMANCE TRAITS | NOB | 1.0* Below Standards | 2.0 Progressing | 3.0 Meets Standards | 4.0 Above Standards | 5.0 Greatly Exceeds Standards |
|---|---|---|---|---|---|---|
| 33. PROFESSIONAL EXPERTISE: Professional knowledge proficiency, and qualifications. | | -Lacks basic professional knowledge to perform effectively. -Cannot apply basic skills. -Fails to develop professionally or achieve timely qualifications. | | -Has thorough professional knowledge. -Competently performs both routine and new tasks. -Steadily improves skills, achieves timely qualifications. | | -Recognized expert, sought after to solve difficult problems. -Exceptionally skilled, develops and executes innovative ideas. -Achieves early/highly advanced qualifications. X |
| 34. COMMAND OR ORGANIZATIONAL CLIMATE/EQUAL OPPORTUNITY: Contributing to growth and development, human worth, community. | | -Actions counter to Navy's retention/reenlistment goals. -Uninvolved with mentoring or professional development of subordinates. -Actions counter to good order and discipline and negatively affect Command/Organizational climate. -Demonstrates exclusionary behavior. Fails to value differences from cultural diversity. | | -Positive leadership supports Navy's increased retention goals. Active in decreasing attrition. -Actions adequately encourage/support subordinates' personal/professional growth. -Demonstrates appreciation for contributions of Navy personnel. Positive influence on Command climate. -Values differences as strengths. Fosters atmosphere of acceptance/inclusion per EO/EEO policy. | | -Measurably contributes to Navy's increased retention and reduced attrition objectives. -Proactive leader/exemplary mentor. Involved in subordinates' personal development leading to professional growth/sustained commitment. -Initiates support programs for military, civilian, and families to achieve exceptional Command and Organizational climate. -The model of achievement. Develops unit cohesion by valuing differences as strengths. X |
| 35. MILITARY BEARING/CHARACTER: Appearance, conduct physical fitness, adherence to Navy Core Values. | | -Consistently unsatisfactory appearance. -Unsatisfactory demeanor or conduct. -Unable to meet one or more physical readiness standards. -Fails to live up to one or more Navy Core Values: HONOR, COURAGE, COMMITMENT. | | -Excellent personal appearance. -Excellent demeanor or conduct. -Complies with physical readiness program. -Always lives up to Navy Core Values: HONOR, COURAGE, COMMITMENT. | | -Exemplary personal appearance. -Exemplary representative of Navy. -A leader in physical readiness. -Exemplifies Navy Core Values: HONOR, COURAGE, COMMITMENT. X |
| 36. TEAMWORK: Contributions toward team building and team results. | | -Creates conflict, unwilling to work with others, puts self above team. -Fails to understand team goals or teamwork techniques. -Does not take direction well. | | -Reinforces others' efforts, meets personal commitments to team. -Understands team goals, employs good teamwork techniques. -Accepts and offers team direction. | | -Team builder, inspires cooperation and progress. -Talented mentor, focuses goals and techniques for team. -The best at accepting and offering team direction. X |
| 37. MISSION ACCOMPLISHMENT AND INITIATIVE: Taking initiative, planning/prioritizing, achieving mission. | | -Lacks initiative. -Unable to plan or prioritize. -Does not maintain readiness. -Fails to get the job done. | | -Takes initiative to meet goals. -Plans/prioritizes effectively. -Maintains high state of readiness. -Always gets the job done. | | -Develops innovative ways to accomplish mission. -Plans/prioritizes with exceptional skill and foresight. -Maintains superior readiness, even with limited resources. -Gets jobs done earlier and far better than expected. X |

# FITNESS REPORT & COUNSELING RECORD (W2-O6)

RCS BUPERS 1610-1

| | | | | |
|---|---|---|---|---|
| 1. Name (Last, First MI Suffix) CASH, ERIC C | 2. Grade/Rate CDR | 3. Desig 1110 | 4. SSN [redacted] | |
| 5. ACT [X] FTS [ ] INACT [ ] AT/ADSW/265 [ ] | 6. UIC 42192 | 7. Ship/Station SEA 21 WASH DC | 8. Promotion Status REGULAR | 9. Date Reported 10JUL15 |
| Occasion for Report: 10. Periodic [X] 11. Detachment of Individual [ ] 12. Detachment of Reporting Senior [ ] 13. Special [ ] | | Period of Report 14. From: 12JAN18 15. To: 12APR30 | | |
| 16. Not Observed Report [ ] | Type of Report 17. Regular [X] 18. Concurrent [ ] 19. OpsCdr [ ] | 20. Physical Readiness P | 21. Billet Subcategory (if any) NA | |
| 22. Reporting Senior (Last, FI MI) GRAHAM, M R | 23. Grade CAPT | 24. Desig 1110 | 25. Title DIRECTOR | 26. UIC 42192 / 27. SSN [redacted] |

28. Command employment and command achievements.
SEA 21 manages the life cycle support of all non-nuclear surface ship classes, including modernization, logistics, technical support, training, and sustainment.

29. Primary/Collateral/Watchstanding duties. (Enter primary duty abbreviation in box.)
DIV DIR Division Director of In-Service Surface Ship Lifecycle Sustainment and Maintenance Analysis-04; Program Manager for Material Reliability Database (MRDB)-04; INSURV Readiness Assist Team (IRAT) Program Manager-04.
PFA: 10-2

| For Mid-term Counseling Use. (When completing FITREP, enter 30 and 31 from counseling worksheet, sign 32.) | 30. Date Counseled NOT REQ | 31. Counselor | 32. Signature of Individual Counseled |
|---|---|---|---|

PERFORMANCE TRAITS: 1.0 - Below standards/not progressing or UNSAT in any one standard; 2.0 - Does not yet meet all 3.0 standards; 3.0 - Meets all 3.0 standards; 4.0 - Exceeds most 3.0 standards; 5.0 - Meets overall criteria and most of the specific standards for 5.0. Standards are not all inclusive.

| PERFORMANCE TRAITS | 1.0* Below Standards | 2.0 Progressing | 3.0 Meets Standards | 4.0 Above Standards | 5.0 Greatly Exceeds Standards |
|---|---|---|---|---|---|
| 33. PROFESSIONAL EXPERTISE: Professional knowledge proficiency, and qualifications. NOB [ ] | -Lacks basic professional knowledge to perform effectively. -Cannot apply basic skills. -Fails to develop professionally or achieve timely qualifications. [ ] | [ ] | -Has thorough professional knowledge. -Competently performs both routine and new tasks. -Steadily improves skills, achieves timely qualifications. [ ] | [ ] | -Recognized expert, sought after to solve difficult problems. -Exceptionally skilled, develops and executes innovative ideas. -Achieves early/highly advanced qualifications. [X] |
| 34. COMMAND OR ORGANIZATIONAL CLIMATE/EQUAL OPPORTUNITY: Contributing to growth and development, human worth, community. NOB [ ] | -Actions counter to Navy's retention/reenlistment goals. -Uninvolved with mentoring or professional development of subordinates. -Actions counter to good order and discipline and negatively affect Command/Organizational climate. -Demonstrates exclusionary behavior. Fails to value differences from cultural diversity. [ ] | [ ] | -Positive leadership supports Navy's increased retention goals. Active in decreasing attrition. -Actions adequately encourage/support subordinates' personal/professional growth. -Demonstrates appreciation for contributions of Navy personnel. Positive influence on Command climate. -Values differences as strengths. Fosters atmosphere of acceptance/inclusion per EO/EEO policy. [ ] | [ ] | -Measurably contributes to Navy's increased retention and reduced attrition objectives. -Proactive leader/exemplary mentor. Involved in subordinates' personal development leading to professional growth/sustained commitment. -Initiates support programs for military, civilian, and families to achieve exceptional Command and Organizational climate. -The model of achievement. Develops unit cohesion by valuing differences as strengths. [X] |
| 35. MILITARY BEARING/CHARACTER: Appearance, conduct physical fitness, adherence to Navy Core Values. NOB [ ] | -Consistently unsatisfactory appearance. -Unsatisfactory demeanor or conduct. -Unable to meet one or more physical readiness standards. -Fails to live up to one or more Navy Core Values: HONOR, COURAGE, COMMITMENT. [ ] | [ ] | -Excellent personal appearance. -Excellent demeanor or conduct. -Complies with physical readiness program. -Always lives up to Navy Core Values: HONOR, COURAGE, COMMITMENT. [ ] | [ ] | -Exemplary personal appearance. -Exemplary representative of Navy. -A leader in physical readiness. -Exemplifies Navy Core Values: HONOR, COURAGE, COMMITMENT. [X] |
| 36. TEAMWORK: Contributions toward team building and team results. NOB [ ] | -Creates conflict, unwilling to work with others, puts self above team. -Fails to understand team goals or teamwork techniques. -Does not take direction well. [ ] | [ ] | -Reinforces others' efforts, meets personal commitments to team. -Understands team goals, employs good teamwork techniques. -Accepts and offers team direction. [ ] | [ ] | -Team builder, inspires cooperation and progress. -Talented mentor, focuses goals and techniques for team. -The best at accepting and offering team direction. [X] |
| 37. MISSION ACCOMPLISHMENT AND INITIATIVE: Taking initiative, planning/prioritizing, achieving mission. NOB [ ] | -Lacks initiative. -Unable to plan or prioritize. -Does not maintain readiness. -Fails to get the job done. [ ] | [ ] | -Takes initiative to meet goals. -Plans/prioritizes effectively. -Maintains high state of readiness. -Always gets the job done. [ ] | [ ] | -Develops innovative ways to accomplish mission. -Plans/prioritizes with exceptional skill and foresight. -Maintains superior readiness, even with limited resources. -Gets jobs done earlier and far better than expected. [X] |

NAVPERS 1610/2 (11-11) FOR OFFICIAL USE ONLY - PRIVACY ACT SENSITIVE

# FITNESS REPORT & COUNSELING RECORD (W2-O6)

RCS BUPERS 1610-1

| | | | |
|---|---|---|---|
| 1. Name (Last, First MI Suffix) CASH, ERIC C | 2. Grade/Rate CDR | 3. Desig 1110 | 4. SSN [redacted] |
| 5. ACT [X] FTS [ ] INACT [ ] AT/ADSW/265 [ ] | 6. UIC 42192 | 7. Ship/Station SEA 21 WASH DC | 8. Promotion Status REGULAR / 9. Date Reported 10JUL15 |
| Occasion for Report: 10. Periodic [X] 11. Detachment of Individual [ ] 12. Detachment of Reporting Senior [ ] 13. Special [ ] | | Period of Report 14. From: 12JAN18 | 15. To: 12APR30 |
| 16. Not Observed Report [ ] | Type of Report 17. Regular [X] 18. Concurrent [ ] 19. OpsCdr [ ] | 20. Physical Readiness P | 21. Billet Subcategory (if any) NA |
| 22. Reporting Senior (Last, FI MI) GRAHAM, M R | 23. Grade CAPT / 24. Desig 1110 | 25. Title DIRECTOR / 26. UIC 42192 | 27. SSN [redacted] |

28. Command employment and command achievements.
SEA 21 manages the life cycle support of all non-nuclear surface ship classes, including modernization, logistics, technical support, training, and sustainment.

29. Primary/Collateral/Watchstanding duties. (Enter primary duty abbreviation in box.)
DIV DIR Division Director of In-Service Surface Ship Lifecycle Sustainment and Maintenance Analysis-04; Program Manager for Material Reliability Database (MRDB)-04; INSURV Readiness Assist Team (IRAT) Program Manager-04.
PFA: 10-2

| For Mid-term Counseling Use. (When completing FITREP, enter 30 and 31 from counseling worksheet, sign 32.) | 30. Date Counseled | 31. Counselor | 32. Signature of Individual Counseled |
|---|---|---|---|
| | NOT REQ | | |

PERFORMANCE TRAITS: 1.0 - Below standards/not progressing or UNSAT in any one standard; 2.0 - Does not yet meet all 3.0 standards; 3.0 - Meets all 3.0 standards; 4.0 - Exceeds most 3.0 standards; 5.0 - Meets overall criteria and most of the specific standards for 5.0. Standards are not all inclusive.

| PERFORMANCE TRAITS | 1.0* Below Standards | 2.0 Progressing | 3.0 Meets Standards | 4.0 Above Standards | 5.0 Greatly Exceeds Standards |
|---|---|---|---|---|---|
| 33. PROFESSIONAL EXPERTISE: Professional knowledge proficiency, and qualifications. NOB [ ] | -Lacks basic professional knowledge to perform effectively. -Cannot apply basic skills. -Fails to develop professionally or achieve timely qualifications. [ ] | [ ] | -Has thorough professional knowledge. -Competently performs both routine and new tasks. -Steadily improves skills, achieves timely qualifications. [ ] | [ ] | -Recognized expert, sought after to solve difficult problems. -Exceptionally skilled, develops and executes innovative ideas. -Achieves early/highly advanced qualifications. [X] |
| 34. COMMAND OR ORGANIZATIONAL CLIMATE/EQUAL OPPORTUNITY: Contributing to growth and development, human worth, community. NOB [ ] | -Actions counter to Navy's retention/reenlistment goals. -Uninvolved with mentoring or professional development of subordinates. -Actions counter to good order and discipline and negatively affect Command/Organizational climate. -Demonstrates exclusionary behavior. Fails to value differences from cultural diversity. [ ] | [ ] | -Positive leadership supports Navy's increased retention goals. Active in decreasing attrition. -Actions adequately encourage/support subordinates' personal/professional growth. -Demonstrates appreciation for contributions of Navy personnel. Positive influence on Command climate. -Values differences as strengths. Fosters atmosphere of acceptance/inclusion per EO/EEO policy. [ ] | [ ] | -Measurably contributes to Navy's increased retention and reduced attrition objectives. -Proactive leader/exemplary mentor. Involved in subordinates' personal development leading to professional growth/sustained commitment. -Initiates support programs for military, civilian, and families to achieve exceptional Command and Organizational climate. -The model of achievement. Develops unit cohesion by valuing differences as strengths. [X] |
| 35. MILITARY BEARING/CHARACTER: Appearance, conduct physical fitness, adherance to Navy Core Values. NOB [ ] | -Consistently unsatisfactory appearance. -Unsatisfactory demeanor or conduct. -Unable to meet one or more physical readiness standards. -Fails to live up to one or more Navy Core Values: HONOR, COURAGE, COMMITMENT. [ ] | [ ] | -Excellent personal appearance. -Excellent demeanor or conduct. -Complies with physical readiness program. -Always lives up to Navy Core Values: HONOR, COURAGE, COMMITMENT. [ ] | [ ] | -Exemplary personal appearance. -Exemplary representative of Navy. -A leader in physical readiness. -Exemplifies Navy Core Values: HONOR, COURAGE, COMMITMENT. [X] |
| 36. TEAMWORK: Contributions toward team building and team results. NOB [ ] | -Creates conflict, unwilling to work with others, puts self above team. -Fails to understand team goals or teamwork techniques. -Does not take direction well. [ ] | [ ] | -Reinforces others' efforts, meets personal commitments to team. -Understands team goals, employs good teamwork techniques. -Accepts and offers team direction. [ ] | [ ] | -Team builder, inspires cooperation and progress. -Talented mentor, focuses goals and techniques for team. -The best at accepting and offering team direction. [X] |
| 37. MISSION ACCOMPLISHMENT AND INITIATIVE: Taking initiative, planning/prioritizing, achieving mission NOB [ ] | -Lacks initiative. -Unable to plan or prioritize. -Does not maintain readiness. -Fails to get the job done. [ ] | [ ] | -Takes initiative to meet goals. -Plans/prioritizes effectively. -Maintains high state of readiness. -Always gets the job done. [ ] | [ ] | -Develops innovative ways to accomplish mission. -Plans/prioritizes with exceptional skill and foresight. -Maintains superior readiness, even with limited resources. -Gets jobs done earlier and far better than expected. [X] |

NAVPERS 1610/2 (11-11) FOR OFFICIAL USE ONLY - PRIVACY ACT SENSITIVE

# FITNESS REPORT & COUNSELING RECORD (W2-O6)

RCS BUPERS 1610-1

| | | | | |
|---|---|---|---|---|
| 1. Name (Last, First MI Suffix) CASH, ERIC C | 2. Grade/Rate CDR | 3. Desig 1110 | 4. SSN [redacted] | |
| 5. ACT [X] FTS [ ] INACT [ ] AT/ADSW/265 [ ] | 6. UIC 42192 | 7. Ship/Station SEA 21 WASH DC | 8. Promotion Status REGULAR | 9. Date Reported 10JUL15 |
| Occasion for Report: 10. Periodic [X] 11. Detachment of Individual [ ] 12. Detachment of Reporting Senior [ ] 13. Special [ ] | | Period of Report: 14. From: 12JAN18 | 15. To: 12APR30 | |
| 16. Not Observed Report [ ] | Type of Report: 17. Regular [X] 18. Concurrent [ ] 19. OpsCdr [ ] | 20. Physical Readiness P | 21. Billet Subcategory (if any) NA | |
| 22. Reporting Senior (Last, FI MI) GRAHAM, M R | 23. Grade CAPT | 24. Desig 1110 | 25. Title DIRECTOR | 26. UIC 42192 / 27. SSN [redacted] |

28. Command employment and command achievements.
SEA 21 manages the life cycle support of all non-nuclear surface ship classes, including modernization, logistics, technical support, training, and sustainment.

29. Primary/Collateral/Watchstanding duties. (Enter primary duty abbreviation in box.)
DIV DIR — Division Director of In-Service Surface Ship Lifecycle Sustainment and Maintenance Analysis-04; Program Manager for Material Reliability Database (MRDB)-04; INSURV Readiness Assist Team (IRAT) Program Manager-04.
PFA: 10-2

| For Mid-term Counseling Use. (When completing FITREP, enter 30 and 31 from counseling worksheet, sign 32.) | 30. Date Counseled | 31. Counselor | 32. Signature of Individual Counseled |
|---|---|---|---|
| | NOT REQ | | |

PERFORMANCE TRAITS: 1.0 - Below standards/not progressing or UNSAT in any one standard; 2.0 - Does not yet meet all 3.0 standards; 3.0 - Meets all 3.0 standards; 4.0 - Exceeds most 3.0 standards; 5.0 - Meets overall criteria and most of the specific standards for 5.0. Standards are not all inclusive.

| PERFORMANCE TRAITS | 1.0* Below Standards | 2.0 Progressing | 3.0 Meets Standards | 4.0 Above Standards | 5.0 Greatly Exceeds Standards |
|---|---|---|---|---|---|
| 33. PROFESSIONAL EXPERTISE: Professional knowledge proficiency, and qualifications. NOB [ ] | -Lacks basic professional knowledge to perform effectively. -Cannot apply basic skills. -Fails to develop professionally or achieve timely qualifications. [ ] | [ ] | -Has thorough professional knowledge. -Competently performs both routine and new tasks. -Steadily improves skills, achieves timely qualifications. [ ] | [ ] | -Recognized expert, sought after to solve difficult problems. -Exceptionally skilled, develops and executes innovative ideas. -Achieves early/highly advanced qualifications. [X] |
| 34. COMMAND OR ORGANIZATIONAL CLIMATE/EQUAL OPPORTUNITY: Contributing to growth and development, human worth, community. NOB [ ] | -Actions counter to Navy's retention/reenlistment goals. -Uninvolved with mentoring or professional development of subordinates. -Actions counter to good order and discipline and negatively affect Command/Organizational climate. -Demonstrates exclusionary behavior. Fails to value differences from cultural diversity. [ ] | [ ] | -Positive leadership supports Navy's increased retention goals. Active in decreasing attrition. -Actions adequately encourage/support subordinates' personal/professional growth. -Demonstrates appreciation for contributions of Navy personnel. Positive influence on Command climate. -Values differences as strengths. Fosters atmosphere of acceptance/inclusion per EO/EEO policy. [ ] | [ ] | -Measurably contributes to Navy's increased retention and reduced attrition objectives. -Proactive leader/exemplary mentor. Involved in subordinates' personal development leading to professional growth/sustained commitment. -Initiates support programs for military, civilian, and families to achieve exceptional Command and Organizational climate. -The model of achievement. Develops unit cohesion by valuing differences as strengths. [X] |
| 35. MILITARY BEARING/CHARACTER: Appearance, conduct physical fitness, adherence to Navy Core Values. NOB [ ] | -Consistently unsatisfactory appearance. -Unsatisfactory demeanor or conduct. -Unable to meet one or more physical readiness standards. -Fails to live up to one or more Navy Core Values: HONOR, COURAGE, COMMITMENT. [ ] | [ ] | -Excellent personal appearance. -Excellent demeanor or conduct. -Complies with physical readiness program. -Always lives up to Navy Core Values: HONOR, COURAGE, COMMITMENT. [ ] | [ ] | -Exemplary personal appearance. -Exemplary representative of Navy. -A leader in physical readiness. -Exemplifies Navy Core Values: HONOR, COURAGE, COMMITMENT. [X] |
| 36. TEAMWORK: Contributions toward team building and team results. NOB [ ] | -Creates conflict, unwilling to work with others, puts self above team. -Fails to understand team goals or teamwork techniques. -Does not take direction well. [ ] | [ ] | -Reinforces others' efforts, meets personal commitments to team. -Understands team goals, employs good teamwork techniques. -Accepts and offers team direction. [ ] | [ ] | -Team builder, inspires cooperation and progress. -Talented mentor, focuses goals and techniques for team. -The best at accepting and offering team direction. [X] |
| 37. MISSION ACCOMPLISHMENT AND INITIATIVE: Taking initiative, planning/prioritizing, achieving mission. NOB [ ] | -Lacks initiative. -Unable to plan or prioritize. -Does not maintain readiness. -Fails to get the job done. [ ] | [ ] | -Takes initiative to meet goals. -Plans/prioritizes effectively. -Maintains high state of readiness. -Always gets the job done. [ ] | [ ] | -Develops innovative ways to accomplish mission. -Plans/prioritizes with exceptional skill and foresight. -Maintains superior readiness, even with limited resources. -Gets jobs done earlier and far better than expected. [X] |

NAVPERS 1610/2 (11-11) FOR OFFICIAL USE ONLY - PRIVACY ACT SENSITIVE

# FITNESS REPORT AND COUNSELING RECORD (W2-O6) (cont 'd)

RCS BUPERS 1610-1

| 1. Name (Last, First MI Suffix) | 2. Grade/Rate | 3. Desig | 4. SSN |
|---|---|---|---|
| CASH, ERIC C | CDR | 1110 | [redacted] |

| PERFORMANCE TRAITS | 1.0* Below Standards | 2.0 Pro-gressing | 3.0 Meets Standards | 4.0 Above Standards | 5.0 Greatly Exceeds Standards |
|---|---|---|---|---|---|
| 38. LEADERSHIP: Organizing, motivating and developing others to accomplish goals. NOB [ ] | - Neglects growth/development or welfare of subordinates. - Fails to organize, creates problems for subordinates. - Does not set or achieve goals relevant to command mission and vision. - Lacks ability to cope with or tolerate stress. - Inadequate communicator. - Tolerates hazards or unsafe practices. [ ] | [ ] | - Effectively stimulates growth/development in subordinates. - Organizes successfully, implementing process improvements and efficiencies. - Sets/achieves useful, realistic goals that support command mission. - Performs well in stressful situations. - Clear, timely communicator. - Ensures safety of personnel and equipment. [ ] | [ ] | - Inspiring motivator and trainer, subordinates reach highest level of growth and development. - Superb organizer, great foresight, develops process improvements and efficiencies. - Leadership achievements dramatically further command mission and vision. - Perseveres through the toughest challenges and inspires others. - Exceptional communicator. - Makes subordinates safety-conscious, maintains top safety record. - Constantly improves the personal and professional lives of others. [X] |
| 39. TACTICAL PERFORMANCE: (Warfare qualified officers only) Basic and tactical employment of weapons systems. NOB [X] | - Has difficulty attaining qualification expected for the rank and experience. - Has difficulty in ship(s), aircraft or weapons systems employment. Below others in knowledge and employment. - Warfare skills in specialty are below standards compared to others of same rank and experience. [ ] | [ ] | - Attains qualifications as required and expected. - Capably employs ship(s), aircraft, or weapons systems. Equal to others in warfare knowledge and employment. - Warfare skills in specialty equal to others of same rank and experience. [ ] | [ ] | - Fully qualified at appropriate level for rank and experience. - Innovatively employs ship(s), aircraft, or weapons systems. Well above others in warfare knowledge and employment. - Warfare skills in specialty exceed others of same rank and experience. [ ] |

40. I recommend screening this individual for next career milestone(s) as follows: (maximum of two) Recommendations may be for competitive schools or duty assignments such as: LCPO, DEPT CPO, SEA, CMC, CWO, LDO, Dept Head, XO, OIC, CO, Major Command, War College, PG School.

NAVSEA MAJOR PM | FELLOWSHIP

41. COMMENTS ON PERFORMANCE: * All 1.0 marks, three 2.0 marks, and 2.0 marks in Block 34 must be specifically substantiated in comments. Comments must be verifiable. Font must be 10 or 12 Pitch (10 or 12 Point) only. Use upper and lower case.

***PROMOTE TO CAPTAIN. SELECT FOR MAJOR ACQUISITION PROGRAM MANAGER!***

CDR Cash is exactly the type of leader desired to lead a major acquisition program. One of the best in a budget constrained environment in maximizing resources to improve surface fleet readiness and capability.

- $7M budget Material Reliability Database Program Manager. Oversaw analysis focused on reducing surface ship lifecycle total ownership cost.
- Driving force in improving surface ship readiness. Led and assisted in several studies, securing over $1.5B to improve surface ship readiness for Aegis Ballistic Missile Defense ships and LPD 17 ship class.
- Creative mind behind production of an International Davy award winning strategic communications video highlighting Naval Sea Systems Command's commitment to improving and sustaining high surface ship material readiness.

Selectively detail Eric to positions leading to increased roles and responsibility in surface ship acquisition programs.

| Promotion Recommendation | NOB | Significant Problems | Progressing | Promotable | Must Promote | Early Promote |
|---|---|---|---|---|---|---|
| 42. INDIVIDUAL | | | | | | X |
| 43. SUMMARY | (X) | 0 | 0 | 0 | 0 | 1 |

44. Reporting Senior Address
Director, Readiness, Surface Warfare (SEA 21A), 1333 Isaac Hull Ave SE, Washington Navy Yard DC 20376-0001

45. Signature of Reporting Senior [signature] Date: 1/10/2012

Member Trait Average: 5.00 Summary Group Average: 5.00

46. Signature of Individual Evaluated. "I have seen this report, been apprised of my performance, and understand my right to make a statement."
I intend to submit a statement. [ ] do not intend to submit a statement. [✓]
[signature] Date: 1/10/2012

47. Typed name, grade, command, UIC, and signature of Regular Reporting Senior on Concurrent Report

Date:

# FITNESS REPORT & COUNSELING RECORD (W2-O6) (cont 'd)

RCS BUPERS 1610-1

| 1. Name (Last, First MI Suffix) | 2. Grade/Rate | 3. Desig | 4. SSN |
|---|---|---|---|
| CASH, ERIC C | CDR | 1110 | [redacted] |

| PERFORMANCE TRAITS | 1.0* Below Standards | 2.0 Progressing | 3.0 Meets Standards | 4.0 Above Standards | 5.0 Greatly Exceeds Standards |
|---|---|---|---|---|---|
| 38. LEADERSHIP: Organizing, motivating and developing others to accomplish goals. NOB [ ] | -Neglects growth/development or welfare of subordinates. -Fails to organize, creates problems for subordinates. -Does not set or achieve goals relevant to command mission and vision. -Lacks ability to cope with or tolerate stress. -Inadequate communicator. -Tolerates hazards or unsafe practices. [ ] | [ ] | -Effectively stimulates growth/development in subordinates. -Organizes successfully, implementing process improvements and efficiencies. -Sets/achieves useful realistic goals that support command mission. -Performs well in stressful situations. -Clear, timely communicator. -Ensures safety of personnel and equipment. [ ] | [ ] | - Inspiring motivator and trainer, subordinates reach highest level of growth and development. - Superb organizer, great foresight, develops process improvements and efficiencies. - Leadership achievements dramatically further command mission and vision. - Perseveres through the toughest challenges and inspires others. - Exceptional communicator. - Makes subordinates safety-conscious, maintains top safety record. - Constantly improves the personal and professional lives of others. [X] |
| 39. TACTICAL PERFORMANCE: (Warfare qualified officers only) Basic and tactical employment of weapons systems. NOB [X] | -Has difficulty attaining qualification expected for the rank and experience. -Has difficulty in ship(s), aircraft or weapons systems employment. Below others in knowledge and employment. -Warfare skills in specialty are below standards compared to others of same rank and experience. [ ] | [ ] | -Attains qualifications as required and expected. -Capably employs ship(s), aircraft, or weapons systems. Equal to others in warfare knowledge and employment. -Warfare skills in specialty equal to others of same rank and experience. [ ] | [ ] | - Fully qualified at appropriate level for rank and experience. - Innovatively employs ship(s), aircraft, or weapons systems. Well above others in warfare knowledge and employment. - Warfare skills in specialty exceed others of same rank and experience. [ ] |

40. I recommend screening this individual for next career milestone(s) as follows: (maximum of two) Recommendations may be for competitive schools or duty assignments such as: SCP, Dept Head, XO, OIC, CO, Major Command, War College, PG School. | NAVSEA MAJOR PM | FELLOWSHIP

41. COMMENTS ON PERFORMANCE: * All 1.0 marks, three 2.0 marks, and 2.0 marks in Block 34 must be specifically substantiated in comments. Comments must be verifiable. Font must be 10 or 12 Pitch (10 or 12 Point) only. Use upper and lower case.

*** Ranked 1 of 2 Commanders. ***
Promote to CAPTAIN. Select for MAJOR ACQUISITION PROGRAM MANAGER!

Eric's an innovative bold thinker who quickly gets to the root of complex issues, takes action and gets top results.

- Outstanding Project Manager. Following 2 failed ship INSURV demonstrations, CDR Cash was assigned to lead a NAVSEA INSURVE Readiness Assist Team (IRAT) which contributed to 100% satisfactory surface ship INSURV demonstrations with RIAT involvement.
- Driving force behind improving surface ship readiness. Led a comprehensive study and developed actionable recommendations to improve surface ship navigation systems readiness.
- Go to leader. My lead for a rebust portfolio of Surface Navy initiatives such as Surface Team One Maintenance, Modernization, and Sustainment metrics development, Surface Warfare Enterprise strategic initiatives, and implementation of Condition Based Maintenance to increase readiness while decreasing maintenance costs.

CDR Cash hits home runs in all endeavors. Select for CAPT - keep him on track to become a Major Acquisition Program Manager.

| Promotion Recommendation | NOB | Significant Problems | Progressing | Promotable | Must Promote | Early Promote |
|---|---|---|---|---|---|---|
| 42. INDIVIDUAL | | | | | | X |
| 43. SUMMARY | X | 0 | 0 | 0 | 0 | 1 |

44. Reporting Senior Address
DIRECTOR, FLEET READINESS DIRECTORATE (SEA 21A)
1333 ISAAC HULL AVE SE
WASHINGTON NAVY YARD DC 20376

45. Signature of Reporting Senior [signature] Date: 12JAN17

Member Trait Average: 5.00 Summary Group Average: 5.00

46. Signature of Individual evaluated. "I have seen this report, been apprised of my performance, and understand my right to submit a statement."
~~I intend to submit a statement~~ [ ] I do not intend to submit a statement [X]
[signature] Date: 12JAN17

47. Typed name, grade, command, UIC, and signature of Regular Reporting Senior on Concurrent Report

Date

NAVPERS 1610/2 (11-11) FOR OFFICIAL USE ONLY - PRIVACY ACT SENSITIVE

# FITNESS REPORT & COUNSELING RECORD (W2-O6) (cont 'd)

RCS BUPERS 1610-1

| 1. Name (Last, First MI Suffix) | 2. Grade/Rate | 3. Desig | 4. SSN |
|---|---|---|---|
| CASH, ERIC C | CDR | 1110 | [redacted] |

| PERFORMANCE TRAITS | 1.0* Below Standards | 2.0 Progressing | 3.0 Meets Standards | 4.0 Above Standards | 5.0 Greatly Exceeds Standards |
|---|---|---|---|---|---|
| 38. LEADERSHIP Organizing, motivating and developing others to accomplish goals. NOB [ ] | -Neglects growth/development or welfare of subordinates. -Fails to organize, creates problems for subordinates. -Does not set or achieve goals relevant to command mission and vision. -Lacks ability to cope with or tolerate stress. -Inadequate communicator. -Tolerates hazards or unsafe practices. [ ] | - [ ] | -Effectively stimulates growth/development in subordinates. -Organizes successfully, implementing process improvements and efficiencies. -Sets/achieves useful realistic goals that support command mission. -Performs well in stressful situations. -Clear, timely communicator. -Ensures safety of personnel and equipment. [ ] | - [ ] | - Inspiring motivator and trainer, subordinates reach highest level of growth and development. - Superb organizer, great foresight, develops process improvements and efficiencies. - Leadership achievements dramatically further command mission and vision. - Perseveres through the toughest challenges and inspires others. - Exceptional communicator. - Makes subordinates safety-conscious, maintains top safety record. - Constantly improves the personal and professional lives of others. [X] |
| 39. TACTICAL PERFORMANCE (Warfare qualified officers only) Basic and tactical employment of weapons systems. NOB [X] | -Has difficulty attaining qualification expected for the rank and experience. -Has difficulty in ship(s), aircraft or weapons systems employment. Below others in knowledge and employment. -Warfare skills in specialty are below standards compared to others of same rank and experience. [ ] | - [ ] | -Attains qualifications as required and expected. -Capably employs ship(s), aircraft, or weapons systems. Equal to others in warfare knowledge and employment. -Warfare skills in specialty equal to others of same rank and experience. [ ] | - [ ] | -Fully qualified at appropriate level for rank and experience. - Innovatively employs ship(s), aircraft, or weapons systems. Well above others in warfare knowledge and employment. - Warfare skills in specialty exceed others of same rank and experience. [ ] |

| 40. I recommend screening this individual for next career milestone(s) as follows: (maximum of two) Recommendations may be for competitive schools or duty assignments such as: SCP, Dept Head, XO, OIC, CO, Major Command, War College, PG School. | NAVSEA MAJOR PM | FELLOWSHIP |
|---|---|---|

41. COMMENTS ON PERFORMANCE: * All 1.0 marks, three 2.0 marks, and 2.0 marks in Block 34 must be specifically substantiated in comments. Comments must be verifiable. Font must be 10 or 12 Pitch (10 or 12 Point) only. Use upper and lower case.

*** Ranked 1 of 2 Commanders. ***
Promote to CAPTAIN. Select for MAJOR ACQUISITION PROGRAM MANAGER!

Eric's an innovative bold thinker who quickly gets to the root of complex issues, takes action and gets top results.

- Outstanding Project Manager. Following 2 failed ship INSURV demonstrations, CDR Cash was assigned to lead a NAVSEA INSURVE Readiness Assist Team (IRAT) which contributed to 100% satisfactory surface ship INSURV demonstrations with RIAT involvement.
- Driving force behind improving surface ship readiness. Led a comprehensive study and developed actionable recommendations to improve surface ship navigation systems readiness.
- Go to leader. My lead for a rebust portfolio of Surface Navy initiatives such as Surface Team One Maintenance, Modernization, and Sustainment metrics development, Surface Warfare Enterprise strategic initiatives, and implementation of Condition Based Maintenance to increase readiness while decreasing maintenance costs.

CDR Cash hits home runs in all endeavors. Select for CAPT - keep him on track to become a Major Acquisition Program Manager.

| Promotion Recommendation | NOB | Significant Problems | Progressing | Promotable | Must Promote | Early Promote |
|---|---|---|---|---|---|---|
| 42. INDIVIDUAL | | | | | | X |
| 43. SUMMARY | X | 0 | 0 | 0 | 0 | 1 |

44. Reporting Senior Address
DIRECTOR, FLEET READINESS DIRECTORATE (SEA 21A)
1333 ISAAC HULL AVE SE
WASHINGTON NAVY YARD DC 20376

45. Signature of Reporting Senior [signature] Date: 12JAN17

Member Trait Average: 5.00 Summary Group Average: 5.00

46. Signature of Individual evaluated. "I have seen this report, been apprised of my performance, and understand my right to submit a statement."
I intend to submit a statement [ ] I do not intend to submit a statement [X]
[signature] Date: 12JAN17

47. Typed name, grade, command, UIC, and signature of Regular Reporting Senior on Concurrent Report

Date

NAVPERS 1610/2 (11-11) FOR OFFICIAL USE ONLY - PRIVACY ACT SENSITIVE

# FITNESS REPORT & COUNSELING RECORD (W2-O6) (cont 'd)

RCS BUPERS 1610-1

| 1. Name (Last, First MI Suffix) | 2. Grade/Rate | 3. Desig | 4. SSN |
|---|---|---|---|
| CASH, ERIC C | CDR | 1110 | [redacted] |

| PERFORMANCE TRAITS | 1.0* Below Standards | 2.0 Progressing | 3.0 Meets Standards | 4.0 Above Standards | 5.0 Greatly Exceeds Standards |
|---|---|---|---|---|---|
| 38. LEADERSHIP Organizing, motivating and developing others to accomplish goals. NOB [ ] | -Neglects growth/development or welfare of subordinates.<br>-Fails to organize, creates problems for subordinates.<br>-Does not set or achieve goals relevant to command mission and vision.<br>-Lacks ability to cope with or tolerate stress.<br>-Inadequate communicator.<br>-Tolerates hazards or unsafe practices. [ ] | [ ] | -Effectively stimulates growth/development in subordinates.<br>-Organizes successfully, implementing process improvements and efficiencies.<br>-Sets/achieves useful realistic goals that support command mission.<br>-Performs well in stressful situations.<br>-Clear, timely communicator.<br>-Ensures safety of personnel and equipment. [ ] | [ ] | - Inspiring motivator and trainer, subordinates reach highest level of growth and development.<br>- Superb organizer, great foresight, develops process improvements and efficiencies.<br>- Leadership achievements dramatically further command mission and vision.<br>- Perseveres through the toughest challenges and inspires others.<br>- Exceptional communicator.<br>- Makes subordinates safety-conscious, maintains top safety record.<br>- Constantly improves the personal and professional lives of others. [X] |
| 39. TACTICAL PERFORMANCE (Warfare qualified officers only) Basic and tactical employment of weapons systems. NOB [X] | -Has difficulty attaining qualification expected for the rank and experience.<br>-Has difficulty in ship(s), aircraft or weapons systems employment. Below others in knowledge and employment.<br>-Warfare skills in specialty are below standards compared to others of same rank and experience. [ ] | [ ] | -Attains qualifications as required and expected.<br>-Capably employs ship(s), aircraft, or weapons systems. Equal to others in warfare knowledge and employment.<br>-Warfare skills in specialty equal to others of same rank and experience. [ ] | [ ] | - Fully qualified at appropriate level for rank and experience.<br>- Innovatively employs ship(s), aircraft, or weapons systems. Well above others in warfare knowledge and employment.<br>- Warfare skills in specialty exceed others of same rank and experience. [ ] |

40. I recommend screening this individual for next career milestone(s) as follows: (maximum of two) Recommendations may be for competitive schools or duty assignments such as: SCP, Dept Head, XO, OIC, CO, Major Command, War College, PG School.

NAVSEA MAJOR PM | FELLOWSHIP

41. COMMENTS ON PERFORMANCE: * All 1.0 marks, three 2.0 marks, and 2.0 marks in Block 34 must be specifically substantiated in comments. Comments must be verifiable. Font must be 10 or 12 Pitch (10 or 12 Point) only. Use upper and lower case.

*** Ranked 1 of 2 Commanders. ***
Promote to CAPTAIN. Select for MAJOR ACQUISITION PROGRAM MANAGER!

Eric's an innovative bold thinker who quickly gets to the root of complex issues, takes action and gets top results.

- Outstanding Project Manager. Following 2 failed ship INSURV demonstrations, CDR Cash was assigned to lead a NAVSEA INSURVE Readiness Assist Team (IRAT) which contributed to 100% satisfactory surface ship INSURV demonstrations with RIAT involvement.
- Driving force behind improving surface ship readiness. Led a comprehensive study and developed actionable recommendations to improve surface ship navigation systems readiness.
- Go to leader. My lead for a rebust portfolio of Surface Navy initiatives such as Surface Team One Maintenance, Modernization, and Sustainment metrics development, Surface Warfare Enterprise strategic initiatives, and implementation of Condition Based Maintenance to increase readiness while decreasing maintenance costs.

CDR Cash hits home runs in all endeavors. Select for CAPT - keep him on track to become a Major Acquisition Program Manager.

| Promotion Recommendation | NOB | Significant Problems | Progressing | Promotable | Must Promote | Early Promote |
|---|---|---|---|---|---|---|
| 42. INDIVIDUAL | | | | | | X |
| 43. SUMMARY | X | 0 | 0 | 0 | 0 | 1 |

44. Reporting Senior Address
DIRECTOR, FLEET READINESS DIRECTORATE (SEA 21A)
1333 ISAAC HULL AVE SE
WASHINGTON NAVY YARD DC 20376

45. Signature of Reporting Senior [signature] Date 12JAN17

Member Trait Average: 5.00 Summary Group Average: 5.00

46. Signature of Individual evaluated. "I have seen this report, been apprised of my performance, and understand my right to submit a statement."
I intend to submit a statement [ ] I do not intend to submit a statement [X]
[signature] Date 12JAN17

47. Typed name, grade, command, UIC, and signature of Regular Reporting Senior on Concurrent Report

Date

# FITNESS REPORT & COUNSELING RECORD (W2-O6) (cont 'd)

RCS BUPERS 1610-1

| 1. Name (Last, First MI Suffix) | 2. Grade/Rate | 3. Desig | 4. SSN |
|---|---|---|---|
| CASH, ERIC C | CDR | 1110 | [redacted] |

| PERFORMANCE TRAITS | 1.0* Below Standards | 2.0 Progressing | 3.0 Meets Standards | 4.0 Above Standards | 5.0 Greatly Exceeds Standards |
|---|---|---|---|---|---|
| 38 LEADERSHIP Organizing, motivating and developing others to accomplish goals. NOB [ ] | -Neglects growth/development or welfare of subordinates -Fails to organize, creates problems for subordinates -Does not set or achieve goals relevant to command mission and vision -Lacks ability to cope with or tolerate stress -Inadequate communicator -Tolerates hazards or unsafe practices. [ ] | [ ] | -Effectively stimulates growth/development in subordinates -Organizes successfully, implementing process improvements and efficiencies -Sets/achieves useful realistic goals that support command mission -Performs well in stressful situations -Clear, timely communicator -Ensures safety of personnel and equipment [ ] | [ ] | -Inspiring motivator and trainer, subordinates reach highest level of growth and development -Superb organizer, great foresight, develops process improvements and efficiencies -Leadership achievements dramatically further command mission and vision -Perseveres through the toughest challenges and inspires others -Exceptional communicator -Makes subordinates safety-conscious, maintains top safety record -Constantly improves the personal and professional lives of others [X] |
| 39 TACTICAL PERFORMANCE (Warfare qualified officers only) Basic and tactical employment of weapons systems. NOB [X] | -Has difficulty attaining qualification expected for the rank and experience -Has difficulty in ship(s), aircraft or weapons systems employment. Below others in knowledge and employment -Warfare skills in specialty are below standards compared to others of same rank and experience. [ ] | [ ] | -Attains qualifications as required and expected -Capably employs ship(s), aircraft, or weapons systems. Equal to others in warfare knowledge and employment -Warfare skills in specialty equal to others of same rank and experience [ ] | [ ] | -Fully qualified at appropriate level for rank and experience -Innovatively employs ship(s), aircraft, or weapons systems. Well above others in warfare knowledge and employment -Warfare skills in specialty exceed others of same rank and experience [ ] |

40. I recommend screening this individual for next career milestone(s) as follows: (maximum of two) Recommendations may be for competitive schools or duty assignments such as: SCP, Dept Head, XO, OIC, CO, Major Command, War College, PG School. — NAVSEA MAJOR PM | FELLOWSHIP

41. COMMENTS ON PERFORMANCE: * All 1.0 marks, three 2.0 marks, and 2.0 marks in Block 34 must be specifically substantiated in comments. Comments must be verifiable. Font must be 10 or 12 Pitch (10 or 12 Point) only. Use upper and lower case.

*** Ranked 1 of 2 Commanders. ***

Promote to CAPTAIN. Select for MAJOR ACQUISITION PROGRAM MANAGER!

Eric's an innovative bold thinker who quickly gets to the root of complex issues, takes action and gets top results.

- Outstanding Project Manager. Following 2 failed ship INSURV demonstrations, CDR Cash was assigned to lead a NAVSEA INSURVE Readiness Assist Team (IRAT) which contributed to 100% satisfactory surface ship INSURV demonstrations with RIAT involvement.
- Driving force behind improving surface ship readiness. Led a comprehensive study and developed actionable recommendations to improve surface ship navigation systems readiness.
- Go to leader. My lead for a rebust portfolio of Surface Navy initiatives such as Surface Team One Maintenance, Modernization, and Sustainment metrics development, Surface Warfare Enterprise strategic initiatives, and implementation of Condition Based Maintenance to increase readiness while decreasing maintenance costs.

CDR Cash hits home runs in all endeavors. Select for CAPT - keep him on track to become a Major Acquisition Program Manager.

| Promotion Recommendation | NOB | Significant Problems | Progressing | Promotable | Must Promote | Early Promote |
|---|---|---|---|---|---|---|
| 42. INDIVIDUAL | | | | | | X |
| 43. SUMMARY | | 0 | 0 | 0 | 0 | 1 |

44. Reporting Senior Address
DIRECTOR, FLEET READINESS DIRECTORATE (SEA 21A)
1333 ISAAC HULL AVE SE
WASHINGTON NAVY YARD DC 20376

45. Signature of Reporting Senior [signature] Date: 12JAN17

Member Trait Average: 5.00 Summary Group Average: 5.00

46. Signature of Individual evaluated. "I have seen this report, been apprised of my performance, and understand my right to submit a statement." I intend to submit a statement [ ] I do not intend to submit a statement [X]
[signature] Date: 12JAN17

47. Typed name, grade, command, UIC, and signature of Regular Reporting Senior on Concurrent Report

Date

# FITNESS REPORT & COUNSELING RECORD (W2-O6) (cont 'd)

RCS BUPERS 1610-1

| 1. Name (Last, First MI Suffix) | 2. Grade/Rate | 3. Desig | 4. SSN |
|---|---|---|---|
| CASH, ERIC C | CDR | 1110 | [redacted] |

| PERFORMANCE TRAITS | 1.0* Below Standards | 2.0 Progressing | 3.0 Meets Standards | 4.0 Above Standards | 5.0 Greatly Exceeds Standards |
|---|---|---|---|---|---|
| 38 LEADERSHIP Organizing, motivating and developing others to accomplish goals. NOB [ ] | -Neglects growth/development or welfare of subordinates. -Fails to organize, creates problems for subordinates. -Does not set or achieve goals relevant to command mission and vision. -Lacks ability to cope with or tolerate stress. -Inadequate communicator. -Tolerates hazards or unsafe practices. [ ] | [ ] | -Effectively stimulates growth/development in subordinates. -Organizes successfully, implementing process improvements and efficiencies. -Sets/achieves useful realistic goals that support command mission. -Performs well in stressful situations. -Clear, timely communicator. -Ensures safety of personnel and equipment. [ ] | [ ] | -Inspiring motivator and trainer, subordinates reach highest level of growth and development. -Superb organizer, great foresight, develops process improvements and efficiencies. -Leadership achievements dramatically further command mission and vision. -Perseveres through the toughest challenges and inspires others. -Exceptional communicator. -Makes subordinates safety-conscious, maintains top safety record. -Constantly improves the personal and professional lives of others. [X] |
| 39 TACTICAL PERFORMANCE (Warfare qualified officers only) Basic and tactical employment of weapons systems. NOB [X] | -Has difficulty attaining qualification expected for the rank and experience. -Has difficulty in ship(s), aircraft or weapons systems employment. Below others in knowledge and employment. -Warfare skills in specialty are below standards compared to others of same rank and experience. [ ] | [ ] | -Attains qualifications as required and expected. -Capably employs ship(s), aircraft, or weapons systems. Equal to others in warfare knowledge and employment. -Warfare skills in specialty equal to others of same rank and experience. [ ] | [ ] | -Fully qualified at appropriate level for rank and experience. -Innovatively employs ship(s), aircraft, or weapons systems. Well above others in warfare knowledge and employment. -Warfare skills in specialty exceed others of same rank and experience. [ ] |

40. I recommend screening this individual for next career milestone(s) as follows: (maximum of two) Recommendations may be for competitive schools or duty assignments such as: SCP, Dept Head, XO, OIC, CO, Major Command, War College, PG School. — NAVSEA MAJOR PM | FELLOWSHIP

41. COMMENTS ON PERFORMANCE: * All 1.0 marks, three 2.0 marks, and 2.0 marks in Block 34 must be specifically substantiated in comments. Comments must be verifiable. Font must be 10 or 12 Pitch (10 or 12 Point) only. Use upper and lower case.

*** Ranked 1 of 2 Commanders. ***
Promote to CAPTAIN. Select for MAJOR ACQUISITION PROGRAM MANAGER!

Eric's an innovative bold thinker who quickly gets to the root of complex issues, takes action and gets top results.

- Outstanding Project Manager. Following 2 failed ship INSURV demonstrations, CDR Cash was assigned to lead a NAVSEA INSURVE Readiness Assist Team (IRAT) which contributed to 100% satisfactory surface ship INSURV demonstrations with RIAT involvement.
- Driving force behind improving surface ship readiness. Led a comprehensive study and developed actionable recommendations to improve surface ship navigation systems readiness.
- Go to leader. My lead for a rebust portfolio of Surface Navy initiatives such as Surface Team One Maintenance, Modernization, and Sustainment metrics development, Surface Warfare Enterprise strategic initiatives, and implementation of Condition Based Maintenance to increase readiness while decreasing maintenance costs.

CDR Cash hits home runs in all endeavors. Select for CAPT - keep him on track to become a Major Acquisition Program Manager.

| Promotion Recommendation | NOB | Significant Problems | Progressing | Promotable | Must Promote | Early Promote |
|---|---|---|---|---|---|---|
| 42 INDIVIDUAL | | | | | | X |
| 43 SUMMARY | X | 0 | 0 | 0 | 0 | 1 |

44. Reporting Senior Address
DIRECTOR, FLEET READINESS DIRECTORATE (SEA 21A)
1333 ISAAC HULL AVE SE
WASHINGTON NAVY YARD DC 20376

45. Signature of Reporting Senior: [signature] Date: 12JAN17

Member Trait Average: 5.00 Summary Group Average: 5.00

46. Signature of Individual evaluated. "I have seen this report, been apprised of my performance, and understand my right to submit a statement." I intend to submit a statement [ ] I do not intend to submit a statement [X]
[signature] Date: 12JAN17

47. Typed name, grade, command, UIC, and signature of Regular Reporting Senior on Concurrent Report

Date

NAVPERS 1610/2 (11-11) FOR OFFICIAL USE ONLY - PRIVACY ACT SENSITIVE

# FITNESS REPORT & COUNSELING RECORD (W2-O6) (cont 'd)

RCS BUPERS 1610-1

| 1. Name (Last, First MI Suffix) | 2. Grade/Rate | 3. Desig | 4. SSN |
|---|---|---|---|
| CASH, ERIC C | CDR | 1110 | [redacted] |

| PERFORMANCE TRAITS | 1.0* Below Standards | 2.0 Progressing | 3.0 Meets Standards | 4.0 Above Standards | 5.0 Greatly Exceeds Standards |
|---|---|---|---|---|---|
| 38. LEADERSHIP Organizing, motivating and developing others to accomplish goals. NOB ☐ | -Neglects growth/development or welfare of subordinates. -Fails to organize, creates problems for subordinates. -Does not set or achieve goals relevant to command mission and vision. -Lacks ability to cope with or tolerate stress. -Inadequate communicator. -Tolerates hazards or unsafe practices. ☐ | ☐ | -Effectively stimulates growth/development in subordinates. -Organizes successfully, implementing process improvements and efficiencies. -Sets/achieves useful realistic goals that support command mission. -Performs well in stressful situations. -Clear, timely communicator. -Ensures safety of personnel and equipment. ☐ | ☐ | - Inspiring motivator and trainer, subordinates reach highest level of growth and development. - Superb organizer, great foresight, develops process improvements and efficiencies. - Leadership achievements dramatically further command mission and vision. - Perseveres through the toughest challenges and inspires others. - Exceptional communicator. - Makes subordinates safety-conscious, maintains top safety record. - Constantly improves the personal and professional lives of others. X |
| 39. TACTICAL PERFORMANCE (Warfare qualified officers only) Basic and tactical employment of weapons systems. NOB X | -Has difficulty attaining qualification expected for the rank and experience. -Has difficulty in ship(s), aircraft or weapons systems employment. Below others in knowledge and employment. -Warfare skills in specialty are below standards compared to others of same rank and experience. ☐ | ☐ | -Attains qualifications as required and expected. -Capably employs ship(s), aircraft, or weapons systems. Equal to others in warfare knowledge and employment. -Warfare skills in specialty equal to others of same rank and experience. ☐ | ☐ | -Fully qualified at appropriate level for rank and experience. -Innovatively employs ship(s), aircraft, or weapons systems. Well above others in warfare knowledge and employment. -Warfare skills in specialty exceed others of same rank and experience. ☐ |

40. I recommend screening this individual for next career milestone(s) as follows: (maximum of two) Recommendations may be for competitive schools or duty assignments such as: SCP, Dept Head, XO, OIC, CO, Major Command, War College, PG School: NAVSEA MAJOR PM | FELLOWSHIP

41. COMMENTS ON PERFORMANCE: * All 1.0 marks, three 2.0 marks, and 2.0 marks in Block 34 must be specifically substantiated in comments. Comments must be verifiable. Font must be 10 or 12 Pitch (10 or 12 Point) only. Use upper and lower case.

*** Ranked 1 of 2 Commanders. ***

Promote to CAPTAIN. Select for MAJOR ACQUISITION PROGRAM MANAGER!

Eric's an innovative bold thinker who quickly gets to the root of complex issues, takes action and gets top results.

- Outstanding Project Manager. Following 2 failed ship INSURV demonstrations, CDR Cash was assigned to lead a NAVSEA INSURVE Readiness Assist Team (IRAT) which contributed to 100% satisfactory surface ship INSURV demonstrations with RIAT involvement.
- Driving force behind improving surface ship readiness. Led a comprehensive study and developed actionable recommendations to improve surface ship navigation systems readiness.
- Go to leader. My lead for a rebust portfolio of Surface Navy initiatives such as Surface Team One Maintenance, Modernization, and Sustainment metrics development, Surface Warfare Enterprise strategic initiatives, and implementation of Condition Based Maintenance to increase readiness while decreasing maintenance costs.

CDR Cash hits home runs in all endeavors. Select for CAPT - keep him on track to become a Major Acquisition Program Manager.

| Promotion Recommendation | NOB | Significant Problems | Progressing | Promotable | Must Promote | Early Promote |
|---|---|---|---|---|---|---|
| 42. INDIVIDUAL | | | | | | X |
| 43. SUMMARY | X | 0 | 0 | 0 | 0 | 1 |

44. Reporting Senior Address: DIRECTOR, FLEET READINESS DIRECTORATE (SEA 21A) 1333 ISAAC HULL AVE SE WASHINGTON NAVY YARD DC 20376

45. Signature of Reporting Senior: [signature] Date: 12JAN17

Member Trait Average: 5.00 Summary Group Average: 5.00

46. Signature of Individual evaluated. "I have seen this report, been apprised of my performance, and understand my right to submit a statement." I intend to submit a statement ☐ I do not intend to submit a statement X

[signature] Date: 12JAN17

47. Typed name, grade, command, UIC, and signature of Regular Reporting Senior on Concurrent Report

Date

NAVPERS 1610/2 (11-11) FOR OFFICIAL USE ONLY - PRIVACY ACT SENSITIVE

# FITNESS REPORT & COUNSELING RECORD (W2-O6) (cont 'd)

RCS BUPERS 1610-1

| 1. Name (Last, First MI Suffix) | 2. Grade/Rate | 3. Desig | 4. SSN |
|---|---|---|---|
| CASH, ERIC C | CDR | 1110 | [redacted] |

| PERFORMANCE TRAITS | 1.0* Below Standards | 2.0 Progressing | 3.0 Meets Standards | 4.0 Above Standards | 5.0 Greatly Exceeds Standards |
|---|---|---|---|---|---|
| 38 LEADERSHIP Organizing, motivating and developing others to accomplish goals. NOB [ ] | -Neglects growth/development or welfare of subordinates. -Fails to organize, creates problems for subordinates. -Does not set or achieve goals relevant to command mission and vision. -Lacks ability to cope with or tolerate stress. -Inadequate communicator. -Tolerates hazards or unsafe practices. [ ] | - - - - - - [ ] | -Effectively stimulates growth/development in subordinates. -Organizes successfully, implementing process improvements and efficiencies. -Sets/achieves useful realistic goals that support command mission. -Performs well in stressful situations. -Clear, timely communicator. -Ensures safety of personnel and equipment. [ ] | - - - - - - [ ] | - Inspiring motivator and trainer, subordinates reach highest level of growth and development. - Superb organizer, great foresight, develops process improvements and efficiencies. - Leadership achievements dramatically further command mission and vision. - Perseveres through the toughest challenges and inspires others. - Exceptional communicator. - Makes subordinates safety-conscious, maintains top safety record. - Constantly improves the personal and professional lives of others. [X] |
| 39 TACTICAL PERFORMANCE (Warfare qualified officers only) Basic and tactical employment of weapons systems. NOB [X] | -Has difficulty attaining qualification expected for the rank and experience. -Has difficulty in ship(s), aircraft or weapons systems employment. Below others in knowledge and employment. -Warfare skills in specialty are below standards compared to others of same rank and experience. [ ] | - - - [ ] | -Attains qualifications as required and expected. -Capably employs ship(s), aircraft, or weapons systems. Equal to others in warfare knowledge and employment. -Warfare skills in specialty equal to others of same rank and experience. [ ] | - - - [ ] | - Fully qualified at appropriate level for rank and experience. - Innovatively employs ship(s), aircraft, or weapons systems. Well above others in warfare knowledge and employment. - Warfare skills in specialty exceed others of same rank and experience. [ ] |

| 40. I recommend screening this individual for next career milestone(s) as follows: (maximum of two) Recommendations may be for competitive schools or duty assignments such as: SCP, Dept Head, XO, OIC, CO, Major Command, War College, PG School | NAVSEA MAJOR PM | FELLOWSHIP |
|---|---|---|

41. COMMENTS ON PERFORMANCE: * All 1.0 marks, three 2.0 marks, and 2.0 marks in Block 34 must be specifically substantiated in comments. Comments must be verifiable. Font must be 10 or 12 Pitch (10 or 12 Point) only. Use upper and lower case.

*** Ranked 1 of 2 Commanders. ***
Promote to CAPTAIN. Select for MAJOR ACQUISITION PROGRAM MANAGER!

Eric's an innovative bold thinker who quickly gets to the root of complex issues, takes action and gets top results.

- Outstanding Project Manager. Following 2 failed ship INSURV demonstrations, CDR Cash was assigned to lead a NAVSEA INSURVE Readiness Assist Team (IRAT) which contributed to 100% satisfactory surface ship INSURV demonstrations with RIAT involvement.
- Driving force behind improving surface ship readiness. Led a comprehensive study and developed actionable recommendations to improve surface ship navigation systems readiness.
- Go to leader. My lead for a rebust portfolio of Surface Navy initiatives such as Surface Team One Maintenance, Modernization, and Sustainment metrics development, Surface Warfare Enterprise strategic initiatives, and implementation of Condition Based Maintenance to increase readiness while decreasing maintenance costs.

CDR Cash hits home runs in all endeavors. Select for CAPT - keep him on track to become a Major Acquisition Program Manager.

| Promotion Recommendation | NOB | Significant Problems | Progressing | Promotable | Must Promote | Early Promote |
|---|---|---|---|---|---|---|
| 42 INDIVIDUAL | | | | | | X |
| 43 SUMMARY | X | 0 | 0 | 0 | 0 | 1 |

44. Reporting Senior Address
DIRECTOR, FLEET READINESS DIRECTORATE (SEA 21A)
1333 ISAAC HULL AVE SE
WASHINGTON NAVY YARD DC 20376

45. Signature of Reporting Senior [signature] Date 12JAN17

Member Trait Average: 5.00 Summary Group Average: 5.00

46. Signature of Individual evaluated. "I have seen this report, been apprised of my performance, and understand my right to submit a statement." I intend to submit a statement [ ] I do not intend to submit a statement [X]
[signature] Date 12JAN17

47. Typed name, grade, command, UIC, and signature of Regular Reporting Senior on Concurrent Report

Date

NAVPERS 1610/2 (11-11) FOR OFFICIAL USE ONLY - PRIVACY ACT SENSITIVE

**DEPARTMENT OF THE NAVY**
NAVAL SEA SYSTEMS COMMAND
1333 ISAAC HULL AVE SE
WASHINGTON NAVY YARD DC 20376-0001

IN REPLY TO:
22 Dec 11

From: Deputy Commander, Surface Warfare (SEA 21)
To: President, FY13 Active Duty O-6 Line Promotion Selection Board (Board #160)
Via: CDR Eric C. Cash, USN, XXX-XX-[redacted]/1110

Subj: LETTER OF RECOMMENDATION CDR ERIC C. CASH, USN, XXX-XX[redacted]/1110

1. Commander Cash is exactly the type of Naval Officer I want as a Captain leading an acquisition program as a Major Program Manager. He brings proven and relevant operational experience to Navy acquisition and modernization programs, earned through completing Commanding Officer Afloat tours as a Lieutenant Commander and Commander. Having twice commanded surface ships and served on the OPNAV staff, he brings a perspective vital to ensure, in a resource constrained environment, the Navy is acquiring the right capability, building the product right, and at the most affordable cost.

2. Since reporting aboard, Commander Cash's contributions to improving surface fleet readiness through acquisition, modernization, and sustainment are on par with that expected of my Acquisition Core Captains. He's aggressively pursuing completion of Level III Program Manager Certification and on track to be competitive for leading an acquisition program or commanding a Naval Surface Warfare Center.

3. I strongly recommend him for selection to Captain. Continue to allow the Navy to benefit from Eric's professional experience, dedication, and proven track record of excellence serving the Navy and Surface Fleet!

JAMES J. SHANNON
Rear Admiral, U.S. Navy

9 JAN 2012

From: CAPT Brian T. Smith, USN, 1117, XXX-XX-[redacted]
To: President, FY13 Active Duty O-6 Line Promotion Selection Board (Board #160)
Via: CDR Eric C. Cash, USN, XXX-XX[redacted]

Subj: LETTER OF RECOMMENDATION CDR ERIC C. CASH, USN, XXX-XX[redacted]

1. Commander Cash is an outstanding Naval Officer fully deserving of promotion to CAPTAIN (O-6). My observations of Commander Cash occurred while I was Commodore, AMPHIBIOUS SQUADRON FOUR and he commanded one of my squadron ships, USS SAN ANTONIO (LPD 17). Eric assumed command mid-deployment and under his leadership, several high interest missions were successfully executed and the first deployment of a SAN ANTONIO class ship validated the Navy's decision and commitment to build LPD 17 class ships.

2. Six weeks after Commander Cash reported as Commanding Officer of USS SAN ANTONIO (LPD 17) an accident occurred where a Sailor was lost at sea. I was the Commodore who ordered an investigation of the accident. Based on the facts, I concluded punitive action was not warranted. Simply put, his actions prior to, during, and following the incident were beyond reproach. My chain of command concurred with the determination of accountability and my decision to not take punitive action. The investigation uncovered numerous materiel, training, equipping, and procedural issues stemming from the well documented poor fleet introduction of the LPD 17 ship class and USS SAN ANTONIO in particular. Most of the investigation findings were related to issues that should have been corrected through a fleet introduction process prior to Commander Cash reporting for duty as Commanding Officer. Although, SAN ANTONIO was the newest ship, it had more challenges than all ships in the squadron combined.

3. I strongly recommend him for selection to CAPTAIN. Accountability and trust are not an issue. Commander Cash had and still has my utmost confidence in his leadership.

B. T. Smith

CDR Eric C. Cash, USN
SSN: [redacted]

ENCLOSURE (4)

RTTUZYUW RUEWMCS0000 3431833-UUUU--RUCENAD.
ZNR UUUUU
R 091833Z DEC 11
FM CNO WASHINGTON DC//N1//
TO NAVADMIN
INFO CNO WASHINGTON DC//N1//
BT
UNCLAS//N01420//
NAVADMIN 376/11 (CORRECTED COPY)
MSGID/GENADMIN/CNO WASHINGTON DC/N1/DEC//
SUBJ/NOTICE OF CONVENING FY-13 NAVY ACTIVE DUTY PROMOTION SELECTION BOARDS//
RMKS/1. THIS NAVADMIN ANNOUNCES THE NOTICE OF CONVENING FY-13 PROMOTION SELECTION BOARDS. THE FY-13 PROMOTION SELECTION BOARDS TO RECOMMEND OFFICERS IN THE LINE AND STAFF CORPS AND CHIEF WARRANT OFFICERS ON THE ACTIVE-DUTY LIST FOR PROMOTION TO THE PERMANENT OR TEMPORARY GRADES OF CAPTAIN, COMMANDER, LIEUTENANT COMMANDER AND CHIEF WARRANT OFFICER WILL BE CONVENED AS FOLLOWS:

11 JAN 12 - UNRESTRICTED/RESTRICTED LINE CAPTAIN
31 JAN 12 - STAFF CORPS CAPTAIN
07 FEB 12 - UNRESTRICTED/RESTRICTED LINE COMMANDER
20 MAR 12 - STAFF CORPS COMMANDER
03 APR 12 - UNRESTRICTED/RESTRICTED LINE LIEUTENANT COMMANDER
08 MAY 12 - STAFF CORPS LIEUTENANT COMMANDER
12 JUN 12 - CHIEF WARRANT OFFICER 5/4/3

2. THE SECRETARY OF THE NAVY HAS AUTHORIZED THE RELEASE OF THE FOLLOWING LIST INDICATING THE NAMES, ACTIVE-DUTY LIST NUMBERS AND DATES OF RANK OF THE SENIOR IN-ZONE, JUNIOR IN-ZONE AND JUNIOR OFFICER ELIGIBLE FOR CONSIDERATION FOR PROMOTION IN EACH COMPETITIVE CATEGORY AS OF THE DATE OF THIS NAVADMIN. IN ADDITION, THOSE OFFICERS ON THE ACTIVE-DUTY LIST AND IN THE SAME COMPETITIVE CATEGORY WHO ARE SENIOR TO THE SENIOR IN-ZONE OFFICER LISTED IN THEIR CATEGORY ARE CONSIDERED ABOVE-ZONE AND ARE ALSO ELIGIBLE FOR CONSIDERATION.

CAPTAIN

LINE

UNRESTRICTED LINE OFFICER (11XX/13XX)

| | | | |
|---|---|---|---|
| SENIOR IN-ZONE | - CDR R. J. MEADOWS | 021170-75 | 01 AUG 06 |
| JUNIOR IN-ZONE | - CDR G. C. JAMES | 021458-50 | 01 AUG 07 |
| JUNIOR ELIGIBLE | - CDR R. D. BRODIE | 021910-50 | 01 MAR 09 |

SPECIAL DUTY OFFICER (HUMAN RESOURCES) (120X)

| | | | |
|---|---|---|---|
| SENIOR IN-ZONE | - CDR M. A. S. KATSON | 021333-50 | 01 MAY 07 |
| JUNIOR IN-ZONE | - CDR K. A. SCOTT | 021640-00 | 01 JUN 08 |
| JUNIOR ELIGIBLE | - CDR A. J. CAUSEY | 022224-25 | 01 APR 10 |

SPECIAL DUTY OFFICER (PERMANENT MILITARY PROFESSOR) (123X)

| | | | |
|---|---|---|---|
| SENIOR IN-ZONE | - CDR M. R. TOEPPER | 021404-00 | 01 JUL 07 |
| JUNIOR IN-ZONE | CDR C. W. HEWGLEY IV | 021568 50 | 01 JAN 08 |
| JUNIOR ELIGIBLE | - CDR M. A. HAWKS | 022099-25 | 01 SEP 09 |

ENGINEERING DUTY OFFICER (14XX)

| | | | |
|---|---|---|---|
| SENIOR IN-ZONE | - CDR S. W. DUDAR | 021290-00 | 01 FEB 07 |
| JUNIOR IN-ZONE | - CDR C. E. HAND | 021509-00 | 01 SEP 07 |
| JUNIOR ELIGIBLE | - CDR V. J. JANOWIAK | 022214-50 | 01 MAR 10 |

AEROSPACE ENGINEERING DUTY OFFICER (ENGINEERING) (151X)

| | | | |
|---|---|---|---|
| SENIOR IN-ZONE | - CDR M. T. ERVIN | 021371-00 | 01 JUN 07 |
| JUNIOR IN-ZONE | - CDR M. N. ABREU | 021507-25 | 01 SEP 07 |
| JUNIOR ELIGIBLE | - CDR A. P. ROULAND | 022037-25 | 01 JUL 09 |

AEROSPACE ENGINEERING DUTY OFFICER (MAINTENANCE) (152X)

| | | | |
|---|---|---|---|
| SENIOR IN-ZONE | - CDR T. R. DEMOSS | 021263-50 | 01 JAN 07 |
| JUNIOR IN-ZONE | - CDR D. NMN FERREIRA | 021433-75 | 01 AUG 07 |
| JUNIOR ELIGIBLE | - CDR J. R. TESSIER | 022045-25 | 01 AUG 09 |

SPECIAL DUTY OFFICER (PUBLIC AFFAIRS) (165X)

| | | | |
|---|---|---|---|
| SENIOR IN-ZONE | - CDR J. A. DAVIS | 021326-50 | 01 MAY 07 |
| JUNIOR IN-ZONE | - CDR P. A. STORUM | 021437-75 | 01 AUG 07 |
| JUNIOR ELIGIBLE | - CDR M. M. ROUSSELOW | 022063-50 | 01 AUG 09 |

SPECIAL DUTY OFFICER (FOREIGN AREA) (17XX)

| | | | |
|---|---|---|---|
| SENIOR IN-ZONE | - CDR R. M. STACPOOLE | 021576-75 | 01 FEB 08 |
| JUNIOR IN-ZONE | - CDR P. W. YU | 021846-50 | 01 NOV 08 |
| JUNIOR ELIGIBLE | - CDR R. K. FEDERAL III | 022240-50 | 01 MAY 10 |

SPECIAL DUTY OFFICER (OCEANOGRAPHY) (180X)

| | | | |
|---|---|---|---|
| SENIOR IN-ZONE | - CDR M. A. KUYPERS | 021246-00 | 01 DEC 06 |
| JUNIOR IN-ZONE | - CDR G. J. SCHMEISER | 021547-25 | 01 DEC 07 |
| JUNIOR ELIGIBLE | - CDR M. B. MCBRIDE III | 021870-50 | 01 JAN 09 |

SPECIAL DUTY OFFICER (INFORMATION WARFARE) (181X)

| | | |
|---|---|---|
| SENIOR IN-ZONE - CDR J. T. SANTIAGO | 021358-00 | 01 JUN 07 |
| JUNIOR IN-ZONE - CDR K. M. ERNEST | 021521-00 | 01 OCT 07 |
| JUNIOR ELIGIBLE - CDR B. J. BOSSUYT | 021885-00 | 01 FEB 09 |

SPECIAL DUTY OFFICER (INFORMATION PROFESSIONAL) (182X)

| | | |
|---|---|---|
| SENIOR IN-ZONE - CDR S. R. JACOBS | 021360-50 | 01 JUN 07 |
| JUNIOR IN-ZONE - CDR S. NMN COX | 021485-25 | 01 SEP 07 |
| JUNIOR ELIGIBLE - CDR A. D. GAINER | 021957-50 | 01 JUN 09 |

SPECIAL DUTY OFFICER (INTELLIGENCE) (183X)

| | | |
|---|---|---|
| SENIOR IN-ZONE - CDR M. J. HANNAN | 021180-25 | 01 SEP 06 |
| JUNIOR IN-ZONE - CDR W. NMN JONES | 021343-75 | 01 JUN 07 |
| JUNIOR ELIGIBLE - CDR J. S. FREELAND | 021958-25 | 01 JUN 09 |

LIMITED DUTY OFFICER (LINE) (61XX/62XX/63XX/64XX)

| | | |
|---|---|---|
| SENIOR IN-ZONE - CDR J. R. LAVIN | 021084-00 | 01 JUN 06 |
| JUNIOR IN-ZONE - CDR G. A. SPANGLER | 021303-00 | 01 MAR 07 |
| JUNIOR ELIGIBLE - CDR D. J. EDON | 021721-00 | 01 JUL 08 |

STAFF CORPS

MEDICAL CORPS (210X)

| | | |
|---|---|---|
| SENIOR IN-ZONE - CDR V. L. DECICCO | 021214-75 | 01 OCT 06 |
| JUNIOR IN-ZONE - CDR R. C. MALONE | 021509-75 | 01 SEP 07 |
| JUNIOR ELIGIBLE - CDR D. R. GOFF | 022136-37 | 19 SEP 09 |

DENTAL CORPS (220X)

| | | |
|---|---|---|
| SENIOR IN-ZONE - CDR W. R. WITTKE | 021213-75 | 01 OCT 06 |
| JUNIOR IN-ZONE - CDR R. A. GUERRA | 021475-75 | 01 SEP 07 |
| JUNIOR ELIGIBLE - CDR M. R. BOONE | 022092-25 | 01 SEP 09 |

MEDICAL SERVICE CORPS (230X)

| | | |
|---|---|---|
| SENIOR IN-ZONE - CDR P. J. BLAIR | 021520-75 | 01 OCT 07 |

JUNIOR IN-ZONE - CDR T. C. HERZIG 021691-50 01 JUL 08

JUNIOR ELIGIBLE - CDR M. E. HEIM 022204-75 01 FEB 10

JUDGE ADVOCATE GENERAL'S CORPS (250X)

SENIOR IN-ZONE - CDR B. L. PAYTONOBRIEN 021461-00 01 AUG 07

JUNIOR IN-ZONE - CDR C. M. GLASERALLEN 021610-25 01 APR 08

JUNIOR ELIGIBLE - CDR F. J. YUZON 022129-00 01 SEP 09

NURSE CORPS (290X)

SENIOR IN-ZONE - CDR N. F. J. CHARBONEAU 021117-00 01 JUL 06

JUNIOR IN-ZONE - CDR S. R. TUSSEY 021317-75 01 APR 07

JUNIOR ELIGIBLE - CDR R. D. FETHERSTON 021940-75 01 MAY 09

SUPPLY CORPS (310X)

SENIOR IN-ZONE - CDR K. A. BRYAN 021067-75 01 MAY 06

JUNIOR IN-ZONE - CDR M. J. ZERBO 021377-50 01 JUN 07

JUNIOR ELIGIBLE - CDR E. G. FARRELL 021970-00 01 JUN 09

CHAPLAIN CORPS (410X)

SENIOR IN-ZONE - CDR F. W. SHEARIN III 021595-75 01 MAR 08

JUNIOR IN-ZONE - CDR S. J. SHAW 021868-75 01 JAN 09

JUNIOR ELIGIBLE - CDR G. C. CATHCART 022354-75 01 AUG 10

CIVIL ENGINEER CORPS (510X)

SENIOR IN-ZONE - CDR S. A. FOLLUM 021303-50 01 MAR 07

JUNIOR IN-ZONE - CDR T. J. RODGERS 021534-00 01 NOV 07

JUNIOR ELIGIBLE - CDR J. J. KILIAN 022089-25 01 AUG 09

LIMITED DUTY OFFICER (STAFF) (65XX)

SENIOR IN-ZONE - N/A

JUNIOR IN-ZONE - N/A

JUNIOR ELIGIBLE - N/A

COMMANDER

LINE

UNRESTRICTED LINE OFFICER (11XX/13XX)

| | | | |
|---|---|---|---|
| SENIOR IN-ZONE | - LCDR J. A. KRIER | 031976-00 | 01 APR 07 |
| JUNIOR IN-ZONE | - LCDR B. C. SIGURDSON | 032697-50 | 01 DEC 07 |
| JUNIOR ELIGIBLE | - LCDR B. P. JUDY | 034367-50 | 01 AUG 09 |

SPECIAL DUTY OFFICER (HUMAN RESOURCES) (120X)

| | | | |
|---|---|---|---|
| SENIOR IN-ZONE | - LCDR D. E. BLACKSTON | 032527-50 | 01 SEP 07 |
| JUNIOR IN-ZONE | - LCDR J. L. DUEHRING | 033332-50 | 01 AUG 08 |
| JUNIOR ELIGIBLE | - LCDR P. T. KELLEHER | 034963-50 | 01 MAY 10 |

ENGINEERING DUTY OFFICER (14XX)

| | | | |
|---|---|---|---|
| SENIOR IN-ZONE | - LCDR J. A. DOWD | 032260-00 | 01 JUL 07 |
| JUNIOR IN-ZONE | - LCDR J. J. H. KIM | 033650-00 | 01 NOV 08 |
| JUNIOR ELIGIBLE | - LCDR H. N. TRAN | 035747-25 | 01 FEB 11 |

AEROSPACE ENGINEERING DUTY OFFICER (ENGINEERING) (151X)

| | | | |
|---|---|---|---|
| SENIOR IN-ZONE | - LCDR D. S. MURRAY | 032135-50 | 01 JUN 07 |
| JUNIOR IN-ZONE | - LCDR T. D. LEHMANN | 033008-50 | 01 JUN 08 |
| JUNIOR ELIGIBLE | - LCDR S. D. SENEY | 035902-25 | 01 JUN 11 |

AEROSPACE ENGINEERING DUTY OFFICER (MAINTENANCE) (152X)

| | | | |
|---|---|---|---|
| SENIOR IN-ZONE | - LCDR M. T. WILCOX | 031491-50 | 01 JUL 06 |
| JUNIOR IN-ZONE | - LCDR M. NMN MARRERO | 031910-00 | 01 FEB 07 |
| JUNIOR ELIGIBLE | - LCDR D. V. ANDERSON | 033421-50 | 01 AUG 08 |

SPECIAL DUTY OFFICER (PUBLIC AFFAIRS) (165X)

| | | | |
|---|---|---|---|
| SENIOR IN-ZONE | - LCDR B. J. MERTZ | 031970-50 | 01 APR 07 |
| JUNIOR IN-ZONE | - LCDR J. E. GAY | 033077-50 | 01 JUN 08 |
| JUNIOR ELIGIBLE | - LCDR S. C. RUH | 035150-50 | 01 JUN 10 |

SPECIAL DUTY OFFICER (FOREIGN AREA) (17XX)

| | | | |
|---|---|---|---|
| SENIOR IN-ZONE | - LCDR T. NMN NGUYEN | 031639-50 | 01 SEP 06 |

JUNIOR IN-ZONE - LCDR L. L. HMELEVSKY 032393-50 01 AUG 07

JUNIOR ELIGIBLE - LCDR C. D. ALMONTE 034218-00 01 JUL 09

SPECIAL DUTY OFFICER (OCEANOGRAPHY) (180X)

SENIOR IN-ZONE - LCDR A. J. SEXTON 031584-00 01 AUG 06

JUNIOR IN-ZONE - LCDR S. NMN STOUGHTON 032565-50 01 SEP 07

JUNIOR ELIGIBLE - LCDR E. E. O. ACOSTA 033981-00 01 MAY 09

SPECIAL DUTY OFFICER (INFORMATION WARFARE) (181X)

SENIOR IN-ZONE - LCDR B. P. BURROW 031761-00 01 NOV 06

JUNIOR IN-ZONE - LCDR P. J. SPITALE 031908-50 01 FEB 07

JUNIOR ELIGIBLE - LCDR A. L. HILL 033422-00 01 AUG 08

SPECIAL DUTY OFFICER (INFORMATION PROFESSIONAL) (182X)

SENIOR IN-ZONE - LCDR D. J. WHITE 031652-50 01 SEP 06

JUNIOR IN-ZONE - LCDR H. NATTA JR. 032544-50 01 SEP 07

JUNIOR ELIGIBLE - LCDR C. A. GABRIELLINI 034303-50 01 JUL 09

SPECIAL DUTY OFFICER (INTELLIGENCE) (183X)

SENIOR IN-ZONE - LCDR J. D. MENARCHIK 031823-50 01 DEC 06

JUNIOR IN-ZONE - LCDR M. L. WESTLAND 032176-00 01 JUN 07

JUNIOR ELIGIBLE - LCDR J. F. BERNABE 033703-50 01 DEC 08

LIMITED DUTY OFFICER (LINE) (61XX/62XX/63XX/64XX)

SENIOR IN-ZONE - LCDR M. R. LUTHER 031906-50 01 FEB 07

JUNIOR IN-ZONE - LCDR W. D. SMITH 032865-50 01 MAR 08

JUNIOR ELIGIBLE - LCDR W. NMN HENDERSHOT 034666-00 01 NOV 09

STAFF CORPS

MEDICAL CORPS (210X)

SENIOR IN-ZONE - LCDR M. J. ORAS 031683-00 01 OCT 06

JUNIOR IN-ZONE - LCDR K. B. RUSSELL 032530-50 01 SEP 07

JUNIOR ELIGIBLE - LCDR O. NMN SAEED 034600-25 11 SEP 09

DENTAL CORPS (220X)

| | | | |
|---|---|---|---|
| SENIOR IN-ZONE | - LCDR J. M. THOMPSON JR. | 031721-50 | 01 OCT 06 |
| JUNIOR IN-ZONE | - LCDR B. M. GILLEN | 032565-87 | 13 SEP 07 |
| JUNIOR ELIGIBLE | - LCDR W. J. BURKE JR. | 034550-50 | 01 SEP 09 |

MEDICAL SERVICE CORPS (230X)

| | | | |
|---|---|---|---|
| SENIOR IN-ZONE | - LCDR D. M. WENZEL | 032721-00 | 01 JAN 08 |
| JUNIOR IN-ZONE | - LCDR C. T. BLAIR | 033128-50 | 01 JUL 08 |
| JUNIOR ELIGIBLE | - LCDR A. M. RABAIOTTI | 034705-50 | 01 DEC 09 |

JUDGE ADVOCATE GENERAL'S CORPS (250X)

| | | | |
|---|---|---|---|
| SENIOR IN-ZONE | - LCDR K. J. ARMSTRONG | 032471-00 | 01 SEP 07 |
| JUNIOR IN-ZONE | - LCDR M. P. NEVITT | 032921-00 | 01 MAY 08 |
| JUNIOR ELIGIBLE | - LCDR A. R. MYERS | 033986-00 | 01 JUN 09 |

NURSE CORPS (290X)

| | | | |
|---|---|---|---|
| SENIOR IN-ZONE | - LCDR W. A. COOK | 032006-00 | 01 MAY 07 |
| JUNIOR IN-ZONE | - LCDR M. E. JASEK | 033002-50 | 01 JUN 08 |
| JUNIOR ELIGIBLE | - LCDR K. MESZAROS JR. | 035065-00 | 01 JUN 10 |

SUPPLY CORPS (310X)

| | | | |
|---|---|---|---|
| SENIOR IN-ZONE | - LCDR C. F. DETWILER | 031679-50 | 01 SEP 06 |
| JUNIOR IN-ZONE | - LCDR R. NMN LOOKABILL | 032188-50 | 01 JUN 07 |
| JUNIOR ELIGIBLE | - LCDR D. V. BECKFORD | 033979-00 | 01 MAY 09 |

CHAPLAIN CORPS (410X)

| | | | |
|---|---|---|---|
| SENIOR IN-ZONE | - LCDR R. R. RUPE | 032821-50 | 01 MAR 08 |
| JUNIOR IN-ZONE | - LCDR M. A. TANIS | 033823-00 | 01 MAR 09 |
| JUNIOR ELIGIBLE | - LCDR C. E. HESTER | 035017-00 | 01 JUN 10 |

CIVIL ENGINEER CORPS (510X)

| | | | |
|---|---|---|---|
| SENIOR IN-ZONE | - LCDR J. P. CROWE | 032159-00 | 01 JUN 07 |

JUNIOR IN-ZONE - LCDR K. E. SCHWALBE 032885-00 01 APR 08

JUNIOR ELIGIBLE - LCDR J. B. GATES 034580-50 01 SEP 09

LIMITED DUTY OFFICER (STAFF) (651X/653X/655X)

SENIOR IN-ZONE - N/A

JUNIOR IN-ZONE - N/A

JUNIOR ELIGIBLE - N/A

LIEUTENANT COMMANDER

LINE

UNRESTRICTED LINE OFFICER (11XX/13XX/19XX)

SENIOR IN-ZONE - LT M. E. YEDLOWSKI 133788-00 01 JUN 06

JUNIOR IN-ZONE - LT J. E. JOHNSON 139840-00 01 JUN 07

JUNIOR ELIGIBLE - LT J. P. KRAUS 151275-00 01 JUN 09

SPECIAL DUTY OFFICER (HUMAN RESOURCES) (120X)

SENIOR IN-ZONE - LT S. C. FRANKLIN 135128-00 01 JUL 06

JUNIOR IN-ZONE - LT D. A. NELSON 145741-00 01 JUN 08

JUNIOR ELIGIBLE - LT J. P. WAGGONER 160984-00 01 JAN 11

ENGINEERING DUTY OFFICER (14XX)

SENIOR IN-ZONE - LT C. K. BODIN 136294-00 01 NOV 06

JUNIOR IN-ZONE - LT J. R. WOODY 143990-00 01 MAY 08

JUNIOR ELIGIBLE - LT A. C. LEES 155748-00 01 MAY 10

AEROSPACE ENGINEERING DUTY OFFICER (ENGINEERING) (151X)

SENIOR IN-ZONE - LT B. W. DONOVAN 136426-00 01 NOV 06

JUNIOR IN-ZONE - LT R. A. FERRA 139422-00 01 JUN 07

JUNIOR ELIGIBLE - LT M. M. MCCLURE 146883-00 01 JUN 08

AEROSPACE ENGINEERING DUTY OFFICER (MAINTENANCE) (152X)

SENIOR IN-ZONE - LT W. J. GRAY 137310-00 01 FEB 07

JUNIOR IN-ZONE - LT T. J. CHAMBERS 146409-00 01 JUN 08

JUNIOR ELIGIBLE - LT M. A. BERNAL JR. 155273-00 01 MAR 10

SPECIAL DUTY OFFICER (PUBLIC AFFAIRS) (165X)

SENIOR IN-ZONE - LT R. L. REBARICH 137558-00 01 MAR 07

JUNIOR IN-ZONE - LT N. D. SHERROUSE 141982-00 01 OCT 07

JUNIOR ELIGIBLE - LT T. B. DONNELLY 156466-00 01 JUN 10

SPECIAL DUTY OFFICER (FOREIGN AREA) (17XX)

SENIOR IN-ZONE - LT S. T. CHOE 136274-00 01 NOV 06

JUNIOR IN-ZONE - LT F. NMN RIVERA 143412-00 01 FEB 08

JUNIOR ELIGIBLE - LT S. NMN OSWALD 145381-00 01 JUN 08

SPECIAL DUTY OFFICER (OCEANOGRAPHY) (180X)

SENIOR IN-ZONE - LT D. W. PEARMAN 142374-00 01 NOV 07

JUNIOR IN-ZONE - LT M. N. WATTS 144829-00 01 JUN 08

JUNIOR ELIGIBLE - LT A. J. CULLEN 155501-00 01 APR 10

SPECIAL DUTY OFFICER (INFORMATION WARFARE) (181X)

SENIOR IN-ZONE - LT K. C. LIEN 137854-00 01 APR 07

JUNIOR IN-ZONE - LT R. J. HONAKER 141658-00 01 SEP 07

JUNIOR ELIGIBLE - LT A. R. BELDING 151867-00 01 JUN 09

SPECIAL DUTY OFFICER (INFORMATION PROFESSIONAL) (182X)

SENIOR IN-ZONE - LT S. C. GRAY 140750-00 01 JUN 07

JUNIOR IN-ZONE - LT R. B. CONNER 145247-00 01 JUN 08

JUNIOR ELIGIBLE - LT T. C. MCLEMORE 158572-00 01 JUN 10

SPECIAL DUTY OFFICER (INTELLIGENCE) (183X)

SENIOR IN-ZONE - LT S. D. MCKENDRY 137756-00 01 APR 07

JUNIOR IN-ZONE - LT N. R. CANNISTRA 138584-00 01 JUN 07

JUNIOR ELIGIBLE - LT L. S. WESTBYGIBSON 148474-00 01 JAN 09

LIMITED DUTY OFFICER (LINE) (61XX/62XX/63XX/64XX)

SENIOR IN-ZONE - LT M. A. SHINE 130664-00 01 FEB 06

| | | | |
|---|---|---|---|
| JUNIOR IN-ZONE | - LT H. H. GOODWYN | 141438-00 | 01 AUG 07 |
| JUNIOR ELIGIBLE | - LT M. W. EFIRD | 154841-00 | 01 JAN 10 |

STAFF CORPS

MEDICAL CORPS (210X)

| | | | |
|---|---|---|---|
| SENIOR IN-ZONE | - LT A. P. HURVITZ | 135693-37 | 01 OCT 06 |
| JUNIOR IN-ZONE | - LT H. NMN FEAGINSFLETCHER | 141445-50 | 26 AUG 07 |
| JUNIOR ELIGIBLE | - LT K. M. BERNSTEIN | 153681-48 | 20 SEP 09 |

DENTAL CORPS (220X)

| | | | |
|---|---|---|---|
| SENIOR IN-ZONE | - LT D. A. YAPSHING | 135692-37 | 17 SEP 06 |
| JUNIOR IN-ZONE | - LT M. N. WILLIAMSTREESH | 141445-21 | 18 AUG 07 |
| JUNIOR ELIGIBLE | - LT S. P. BLACKHART | 153682-00 | 25 SEP 09 |

MEDICAL SERVICE CORPS (230X)

| | | | |
|---|---|---|---|
| SENIOR IN-ZONE | - LT J. L. MASSEY | 135772-00 | 01 OCT 06 |
| JUNIOR IN-ZONE | - LT R. J. WISHMEYER | 142154-00 | 01 NOV 07 |
| JUNIOR ELIGIBLE | - LT R. A. VENEZIANO | 150179-00 | 31 MAY 09 |

JUDGE ADVOCATE GENERALS CORPS (250X)

| | | | |
|---|---|---|---|
| SENIOR IN-ZONE | - LT L. E. BUTLER | 132590-00 | 01 JUN 06 |
| JUNIOR IN-ZONE | - LT S. M. THOMPSON | 142108-00 | 01 NOV 07 |
| JUNIOR ELIGIBLE | - LT J. L. PASAY | 148956-00 | 01 FEB 09 |

NURSE CORPS (290X)

| | | | |
|---|---|---|---|
| SENIOR IN-ZONE | - LT M. A. COOK | 138590-00 | 01 JUN 07 |
| JUNIOR IN-ZONE | - LT A. L. BOUVIER | 149334-00 | 01 APR 09 |
| JUNIOR ELIGIBLE | - LT J. NMN SMART | 160414-00 | 01 DEC 10 |

SUPPLY CORPS (310X)

| | | | |
|---|---|---|---|
| SENIOR IN-ZONE | - LT S. M. JUDA | 139906-00 | 01 JUN 07 |
| JUNIOR IN-ZONE | - LT T. B. PHILLIPS | 141776-00 | 01 OCT 07 |
| JUNIOR ELIGIBLE | - LT S. NMN CONYERS | 153581-00 | 01 SEP 09 |

CHAPLAIN CORPS (410X)

| | | | |
|---|---|---|---|
| SENIOR IN-ZONE | - LT R. W. PETERS | 130408-00 | 02 JAN 06 |
| JUNIOR IN-ZONE | - LT M. D. OLSON | 137956-12 | 02 APR 07 |
| JUNIOR ELIGIBLE | - LT D. E. HORNE | 147690-00 | 01 OCT 08 |

CIVIL ENGINEER CORPS (510X)

| | | | |
|---|---|---|---|
| SENIOR IN-ZONE | - LT A. G. ZAJAC | 140130-00 | 01 JUN 07 |
| JUNIOR IN-ZONE | - LT R. A. MICHAUD | 143872-00 | 01 MAY 08 |
| JUNIOR ELIGIBLE | - LT K. I. MAZUR | 153233-00 | 01 AUG 09 |

LIMITED DUTY OFFICER (STAFF) (65XX)

| | | | |
|---|---|---|---|
| SENIOR IN-ZONE | - LT M. R. STAMERA | 129760-00 | 01 DEC 05 |
| JUNIOR IN-ZONE | - LT D. J. HEADRICK | 141116-00 | 01 JUN 07 |
| JUNIOR ELIGIBLE | - LT H. A. MILLIGAN | 155585-00 | 01 APR 10 |

LIEUTENANT

LINE AND STAFF CORPS

| | |
|---|---|
| SENIOR IN-ZONE | 02 SEP 10 |
| JUNIOR IN-ZONE | 01 SEP 11 |

CHIEF WARRANT OFFICER, W-5

| | | | |
|---|---|---|---|
| SENIOR IN-ZONE | - CWO4 M. D. MILLER | 961097-00 | 01 OCT 08 |
| JUNIOR IN-ZONE | - CWO4 M. T. RAPP | 961319-00 | 01 MAR 09 |
| JUNIOR ELIGIBLE | - CWO4 J. A. FISHER | 961693-00 | 01 JUN 10 |

CHIEF WARRANT OFFICER, W-4

| | | | |
|---|---|---|---|
| SENIOR IN-ZONE | - CWO3 M. A. ROBERTSON | 974116-00 | 01 OCT 08 |
| JUNIOR IN-ZONE | - CWO3 B. A. ROAR | 974405-00 | 01 JUN 09 |
| JUNIOR ELIGIBLE | - CWO3 E. D. LAWSON | 974811-00 | 01 JUN 10 |

CHIEF WARRANT OFFICER, W-3

| | | | |
|---|---|---|---|
| SENIOR IN-ZONE | - CWO2 A. Y. SALIDO | 981743-00 | 01 OCT 09 |
| JUNIOR IN-ZONE | - CWO2 S. D. HAVENS | 981977-00 | 01 SEP 10 |